AO 241
(Rev. 01/15)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Massachusetts | |
|---|---|---|
| Name (under which you were convicted):<br>Owen McCants | | Docket or Case No.:<br>0084CR10994 |
| Place of Confinement :<br>MCI-Norfolk | | Prisoner No.:<br>W 80333 |
| Petitioner (include the name under which you were convicted)<br><br>Owen McCants | v. | Respondent (authorized person having custody of petitioner)<br><br>Nelson Alves |
| The Attorney General of the State of:   Maura Healey | | |

### PETITION

*FILED IN CLERKS OFFICE 2021 MAR -8 AM 11:20 U.S. DISTRICT COURT DISTRICT OF MASS.*

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    Suffolk County Superior Court

    Three Pemberton Square

    Boston,   MA        02108

    (b) Criminal docket or case number (if you know):   0084CR10994

2.  (a) Date of the judgment of conviction (if you know):   May 6, 2002

    (b) Date of sentencing:   May 20, 2002

3.  Length of sentence:   Fifteen (15) years to life

4.  In this case, were you convicted on more than one count or of more than one crime?   ☒ Yes   ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case:

    (001) Kidnapping (G.L. c. 265, § 26);

    (002) Rape of child by force (G.L. c. 265, § 22A);

    (003) Assault with intent to rape (G.L. c. 265, § 24B);

    (004) Drugging person for sexual intercourse (G.L. c. 272, §3);

    (005) Assault and Battery w/ Dangerous Weapon (G.L. c. 265, § 15A)

6.  (a) What was your plea? (Check one)

    ☒ (1)   Not guilty          ☐ (3)   Nolo contendere (no contest)

    ☐ (2)   Guilty              ☐ (4)   Insanity plea

AO 241
(Rev. 01/15)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

   ☒ Jury     ☐ Judge only

7.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?

   ☐ Yes     ☒ No

8.   Did you appeal from the judgment of conviction?

   ☒ Yes     ☐ No

9.   If you did appeal, answer the following:

   (a) Name of court:        Massachusetts Appeals Court

   (b) Docket or case number (if you know):    No. 2004 - P - 1438

   (c) Result:        Judgment affirmed

   (d) Date of result (if you know):    March 6, 2006

   (e) Citation to the case (if you know):    65 Mass. App. Ct. 1121 (2006)

   (f) Grounds raised:    See (attached) Appendixes 1 & 2

   _____

   _____

   _____

   _____

   _____

   _____

   (g) Did you seek further review by a higher state court?    ☒ Yes     ☐ No

      If yes, answer the following:

      (1) Name of court:    Massachusetts Supreme Judicial Court

      (2) Docket or case number (if you know):    No. FAR - 15462 & 15485

      (3) Result:    Judgment affirmed

      (4) Date of result (if you know):    June 7, 2006

AO 241
(Rev. 01/15)

Page 4

(5) Citation to the case (if you know):      447 Mass. 1102 (2006)

(6) Grounds raised:      See Appendixes 3 & 4

(h) Did you file a petition for certiorari in the United States Supreme Court?      ☐ Yes   ☒ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?      ☒ Yes   ☐ No

11.   If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court:      Suffolk County Superior Court

(2) Docket or case number (if you know):      0084CR10994

(3) Date of filing (if you know):      June 3, 2014

(4) Nature of the proceeding:      Defendant's Amended Motion for New Trial

(5) Grounds raised:

.See Appendix 5

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result:   Judgment affirmed

(8) Date of result (if you know):      August 16, 2018      See Appendix 6

AO 241
(Rev. 01/15)

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court:  Suffolk County Superior Court

(2) Docket or case number (if you know):  0084CR10994

(3) Date of filing (if you know):  April 3, 2017

(4) Nature of the proceeding:  Motion to Supplement Defendant's (June 3, 2014) Amended Motion for New Trial

(5) Grounds raised:

See Appendix 7

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result:  Judgment affirmed

(8) Date of result (if you know):  August 16, 2018    See Appendix 6

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:  Massachusetts Appeals Court

(2) Docket or case number (if you know):  2018 - p - 1256

(3) Date of filing (if you know):  June 7, 2019

(4) Nature of the proceeding:  On Appeal From Judgment of the Suffolk Superior Court

(5) Grounds raised:

See Appendix 8

AO 241
(Rev. 01/15)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result:   Judgment affirmed

(8) Date of result (if you know):   June 2, 2020

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☒ Yes   ☐ No   ALOFAR  See Appendix 9

(2) Second petition:   ☒ Yes   ☐ No   "      "      "      "

(3) Third petition:   ☒ Yes   ☐ No   "      "      "      "

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

GROUND ONE:   See Appendix 10

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See Appendix 10

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground One, explain why:   _____

_____

_____

_____

_____

_____

_____

Case 1:21-cv-10386-DJC   Document 1   Filed 03/08/21   Page 6 of 19

AO 241
(Rev. 01/15)

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☒ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:    See Appendix 10

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    Motion to Supplement Defendant's (June 3, 2014)
Amended Motion for New Trial
Name and location of the court where the motion or petition was filed:

Suffolk County Superior Court, Three Pemberton Square, Boston,
MA  02108
Docket or case number (if you know):    0084CR10994

Date of the court's decision:    August 16, 2018

Result (attach a copy of the court's opinion or order, if available):    Judgment affirmed

See Appendix 6

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?    ☒ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☒ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:    Massachusetts Appeals Court

_____

Docket or case number (if you know):    No. 2018-P-1256

Date of the court's decision:    June 2, 2020

Result (attach a copy of the court's opinion or order, if available):    Judgment affirmed

See Appendix 11

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

AO 241
(Rev. 01/15)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: ___Filed (Nov. 30, 2020) ALOFAR___

___No. FAR - 27578___ ___See Appendix 9___

**GROUND TWO:** ___See Appendix 12___

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

___See Appendix 12___

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   ☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ___Motion to Supplement Defendant's (June 3, 2014)___
___Amended Motion for New Trial___
Name and location of the court where the motion or petition was filed:

___Suffolk County Superior Court.  Three Pemberton Square___

___Boston,    MA    02108___

Docket or case number (if you know): ___No. 0084CR10994___

Date of the court's decision: ___August 16, 2018___

AO 241
(Rev. 01/15)

Result (attach a copy of the court's opinion or order, if available):   Judgment affirmed

See Appendix 6

(3) Did you receive a hearing on your motion or petition?          ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?      ☒ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   Massachusetts Appeals Court

Docket or case number (if you know):   No. 2018 - P - 1256

Date of the court's decision:   June 2, 2020

Result (attach a copy of the court's opinion or order, if available):   Judgment affirmed

See Appendix 11

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :   ALOFAR  No. FAR - 27578

See Appendix 9

**GROUND THREE:**   See Appendix 13

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See Appendix 13

AO 241
(Rev. 01/15)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

_____

(c)   **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:   See (attached) Addendum:

ineffective assistance _____

_____

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   Defendant's Amended Motion for New Trial

Name and location of the court where the motion or petition was filed:   Suffolk County Superior

Court. Three Pemberton Square. Boston,   MA   02108

Docket or case number (if you know):   No. 0084CR10994

Date of the court's decision:   August 16, 2018

Result (attach a copy of the court's opinion or order, if available):   Judgment affirmed

See Appendix 6 _____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☒ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:   See (attached) Addendum.

Name and location of the court where the appeal was filed:   Massachusetts Appeals Court

_____

Docket or case number (if you know):   2018-P-1256

Date of the court's decision:   June 2, 2020

Result (attach a copy of the court's opinion or order, if available):   Judgment affirmed

See Appendix 11 _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:   ALOFAR   No. FAR - 27578

See Appendix 9

_____

**GROUND FOUR:**   See Appendix 14

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See Appendix 14

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why:

_____

_____

_____

_____

(c)   **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

_____

_____

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  Motion to Supplement Defendant's (June 3, 2014) Amended Motion for New Trial

Name and location of the court where the motion or petition was filed:   Suffolk County Superior
Court. Three Pemberton Square. Boston, MA 02108

Docket or case number (if you know):   No. 0084CR10994

Date of the court's decision:   August 16, 2018

Result (attach a copy of the court's opinion or order, if available):   Judgment affirmed

See Appendix 6

(3) Did you receive a hearing on your motion or petition?               ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?          ☒ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   Massachusetts Appeals Court

Docket or case number (if you know):   No. 2018-P-1256

Date of the court's decision:   June 2, 2020

Result (attach a copy of the court's opinion or order, if available):   Judgment affirmed

See Appendix 11

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Four:   ALOFAR No. FAR-27578

GROUND FIVE:

See Appendix 15
_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See Appendix 15
_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Five, explain why: _____
_____
_____
_____

(c)   **Direct Appeal of Ground Five**

      (1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

      (2) If you did not raise this issue in your direct appeal, explain why: _____
      _____
      _____

(d)   **Post-Conviction Proceedings:**

      (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

           ☒ Yes   ☐ No

      (2) If your answer to Question (d)(1) is "Yes," state:

      Type of motion or petition:  Motion to Supplement Defendant's (June 3, 2014)
      Amended Motion for New Trial

Ground Five, cont.                                                    2 of 2

AO 241
(Rev. 01/15)

Name and location of the court where the motion or petition was filed: __Suffolk County Superior__
__Court.  Three Pemberton Square.  Boston,   MA    02108__

Docket or case number (if you know): __No. 0084CR10994__

Date of the court's decision: __August 16, 2018__

Result (attach a copy of the court's opinion or order, if available): __Judgment affirmed__

__See Appendix 6__

(3) Did you receive a hearing on your motion or petition?          ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?     ☒ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __Massachusetts Appeals Court__

Docket or case number (if you know): __No. 2018-P-1256__

Date of the court's decision: __June 2, 2020__

Result (attach a copy of the court's opinion or order, if available): __Judgment affirmed__

__See Appendix 11__

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Four Five: __ALOFAR  No. FAR-27578__

AO 241
(Rev. 01/15)

13.   Please answer these additional questions about the petition you are filing:

    (a)   Have all grounds for relief that you have raised in this petition been presented to the highest state court

        having jurisdiction?   ☒ Yes      ☐  No

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

        presenting them: _____

        _____

        _____

    (b)   Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

        ground or grounds have not been presented, and state your reasons for not presenting them:

        _____

        _____

        _____

14.   Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

    that you challenge in this petition?      ☐  Yes      ☒ No

    If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

    raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

    of any court opinion or order, if available. _____

    _____

    _____

    _____

    _____

    _____

    _____

15.   Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

    the judgment you are challenging?      ☐  Yes      ☒ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

    raised. _____

    _____

    _____

    _____

    _____

AO 241
(Rev. 01/15)

Page 14

16.   Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing:  Mark Shea

47 Third Street, Suite 201. Cambridge, MA   02141

(b) At arraignment and plea:  Mark Shea

(c) At trial:   Mark Shea

(d) At sentencing:  Mark Shea

(e) On appeal:   Lisa B. Medeiros

95 Old Colony Avenue, #282. Quincy, MA   02170

(f) In any post-conviction proceeding:   None:  Pro Se

(g) On appeal from any ruling against you in a post-conviction proceeding:   None:  Pro Se

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?        ☐ Yes    ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?        ☐ Yes    ☐ No

18.   TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

    (1)      A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

        (A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 01/15)

(2)     The time during which a properly filed application for State post-conviction or other collateral review with
         respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation
         under this subsection.

Therefore, petitioner asks that the Court grant the following relief:     See Attachment _____

_____

_____

or any other relief to which petitioner may be entitled.




_____
                                              Signature of Attorney (if any)



I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on     _____     (month, date, year).



Executed (signed) on     _____     (date).




_____
                     *Owen McCants*
                                              Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____

Page 16:

   "Therefore, petitioner asks that the Court grant the
following relief":

   An evidentiary hearing, and appointment of counsel to
assist in proffering — thus far, denied — alibi witnesses',
and others with relevant, exculpatory testimonial evidence
attesting to the petitioner's actual innocence.

## Certificate Of Service

   I hereby certify that I have this day served a copy of Petition
for Writ of Habeas Corpus, w/ Appendixes, (Supporting facts) Exhibits,
Addendum & Exhibits on the Attorney General of the Commonwealth of
Massachusetts by depositing said document in the mail system of MCI-
Norfolk.

Date: _March  2, 2021_                      _Owen McCants_
                                            Owen McCants

GROUND THREE:

(c)(2)  Being a novice at recognizing, and endeavoring to
litigate, substantial appellate matters at filing of
direct appeal — didn't possess sufficient insight to
recognize appellate counsel's related deficient repre-
sentation.


(d)(5)  Raised, in the context of, via argument in the (incor-
porated by reference) pleading: (Jan. 25, 2012) Appellant's
Brief and Appendix's Supplemental Argument, comprising
appellant's June 7, 2019, appeal brief's (voluminous) three
volumes (I, II, III) appendices (V-II: 402, (ii))(Ex.1).*

The matter is presented as being among meritorious argu-
ments the Appeals Court, in its related ruling, character-
ized as being waived. The Court said because it "could
have been raised on direct appeal" (V-II: 517 — 519)(Ex. 2).
That the matter was not, was, in essence, the overall gist
of the (above-cited) pleading's related argument's claim
of ineffective assistance of appellate counsel (V-II: 174 —
177)(Ex. 1).

---

* See (infra) "Supporting facts" Appendix