1

1        PAGES 1-225

2        COMMONWEALTH OF  MASSACHUSETTS

3    SUFFOLK, ss.              SUPERIOR COURT

4                             SUCR 00-10994

5                             BEFORE: Spurlock, J.

6

7

8        Day 5

9    *******************************

10   COMMONWEALTH OF MASSACHUSETTS   *

11            VS                     *

12       OWEN MC CANTS               *

13   *******************************

14

15

16                    _____

17                    Wednesday, April 24, 2002

18                    Boston,  Massachusetts

19              Warren A. Greenlaw

20           OFFICIAL COURT REPORTER

21      SUFFOLK SUPERIOR COURT, BOSTON, MA 02109

22              (617) 788-7314

23      *******COMPUTER AIDED TRANSCRIPTION*******

24

1    APPEARANCES:

2    DAVID DEAKIN, ESQ.

3    ASSISTANT DISTRICT ATTORNEY

4    Suffolk County District Attorney's Office

5    1 Bulfinch Place

6    Boston, MA 02114

7    Counsel for the Commonwealth

8

9    MARK SHEA, ESQ.

10    1 Commercial Wharf, 2nd Floor

11    Boston, MA 02110-3703

12    Counsel for the Defendant, Owen McCants

13

14

15

16

17

18

19

20

21

22

23

```
1                    I-N-D-E-X

2               Direct    Cross    Redirect    Recross

3      WITNESS

4      Renea  ████████      4       52         83          -

5      Alice Newton        90      102        107          -

6      Polly Taylor       109      176        181          -

7      Rasheena ██████    191       -          -           -

8

9                    E-X-H-I-B-I-T-S

10     NUMBER                                  PAGE

11      2 Photo                                23

12      3 Photo                                32

13      4 Photo                                33

14      5 Photo                                38

15      6 McCant's Letter, 3 pg.              169

16

17

18

19

20

21

22

23
```

4

<pre>
 1              PROCEEDINGS
 2              THE COURT:   Good morning, ladies
 3         and gentlemen.  I want all of you to look at
 4         your envelopes and if anyone, the question
 5         is are your envelopes in the same condition
 6         today as they were last night when you turned
 7         them in.  If they are not, raise your hand.
 8              All right, no one's raised their hand.
 9              Has anyone talked about this case or
10         allowed anyone to talk to them about it?
11         Seen any newspaper or televison account of
12         this trial?
13              Thank you very much.
14              Where's the witness?
15              THE COURT OFFICER: She's outside
16         Your Honor.
17
18         ███████████, Previously sworn.
19
20              DIRECT EXAMINATION, Resumed
21    Q    (By Mr. Deakin) Ms. ███████ when you left off
22         testifying yesterday afternoon you had
23         described some things that happened when you
24         were seated on a wall depicted in that
</pre>

1             photograph, Exhibit 1 that's on the screen

2             next to you, do you recall that?

3    A       Uhm hmm.

4    Q       And you said that the defendant, -I'm sorry,

5            you said that the man took you, walked you

6            from that location to either the first, -I'm

7            sorry, either the second or the third parking

8            space in the parking lot?

9    A       Uhm hmm.

10   Q       I'm going to ask you to look at Exhibit 1 on

11           the screen and see if any of the parking

12           spaces 1, 2 or 3 are depicted in that

13           photograph?

14   A       Excuse me?

15   Q       I'm sorry?

16   A       Excuse me?

17   Q       Can you see either of the parking lots that

18           you call the either first, second or third on

19           that picture?

20   A       I see the second one.

21                    MR. SHEA:   Objection.

22                    THE COURT:   Overruled.

23   Q       You can see the second one in that picture,

24           but not the third?  You need to give an

```
 1           audible answer?

 2      A    No.

 3      Q    How long a walk was it from that area

 4           underneath the tree on the wall to the car?

 5      A    Not that long.

 6      Q    Could you see the car at all if you came close

 7           to it?

 8      A    Uhm hmm.

 9      Q    I'm sorry, you need to say, yes?

10      A    Yes.

11      Q    Thank you, Ms ████.  How were you able to

12           see the car with duct tape over your eyes?

13      A    I was looking up.

14      Q    All right. And what part of your vision could

15           you see out of?

16      A    The bottom.

17      Q    What color, -first of all, let me ask you,

18           you've testified, I believe, already, that

19           this was at night time, is that right?

20      A    Uhm hmm.

21      Q    It was dark out?

22      A    Uhm hmm.

23      Q    Okay. You need to say, yes?

24      A    Yes.
```

| | | |
|---|---|---|
| 1 | Q | Thank you.  Were there lights isn't that true? |
| 2 | | area? |
| 3 | A | On the street. |
| 4 | Q | What color was the car? |
| 5 | A | It was like a dark color, either green, blue |
| 6 | | or black. |
| 7 | Q | And why is it that you can't distinguish |
| 8 | | whether it was, although it was dark, whether |
| 9 | | it was green, blue or black? |
| 10 | A | Because it was a dark color and you can't see |
| 11 | | really because the lights are not over there, |
| 12 | | so you can't really tell. |
| 13 | Q | What happened when you got to the car? |
| 14 | A | He told me to get in the passenger side. |
| 15 | Q | Did you do that? |
| 16 | A | Yes. |
| 17 | Q | Did you get in from the passenger side door? |
| 18 | A | Unh unh. |
| 19 | Q | Which door did you get in? |
| 20 | A | The driver's side. |
| 21 | Q | Was the driver's side already open when you |
| 22 | | got there? |
| 23 | A | No. |

8

```
 1    Q    How did it get open?

 2    A    He opened the door.

 3    Q    So, you got into the passenger side from the

 4         driver's side door?

 5    A    Yes.

 6    Q    Well, you went in the driver's side door, is

 7         that right?

.8    A    Yeah, Uhm hmm.

 9    Q    And how did you get into the passenger seat?

10    A    Climbed over.

11    Q    Were you able to see the inside of the car at

12         all?

13    A    Yeah.

14    Q    And how was that?

15    A    From the bottom.

16    Q    From the bottom of your eyes?

17    A    Uhm hmm.

18    Q    Were you able to see what color the interior

19         of the car was?

20    A    Smoke gray.

21    Q    Smoke gray?   Were you able to tell what the

22         seats were made out of?

23    A    Unh unh.  Well, I thought it was cloth, but, -

24         - - -
```

1    Q    You thought it was cloth?

2    A    Yeah.

3    Q    What happened after you got into the passenger

4         side of the car?

5    A    We drove off.

6    Q    And the man was driving the car?

7    A    Uhm hmm.

8    Q    Could you see where you were going?

9    A    No.

10   Q    How long did you drive before you stopped?

11   A    I guess, a couple of minutes.

12   Q    And do you know where you were when you

13        stopped?

14   A    No.

15   Q    What happened when the  man stopped the car?

16   A    He told me to take off my bra and panties.

17   Q    Did you do that?

18   A    Yes.

19   Q    What did you think when he told you to take

20        off your bra and panties?

21   A    He's crazy.

22   Q    What did you do with your bra and your

23        underwear after you took them off?

24   A    He took them.

10

```
 1    Q    Did you see what he did with them?

 2    A    No.

 3    Q    When he got in, -- you had said before that he

 4         had a knife.  When he got to the car do you

 5         know what he did with the knife?

 6    A    No.

 7    Q    After you took off your bra and underwear and

 8         gave them to him, what's the very next thing

 9         that happened?

10    A    I think we drove off again.

11    Q    Did you at any time when you were with the man

12         consume any sort of substances, did you drink

13         anything or anything like that?

14    A    Uhm hmm.

15    Q    And was that in the same location where you

16         took off your bra and underpants or a

17         defendant place?

18    A    I think it was a defendant place.

19    Q    How long did you drive before you stopped

20         again?

21    A    Not long.

22    Q    And do you know where you were when you

23         stopped that time?

24    A    No.
```

```
 1    Q    Could you tell whether at this time, when you

 2         took off your bra and underwear and gave it to

 3         the man could you tell whether he still had

 4         the mask on his face?

 5    A    He took it off.

 6    Q    And was that before or after he told you to

 7         take your bra and underwear off?

 8    A    Before.

 9    Q    When he took off his mask, -I'm sorry, when he

10         took off his stocking from his face, did you

11         see his face?

12    A    Yes.

13    Q    And how were you able to see his face?

14    A    When I looked up he put the seat back.

15    Q    How was he able to put the seat back?

16    A    He leaned over.

17    Q    And what did he do?

18    A    And pulled the level thing, the lever.

19    Q    And the seat went back?

20    A    Uhm hmm.

21    Q    When the seat went back and you looked up, is

22         that right?

23    A    Uhm hmm.

24    Q    Did you see the man's face?
```

12

1    A    Yes.

2    Q    Did you recognize the man's face?

3    A    I thought his face was familiar, but I

4         couldn't like put a name with it.

5    Q    At that time?

6    A    Uhm hmm.

7              MR. SHEA:   Objection, motion to

8         strike.

9              THE COURT:   Overruled.

10   Q    Have you since been able to put a name with

11        the face that you saw that was familiar to you

12        that night?

13             MR. SHEA:   Objection.

14             THE COURT:   Overruled.

15   A    No, the next day, yes.

16   Q    But, since then, say up to now, now have you

17        been able to know whose face it was that you

18        saw?

19   A    Uhm hmm.

20   Q    Whose face was it that you saw?

21   A    Sonny.

22   Q    And I'm going to ask you if you would to

23        point, if you see him in the courtroom to

24        point him out?

1                    And you pointed to defense table, there's

2           a man an African American man without a suit

3           coat  on and a Caucasian man with a suit coat

4           on, which of the two are you pointing to?

5      A    The African American man.

6                    MR. DEAKIN:   May the record reflect

7           the witness has identified the defendant, Owen

8           McCants?

9                    THE COURT:   Yes.

10     Q    After the defendant put the seat back what's

11          the very next thing that happened?

12     A    He gave me alcohol.

13     Q    Did you know at the time that it was alcohol?

14     A    Yes.

15     Q    And how did he give that to you with duct tape

16          on your mouth?

17     A    He took the tape off.

18     Q    And could you see the alcohol that he gave to

19          you?

20     A    Umm.

21     Q    What did it look like?

22     A    It was in a white, -a glass bottle.

23     Q    a glass bottle?

24     A    Uhm hmm.

1    Q    When you say, are you saying a white glass

2         bottle?

3    A    No, a clear glass bottle.

4    Q    And white color did the alcohol look like?

5    A    Clear.

6    Q    What did he do with the bottle?

7    A    I don't know.

8    Q    Did he give it to you?

9    A    Oh, yes.

10             MR. SHEA:   Objection.

11             MR. DEAKIN:   I'll with draw the

12        question.

13   Q    Did you drink anything from the bottle?

14   A    Yes.

15   Q    And how did that happen?

16   A    He told me to drink.

17   Q    When you drank from the bottle, what did it

18        taste like?

19   A    It didn't really taste like anything, it was

20        just burning my throat.

21   Q    It burned your throat?

22   A    Uhm hmm.

23   Q    Had you ever felt that kind of burning

24        sensation from drinking something before then?

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Did you feel, -- how much of it would you say |
| 3 | | that you drank? |
| 4 | A | I drank almost half the bottle. |
| 5 | Q | Did you feel any different after you drank it? |
| 6 | A | No. |
| 7 | Q | What's the very next thing that happened after |
| 8 | | you drank that? |
| 9 | A | He made me smoke some stuff. |
| 10 | Q | And how did he make you smoke something? |
| 11 | A | He told me to inhale. |
| 12 | Q | What was it that he gave you to smoke? |
| 13 | A | I think it was weed or something. |
| 14 | Q | Where did he get it from? |
| 15 | A | I don't know. |
| 16 | Q | Did you see him light something? |
| 17 | A | Uhm hmm. |
| 18 | Q | And the thing that he lit, what did it look |
| 19 | | like? |
| 20 | A | It was white. |
| 21 | Q | What was it made out of, could you tell? |
| 22 | A | It looked like, I don't know. |
| 23 | Q | The white part, what was the white part? |
| 24 | A | Like paper. |

| | | |
|---|---|---|
| 1 | Q | Did he smoke it all before he gave it to you |
| 2 | | to smoke? |
| 3 | A | No. |
| 4 | Q | When he gave it to you to smoke, what did you |
| 5 | | do with it? |
| 6 | A | I tried not to inhale it. |
| 7 | Q | Do you know if you inhaled any of it? |
| 8 | A | Yeah. |
| 9 | Q | Yes, you did? |
| 10 | A | Uhm hmm. |
| 11 | Q | How did that feel when you inhaled it? |
| 12 | A | It made me cough. |
| 13 | Q | What's the very, -how many times did you smoke |
| 14 | | from it? |
| 15 | A | A couple, I think. |
| 16 | Q | And did you inhale any more after the first |
| 17 | | time?  You need to answer audibly? |
| 18 | A | Yes. |
| 19 | Q | What's the very next thing that happened? |
| 20 | A | He made me sniff something. |
| 21 | Q | And what was it that he had you sniff? |
| 22 | A | It was like white powder. |
| 23 | Q | And where did he get the whit powder from? |
| 24 | A | I have no idea. |

17

1    Q    What was the white powder on?

2    A    A smoke gray piece of the car.

3    Q    It was a car piece?

4    A    Uhm hmm.

5    Q    What kind of car piece?

6    A    I don't know.

7    Q    What was it shaped like?

8    A    Like it went like that and then it went flat.

9    Q    And where was the powder?

10   A    On the flat part.

11   Q    Do you know whether he sniffed any of it

12        before you sniffed it?

13   A    No.

14   Q    Do you know whether he sniffed any of it after

15        you sniffed it?

16   A    Yes.

17   Q    He did?

18   A    Uhm hmm.

19   Q    Let me ask you, I neglected to ask you that

20        question about the alcohol and the thing that

21        he gave you to smoke.  Did he drink anything

22        from the  bottle after you drank?

23   A    Yes.

24   Q    Did he smoke any of the, whatever it was,

| | | |
|---|---|---|
| 1 | | after you smoked some? |
| 2 | A | Yup. |
| 3 | Q | When you sniffed the powder, did it go into |
| 4 | | your nose, could you tell? |
| 5 | A | Uhm hmm. |
| 6 | Q | I'm sorry, you need to answer? |
| 7 | A | Yes. |
| 8 | Q | What sensation was there on your body when you |
| 9 | | sniffed the powder? |
| 10 | A | It was burning my nose. |
| 11 | Q | Did you feel any different after you did all |
| 12 | | these things? |
| 13 | A | No. |
| 14 | Q | What's the very next thing that happened after |
| 15 | | you, -oh let me ask you, whole you were doing |
| 16 | | those things, drinking, smoking ad sniffing, |
| 17 | | did you see the defendant's face as you were |
| 18 | | doing those things? |
| 19 | A | Uhm hmm. |
| 20 | Q | You need to answer that? |
| 21 | A | Yes. |
| 22 | Q | How long would you say went by from the time |
| 23 | | that he first reclined the seat til the time |
| 24 | | that you finished dong all those things? |

1    A    About ten minutes.

2    Q    At any time did the defendant   ask you

3         anything about whether you had seen him?

4    A    Yes.

5    Q    What did he ask you?

6    A    He said, Did you see my face?

7    Q    And when he said and when he talked to you, -

8         well, first of all, how did you answer him?

9    A    I said, No.

10   Q    And was that the truth?

11   A    No.

12   Q    Why didn't you tell him the truth?

13   A    Because he might kill me or something.

14   Q    A he was talking to you, - that was something

15        that you were afraid of?  Did he say to you

16        that he would kill you?

17   A    No.

18   Q    That was what you concern was in your own

19        mind, is that right?

20   A    Uhm hmm.

21   Q    As he was talking to you from the beginning, .

22        when you first heard him, I believe the first

23        time you said you heard him was when he was in

24        the bathroom through to the very end, can you

1           describe how his voice sounded?

2   A       He was making his voice scratchy.

3                   MR. SHEA:   Objection motion to

4           strike.

5                   THE COURT:   Overruled.

6   Q       After you finished drinking, something,

7           smoking something and sniffing something,

8           what's the very next thing that happened?

9   A       We got out of the car.

10  Q       And when you got out of the car id you still

11          have duct tape on your eyes?

12  A       Uhm hmm.

13  Q       Did you have duct tape on your mouth?

14  A       Uhm hmm.

15  Q       You need to answer with an audible response?

16  A       Yes.

17  Q       When you got out of the car you testified that

18          you didn't have any shoes on at that time, is

19          that right?

20  A       Yes.

21  Q       When you got out of the car did yo know where

22          you were?

23  A       No.

24  Q       How did you actually get out of the car?

| | | |
|---|---|---|
| 1 | A | I forgot. |
| 2 | Q | Did you get out under your own power, I mean? |
| 3 | A | No. |
| 4 | Q | How did you get out of the car? |
| 5 | A | I don't know. |
| 6 | Q | You don't remember?   When you got out of the car do you remember what you felt under your feet? |
| 9 | A | Pavement. |
| 10 | Q | Pavement? What happened after you got out of the car? |
| 12 | A | Actually, I do remember. |
| 13 | Q | I'm sorry? |
| 14 | A | I got out by his side and we walked around the left had side onto the sidewalk.  And then we walked into the grass. |
| 17 | Q | Now the first thing you felt was pavement on your foot, is that right? |
| 19 | A | Uhm hmm. |
| 20 | Q | When you walked on the pavement was it completely level or did you have to step up or down or anything? |
| 23 | A | I had to step up. |
| 24 | Q | As you were stepping up could you tell what |

1     was beneath your feet that you were stepping

2     on?

3   A   The sidewalk.

4   Q   Now could you tell whether, what is was that

5     you were stepping up on?

6   A   Excuse me?

7   Q   As you stepped up did you hurt your self in

8     some way?

9   A   No.

10        MR. DEAKIN:   May I Approach, Your

11     Honor?

12        THE COURT:   Yes.

13   Q   Ms ▢▢▢▢, I'm going to show you this

14     photograph and ask you if you recognize what

15     it is?

16   A   The hole in the fence.

17   Q   Okay. And is this a fair and accurate

18     representation of the hole in the fence that

19     you saw that night?

20   A   Yes.

21   Q   Okay. Is this the area where you stepped up?

22   A   That 's the area where I stubbed my toe.

23   Q   Okay. And was that before  or after you walked

24     on the grass?

23

1    A    Before.

2    Q    Before. After you got out of the car?

3    A    Uhm hmm.

4                 MR. DEAKIN:   I move to introduce

5         this as Exhibit 2.

6              (Exhibit No. 2 marked; Photo.)

7                 MR. DEAKIN:   May I publish this to

8         the jury?

9                 THE COURT:   Yes.

10   Q    Ms. ███████, can you still see the screen

11        there?

12   A    Yes.

13   Q    Can you describe what you stubbed your toe on?

14   A    The pavement going across.

15   Q    And how far was it from where you got out of

16        the car to that place where you stubbed your

17        toe?

18   A    Not that long.

19   Q    Did you go though the hole in the fence as you

20        were stubbing your toe?

21   A    Yes.

22   Q    And where did you walk from there, - well, you

23        may not know where you walked but what kind of

24        surface were you walking on after you went

24

```
 1              through the hole in the fence?
 2       A      Grass.
 3       Q      Immediately grass or did you have to walk on
 4              concrete first?
 5       A      Grass.
 6       Q      Did you know where you were walking when you
 7              were walking on the grass?
 8       A      No.
 9       Q      I'm sorry?
10       A      No.
11       Q      How long did you walk on grass?
12       A      A while, not that long, actually.
13       Q      And when you stopped, how did yo know that,
14              what made you stop walking?
15       A      He told me to stop.
16       Q      Do you know where you were when yo stopped
17              walking?
18       A      No.
19       Q      Were you still on grass?
20       A      Yes.
21       Q      Could you see, when you stopped walking
22              whether the grass was short grass like cut
23              grass or longer grass?
24       A      It was like longer grass.
```

1    Q    What happened after you stopped walking?

2    A    He told me to take off my shirt?

3    Q    And that's the Loping Hill night shirt?

4    A    Uhm hmm.

5    Q    At that point did you have any clothes on

6         under the shirt?

7    A    No.

8    Q    What did you think when he asked you to take

9         off your shirt?

10   A    I didn't think anything.

11   Q    Did you take off your shirt?

12   A    Yes.

13   Q    What did you do with it?

14   A    He told me to put it down and I put it down on

15        the floor.

16   Q    When you say on the floor is that on the

17        grass?

18   A    Uhm hmm.

19   Q    After you put it down what's the very next

20        thing that happened?

21   A    Then told me to lay down.

22   Q    And did yo lie down when he told you to?

23   A    Yes.

24   Q    What's the next thing that happened after you

1        lay down?

2    A    And then he lay in between my legs.

3    Q    As he lay in between your legs did have his

4        clothes on or off?

5    A    I think on.

6    Q    What part of his body was touching, what part

7        of his body touched your body when he was

8        laying in between your legs?

9    A    His side.

10    Q    Was touching what part of your body?

11    A    My leg.

12    Q    What's the very next thing that happened after

13        he lay down between your legs?

14    A    He started touching me.

15    Q    What part of his body did he use to touch you?

16    A    His hand.

17    Q    What part of your body did he touch with his

18        hand?

19    A    My lower half.

20    Q    When you say your lower half is there a part t

21        of your lower half that he touched?

22    A    My private.

23    Q    Do you know a word that doctors, nurses, other

24        grown ups use to describe a female private?

```
 1    A    Virginia.

 2    Q    What particularly of your private, and just

 3         that we're clear, what do you use your private

 4         for?

 5    A    Going to the bathroom.

 6    Q    What part of your private did he touch with

 7         his finger?

 8    A    The inside.

 9    Q    What did it feel like when he touched the in

10         side of your private with his finger?

11    A    It hurted.

12    Q    Did  he keep his finger still or did he move

13         his finger?

14    A    He moved his finger.

15    Q    Was he saying anything to you as he moved his

16         finger?

17    A    I don't think so.

18    Q    How long did he move his finger on the in side

19         part of your private?

20    A    I guess, ten minutes.

21    Q    When that stopped what's the very next thing

22         that happened?

23    A    I think he used his private.

24    Q    When you say he used his private what part of,
```

1        do you know the word that a doctor or a nurse

2        would use to describe his private?

3    A   Penis.

4    Q   What part of your body did his penis touch?

5    A   My private.

6    Q   Do you know whether there was clothing, that

7        is, his clothing between his penis and your

8        private?

9    A   I don't think so.

10   Q   I'm sorry?

11   A   I don't think so.

12   Q   What part of your private did his penis touch?

13               MR. SHEA:   Objection.

14               THE COURT:   Overruled.

15   Q   What part of your private did his penis touch?

16   A   Virginie.

17   Q   Well you had said that his finger touched the

18       in said part of your private, what part of

19       your private did his penis touch?

20   A   The inside part.

21   Q   What did he do with his penis?

22   A   I guess he was rubbing it against my private.

23   Q   When you say you guess, Ms. ████, I'm going

24       to need to ask you not to guess when you're

```
 1              answering questions, but to tell the jurors

 2              only things that you know.

 3                   What did he do with his private, if you

 4              know?

 5     A        He rubbed it against my private.

 6     Q        How long did that go on?

 7     A        A while.

 8     Q        How did that feel as it was happening?

 9     A        Weird.

10     Q        Did that hurt?  I'm sorry I need to ask you to

11              be audible?

12     A        Yes.

13     Q        What happened when he stopped rubbing his

14              penis against your private?

15     A        He got up.

16                        MR. SHEA:    Objection.

17                        THE COURT:    Overruled.

18                        MR. SHEA:    Could we approach

19              sidebar?

20                        THE COURT:    Sure.

21                   SIDEBAR CONFERENCE

22                        MR. SHEA:    Judge, he went fishing

23              and got, --he's now got the penis inside her

24              private.  He can't then be asking leading
```

1    questions about rubbing the outside.

2              MR. DEAKIN:   I didn't.  She said, -

3    ---

4              THE COURT:   She said, that's why it

5    was overruled but since it's an identification

6    case, what difference does it make to you?

7              MR. SHEA:   I agree, but it show her

8    perceptions are off at times that's all.

9              THE COURT:   Well, we're leaving

10   that to the jury.  You can cross examine on

11   it.

12       Overruled.

13       END OF SIDEBAR CONFERENCE

14   Q    What happened after he stopped rubbing his

15        penis against your private?

16   A    He got up.

17   Q    Could you see his, could you see him as he was

18        doing those things to you?

19   A    No, not really.

20   Q    When he got up what's the very next, what did

21        he do after he got up?

22   A    He told me to get up.

23   Q    Did you get up?

24   A    Yes.

1   Q   What happened next?

2   A   He told me to put my shirt back on.

3   A   Did you do that?

4   A   Yes.

5   Q   What's the next thing that happened?

6   A   And then he walked me over to behind the shed

7       thing.

8   Q   And how far a walk was it from where it

9       happened in the longer grass to the shed

10      thing?

11  A   Like ten feet, I guess.

12  Q   I'm sorry?

13  A   Ten feet.

14          MR. DEAKIN:   May I have one moment,

15      Your Honor?

16  Q   When, -did you have to go through anything to

17      get from the  longer grass where this happened

18      to the shed thing?

19  A   I had to step over this like, tree thing, tree

20      stump.

21  Q   Ms. ███████ , I'm going to show you a

22      photograph and ask you if you recognize what's

23      depicted there?

24  A   That's the thing I had to step over.

1   Q   That's the tree thing that you had to step

2       over?

3   A   Uhm hmm.

4   Q   And did you step over that?

5   A   Uhm hmm.

6   Q   Is that a fair and accurate representation of

7       the tree thing that you had to step over to

8       get from the long grass to the shed thing?

9   A   Uhm hmm.

10              MR. DEAKIN:   I move to introduce

11      this as Exhibit 3.

12              MR. SHEA:   No objection.

13          (Exhibit 3, marked; Photo.)

14              MR. DEAKIN:   May I publish to the

15      jury, Your Honor?

16              THE COURT:   Yes.

17   Q   Ms. ████████, I'm going to show you another

18      photograph and ask you if you recognize

19      what's depicted in this photograph?

20   A   That's the shed.

21   Q   That's the shed thing.  Is the shed thing is

22      that the one on the left or on the right?

23   A   The left.

24   Q   Okay.  It appears to be made out of stones or

1           something like that?

2     A     Uhm hmm.

3     Q     There's another over to the right in the

4           photograph from the shed thing, -- well, never

5           mind.

6                Is this a fair and accurate depiction of

7           the shed thing that you saw?

8     A     Uhm hmm.

9     Q     You need to give an audible response?

10    A     Yes.

11               MR. DEAKIN:   I move to introduce

12          this I believe will be Exhibit 4.

13               MR. SHEA:   No objection.

14          (Exhibit No. 4, marked; Photo.)

15               MR. DEAKIN:   May I publish this to

16          the jury, Your Honor?

17               THE COURT:   Yes.

18    Q     Ms. ███████, after you walked over to the shed

19          thing, -actually can you just point out for

20          the jurors where the shed thing, as you're

21          describing it, in this photograph?

22    A     Over there.

23    Q     Is it to the left of the photo as we look at

24          it?

1    A    Yes.

2    Q    It's stone. After you walked, after the
3         defendant  walked you there, what's the very
4         next thing that happened?

5    A    He told me to wait.

6    Q    And where did he tell you to wait,
7         specifically?

8    A    Behind the shed thing.

9    Q    The shed thing that's made out of stone in
10        that photograph?

11   A    Uhm hmm.

12   Q    And did you wait there?

13   A    Uhm hmm.

14   Q    Were you standing or sitting as you waited
15        there?

16   A    Sitting.

17   Q    Did he tell you what you should  wait for?

18   A    He told me to wait for him.

19   Q    For him?  Did he tell you what he would do
20        after he left?

21   A    No.

22   Q    did he tell you how long you would   have to
23        wait?

24   A    No.

```
 1     Q     Did he tell you anything about whether you

 2           should discuss what happened with anyone else?

 3     A     He would hurt my family.

 4     Q     I'm sorry, he said he would hurt your family

 5           if what?

 6     A     If I told.

 7     Q     Did he say anybody specifically in your family

 8           that he would  hurt?

 9     A     My Nanna.

10     Q     And did he sue that word, Nanna?

11     A     Uhm hmm.

12                 MR. SHEA:   Objection.

13                 THE COURT:   Overruled.

14     Q     How did you feel when the told you he would

15           hurt your family, your Nanna if you told

16           anyone?

17     A     Well, I felt like it wasn't true.

18     Q     And what made you feel like it wasn't true?

19     A     Because in my head he wouldn't hurt my family

20           because he would  go to jail.

21     Q     And was there anything in particular  about

22           who he was that made you feel he wouldn't hurt

23           your family?

24     A     No.
```

36

| | | |
|---|---|---|
| 1 | Q | Did you stay thee and wait? |
| 2 | A | Uhm hmm. |
| 3 | Q | Where did the defendant go? |
| 4 | A | He left. |
| 5 | Q | Could you see where he went? |
| 6 | A | He came from up this way. |
| 7 | Q | I'm sorry, I'm not able to follow what you're |
| 8 | | saying.  Which way did he go? |
| 9 | A | He came from the right side and walked down. |
| 10 | Q | Is that the same way that you had come up? |
| 11 | A | Uhm hmm. No. |
| 12 | Q | I'm sorry? |
| 13 | A | No. |
| 14 | Q | Do you know whether he left that area on foot |
| 15 | | or by car? |
| 16 | A | He left there on foot and then I think he got |
| 17 | | in the car. |
| 18 | Q | What made you think he got in the car? |
| 19 | A | Because I heard a car door shut. |
| 20 | Q | Did you hear a car start? |
| 21 | A | Uhm hmm. |
| 22 | Q | How long did you wait there? |
| 23 | A | About twenty minutes. |
| 24 | Q | Ms. ████, if I may ask you some questions |

37

```
 1            from here.  As you were waiting there did you

 2            still have the duct tape on your eyes and

 3            mouth?

 4    A      No, I took it off.

 5    Q      And did you keep hold of it while you were

 6            back there or, ----

 7    A      Yes.

 8    Q      As you, -could you look around the area where

 9            you when you took the duct tape off?

10    A      Uhm hmm.

11    Q      Did you see anything else at that time that

12            caught your attention?

13    A      I noticed that there was a ladder right next

14            to me.

15    Q      Anything else looking around the yard where

16            you were?

17    A      And the Mary.

18    Q      And where was the Mary?  What was the Mary?

19    A      It was a statue.

20    Q      Is that depicted in the photograph that's

21            Exhibit 4 that's on the screen?

22    A      Uhm hmm.

23    Q      And you could see that?

24    A      Uhm hmm.
```

38

1 Q Ms. █████, I'm going to show you this

2   picture and ask you recognize what's depicted

3   in it?

4 A That's the ladder.

5 Q The ladder behind the shed thing where you

6   were?

7 A Uhm hmm.

8 Q Is that a fair and accurate depiction of the

9   ladder in the area behind the shed thing where

10   you waited?

11 A Yes.

12     MR. DEAKIN:   I'd like to introduce

13   this as Exhibit 5.

14     MR. SHEA:   No objection.

15     THE COURT:   All right.

16    (Exhibit  No. 5, marked; Photo.)

17     MR. DEAKIN:   May I publish this to

18   the jury?

19     THE COURT:   Yes.

20 Q Ms. █████ you said that you waited there

21   twenty minutes.  Is that an exact time or are

22   you estimating?

23 A Estimating.

24 Q Why did you stay there that  long?

1    A    Just in case he might have came back.

2    Q    And what made you decide that it was time to

3         leave?

4    A    Because I was staying there too long.

5    Q    What did you do?

6    A    I got up and I went out into the street and I

7         dropped the tape.

8    Q    Did you know where you were?

9    A    No.

10   Q    Why did you wait until you got to the street

11        to drop the tape?

12   A    Because I thought I didn't  need it no more.

13   Q    Didn't need it any more?  What did you do

14        after you dropped the tape?

15   A    I went to a house.

16   Q    And what did the house look like?

17   A    It had a black fence.

18   Q    A black fence?

19   A    Uhm hmm.

20   Q    Do you remember what color the house was?

21   A    Unh Unh.

22   Q    You need to answer yes or no audibly?

23   A    No.

24   Q    Why did you go to the house?

40

```
1    A    So I could get help.

2    Q    And when you got to the house what did you do?

3    A    I looked for doorbell.

4    Q    Did you find one?

5    A    No.

6    Q    When you didn't find a doorbell what did you

7         do?

8    A    I just left.

9    Q    Did you knock at all?

10   A    Unh unh.

11   Q    You need to answer audibly, yes or no?

12   A    No.

13   Q    Where did you after you left?

14   A    I went out the street.

15   Q    Did you know where you were as you went out in

16        the street?

17   A    No.

18   Q    What happened when you go to the top of the

19        street?

20   A    I noticed that I was like down the street from

21        the  church.

22   Q    When you say the church are you referring to

23        the monastery that's very close to the 34

24        Fidelis way?
```

1  A  Uhm hmm.

2  Q  And is that a church or monastery that you're

3     familiar with from spending time there?

4  A  No.  My camp walks by there.

5  Q  And you r camp is located next to the

6     monastery?

7  A  Uhm hmm.

8  Q  What did you do when you saw the monastery?

9  A  I knew where I was.

10 Q  And what did you do once you knew where you

11    were?

12 A  I seen two ladies and then I asked them if

13    they could help me just walked down the street

14    and then I just crossed the street and then I

15    went up the street and took the shortcut.

16 Q  And the shortcut, is that next to where you go

17    to camp?

18 A  Uhm hmm.

19 Q  What did you see as you went through the

20    shortcut?

21 A  A policeman, men lined up.

22 Q  And when you saw the policemen did you say

23    anything to them?

24 A  I said, Where's my Mommy?

42

```
1    Q    And what happened when you said that to them?

2    A    They were looking at me crazy.

3    Q    And what's the next thing that happened?

4    A    I seen Mom walking down the street.

5    Q    What did you do when you saw your mother?

6    A    I gave her a hug.

7    Q    Did your mother, --strike that. After you gave

8         her ah understanding what's the very next

9         thing that happened?

10   A    Terry picked me up and putting me in the

11        police  car.

12   Q    Who's Terry?

13   A    My mom's fiancé.

14   Q    What's his last name?

15   A    Cousin.

16   Q    How do you spell that?

17   A    I don't know.

18   Q    And when you were in the police car were you

19        in the front or the back of the police  car?

20   A    In the back

21   Q    Who was in the back with you, if anyone?

22   A    My mom and her fiancé.

23   Q    Terry?

24   A    Uhm hmm.
```

| | | |
|---|---|---|
| 1 | Q | Where you sitting, were you sitting on a seat |
| 2 | | in the police  car or somewhere else? |
| 3 | A | I think I was sitting on my mom's lap. |
| 4 | Q | Were the any police officer in the police car |
| 5 | | that you got into? |
| 6 | A | Uhm hmm. |
| 7 | Q | How many? |
| 8 | A | One, I think. |
| 9 | Q | And what happed after you go to into the |
| 10 | | police  car? |
| 11 | A | We went back to the thing. |
| 12 | Q | The what? |
| 13 | A | We went back to where all this stuff happened. |
| 14 | Q | Did anybody check you out physically before |
| 15 | | you went back to where this happened? |
| 16 | A | My mom. |
| 17 | Q | Did you see any emergency medical technicians, |
| 18 | | any of those people? |
| 19 | A | The ambulance guy. |
| 20 | Q | After the ambulance checked you out you drove |
| 21 | | back to the scene? |
| 22 | A | Uhm hmm. |
| 23 | Q | And what did you ,how were you able to get |
| 24 | | back, to find your way back to the scene? |

```
1    A    I remembered my way back from the way I came.

2    Q    And did you direct the police  how to go?

3    A    Uhm hmm.

4    Q    I'm sorry I need you to answer audibly?

5    A    Yes.

6    Q    When you got back to the scene what did you

7         do?

8    A    I told them where I was waiting at.

9    Q    Did you show them anything else?

10   A    I showed then where I dropped the tape at.

11   Q    And did they pickup the tape when you showed

12        them that?

13   A    I don't know

14   Q    How long did you spend at the scene after you

15        went back?

16   A    About like five minutes.

17   Q    And then where did you go?

18   A    I went to the ambulance.

19   Q    was the ambulance thereat the scene or did you

20        have to go back for the ambulance?

21   A    I think I had go back to the ambulance.

22   Q    What happened after you went to the ambulance?

23   A    We went to the hospital.

24   Q    Do you know which hospital you went to?
```

45

```
 1      A      Beth.

 2      Q      In the ambulance, on the ambulance ride was

 3             there a police officer with you?

 4      A      Yes.

 5      Q      Was it a man or a woman?

 6      A      A woman.

 7      Q      African American or Caucasian?

 8      A      African American.

 9      Q      Do you know her name?

10      A      No, I forgot.

11      Q      Was anybody in the ambulance, -well, let me

12             ask you, from the beginning when you first saw

13             your mother, was anybody asking you questions

14             about hat happened?

15      A      Yes.

16      Q      Who was the first person who had asked you

17             questions?

18      A      The ambulance guy.

19      Q      did your mom ask you any questions before the

20             ambulance guy started asking you questions?

21      A      Yes.

22      Q      Did you tell your mother the things that

23             happened to you?

24      A      Yes.
```

46

```
 1    Q    Did you tell your mother in the same way from
 2         start to finish detail by detail that you've
 3         just told the jury here today?
 4    A    Yes.
 5    Q    Did they ask you the name of the person that
 6         had done this to you?
 7              THE COURT:   Yes or no?
 8    A    No.
 9    Q    Did your mother ask you who had done it?
10    A    Yes.
11    Q    What did she ask you?
12    A    Was it Sonny?
13    Q    And what did you answer to that question?
14    A    I think I said, Yes.
15    Q    Do you have difficulty remembering that?
16    A    Uhm hmm.
17    Q    You need to answer, yes or no?
18    A    Yes.
19    Q    Did Officer Skeen ask you any questions on the
20         way to the hospital?
21    A    I'm not sure.
22    Q    Were a lot of people  asking you questions at
23         once, sometimes?
24    A    Yes.
```

```
1    Q    Was that difficult?

2    A    Yes.

3    Q    What happened when you got to the hospital?

4    A    The   doctor checked me out.

5    Q    Did that happen right away when you got there?

6    A    No.

7    Q    Did you have to wait some time?

8    A    Uhm hmm.

9    Q    Howlong were you at the hospital from start to

10        finish?

11   A    From the time I got there all the way to until

12        like eight or nine or something.

13   Q    Several hours?

14   A    Uhm hmm.

15   Q    Who was there with you?

16   A    My mom, Auntie, -, Uncle -- and my Auntie

17        Shara Lee, my Auntie Rose, Auntie Nanna and my

18        grandmother.

19   Q    Did a detective come to the hospital to

20        interview you while you were there?

21   A    Uhm hmm.

22   Q    Did you, -I'm sorry, I need you to answer yes

23        or no?

24   A    Yes.
```

48

1    Q    Did you answer his questions?

2    A    Yes.

3    Q    Where did you go when you left the hospital?

4    A    Just dropped my aunt off and home.

5    Q    You dropped your aunt off and you went home?

6    A    Uhm hmm.

7    Q    Who drove you home?

8    A    My mom.

9    Q    What happened when you got home?

10   A    We went to , -- I think we was watching TV.

11   Q    Where were you when you were watching TV?

12   A    In my mom's room.

13   Q    Where in your mother's room?

14   A    In her bed.

15   Q    Did you sleep at all before you started

16        watching TV?

17   A    I don't know.

18   Q    You don't know?  DO you know if your mother

19        slept at all?

20   A    Uhm hmm.

21   Q    I'm sorry?

22   A    Yes.

23   Q    did you see anything on Television that

24        attracted your attention?

49

```
 1    A    Yes.

 2    Q    What did you see?

 3    A    I seen Owen McCants.

 4    Q    And that's the man you know as Sonny?

 5    A    Uhm hmm.

 6    Q    And what was he doing when you saw him on

 7         television?

 8    A    He, I think he was in handcuffs.

 9    Q    And what was he doing, ----

10              MR. SHEA:   Objection.

11              THE COURT:   Sustained.

12    A    He was with policemen.

13              MR. SHEA:   Motion to strike.

14              THE COURT:   Stricken.

15    Q    Without describing what was he doing?

16    A    He was walking with the policemen.

17              MR. SHEA:   Objection.

18              THE COURT:   Overruled.

19    Q    And did you get a good view of him on

20         television?

21    A    Uhm hmm.

22              MR. SHEA:   Objection.

23              THE COURT:   Overruled.

24    Q    What did you, -what, if anything, -what did
```

```
 1              you think when you saw him on television?

 2      A       I thought that he was the guy because he

 3              looked familiar.  He looked just like the guy

 4              that took me.

 5      Q        Did you say anything to your mother when you

 6              saw that on television?

 7      A       I said, Mommy, that's him.

 8      Q       The next day, the day after this, did the

 9              police  come and take you somewhere?

10      A       Uhm hmm.

11      Q       I'm sorry you need to answer,  yes or no?

12      A       Yes.

13      Q       Where did they take you?

14      A       To the police station.

15      Q       And did they, other than the police  station,

16              did they take you anywhere else?

17      A       Back to the scene.

18      Q       And what did they ask you to do when they took

19              you back to the scene?

20      A       They asked me what, do I know where I was and

21              stuff?

22      Q       And did you show them around the things that

23              you just described to the jury?

24      A       Uhm hmm.
```

51

| | | |
|---|---|---|
| 1 | Q | I'm sorry I need you to answer, ---- |
| 2 | A | Yes. |
| 3 | Q | Did they make, -did they take pictures at all |
| 4 | | while you were doing that? |
| 5 | A | I think so. |
| 6 | Q | Did they take a videotape while you were doing |
| 7 | | that? |
| 8 | A | I think so. |
| 9 | Q | Two days later, now Monday July 17, 2000, so |
| 10 | | this happened Thursday night and I'm now |
| 11 | | asking you about Monday, July 17th, did you go |
| 12 | | the District Attorney's Office for an |
| 13 | | interview? |
| 14 | A | Uhm hmm. |
| 15 | Q | what kind of room was that interview done in? |
| 16 | A | A glass room. |
| 17 | Q | When you say a glass room was it a room with a |
| 18 | | one way mirror? |
| 19 | A | Uhm hmm. |
| 20 | Q | And did the interviewer there ask you |
| 21 | | questions? |
| 22 | A | Yes. |
| 23 | Q | Did you answer them as best you could? |
| 24 | A | Yes. |

52

1    Q    Was that interview videotaped?

2    A    I think yes.

3    Q    Have you seen that videotape, have you ever

4         seen that videotape that was made of your

5         interview?

6    A    No.

7              MR. DEAKIN:    No further questions.

8              THE COURT:    Mr. Shea?

9

10                  CROSS EXAMINATION

11   Q    (By Mr. Shea) Good morning.

12   A    Good morning.

13   Q    I'm going to ask you first about when you saw

14        Sonny before?

15   A    Uhm hmm.

16   Q    You testified you had seen Sonny three times

17        before that summer?

18   A    I didn't day a precise number. I said a

19        couple.

20   Q    And when you made that videotape,--

21   A    Uhm hmm.

22   Q    --d you recall in the  videotape saying that

23        you had met Sonny three times, seen him three

24        times?

1    A    No, I don't remember.

2    Q    If I were to show that portion of the

3         videotape, would that help you remember?

4    A    I guess.

5                   THE COURT:    Excuse me, may I see

6         you at sidebar?

7                   SIDEBAR CONFERENCE

8                   THE COURT:    The videotape of what?

9         You pick up the videotape of what?

10                  MR. SHEA:    Of the grand jury

11        testimony.

12                  MR. DEAKIN:    It's not the grand

13        jury testimony it's the interview at the DA's

14        Office that I presented to the grand jury.

15                  THE COURT:    To do what?

16                  MR. SHEA:    Well, to refresh her

17        recollection that at that interview said three

18        times.

19                  THE COURT:    So you propose to put

20        the videotape in the machine and show the

21        videotape to her?

22                  MR. SHEA:    Uhm hmm.

23                  THE COURT:    No. Why wasn't this

24        transcribed into a transcript?

1                      MR. SHEA:   Because I think it's

2           more effective to use the videotape.

3                      THE COURT:   No, we're not going to

4           do that.

5                      MR. SHEA:   You're not going to let

6           me impeach this witness with the videotape?

7                      THE COURT:   Not with the  videotape

8           We're not going to sit here with that

9           television all day long.  You had plenty of

10          time to have that thing transcribed into a

11          transcript.  Let's go.

12                      END OF SIDEBAR CONFERENCE

13     Q    Do you recall saying that you saw him once

14          quickly as you were getting onto the elevator

15          and he was going into Aunt Christine's

16          apartment?

17     A    No.

18     Q    Now you were at camp the year before, correct?

19     A    Uhm hmm.

20     Q    And you stayed with Polly Taylor that summer,

21          correct?

22     A    Uhm hmm.

23     Q    Okay.   And you met Sonny that year?

24     A    No.

1    Q    Do you recall him staying at Polly's and that

2         you and Polly slept out on the pullout couch

3         that summer in '99?

4    A    Excuse me?

5    Q    Do you recall Owen McCants staying at Aunt

6         Polly's in the summer of 1999 and that you and

7         Polly stayed in the living room while he was

8         there?

9    A    No.

10   Q    Now, you've met with the police  in this case?

11   A    Yeah.

12   Q    Did they ever show you a photographic array?

13   A    A who?

14   Q    Okay. Did they ever give you, show you a

15        number of pictures of people?

16   A    No.

17   Q    Did they ever bring you into a room and show

18        you a line up of men and ask you to choose one

19        as being the person who did this?

20   A    No.

21   Q    Now, on July 13th when you returned you ran up

22        to your mother, right?  When you came back

23        after you left that place threw the tape down

24        on the ground and found your way back,  --

1    A    Uhm hmm.

2    Q    -towards your Aunt Polly's, you saw your

3         mother?

4    A    Yes.

5    Q    She ran to you?

6    A    Yes.

7    Q    Okay. And you didn't say to your mother, Sonny

8         took, -- you didn't tell your mother, quote,

9         "Sonny took me"?

10   A    Yes.

11   Q    You didn't tell her that, did you?

12   A    I didn't.

13   Q    Okay. And you said you went right after you

14        had met up with your mother and her fiancé you

15        were put into a police cruiser?

16   A    Uhm hmm.

17   Q    And there was a policeman in the police

18        cruiser?

19   A    Uhm hmm.

20   Q    And you didn't say to the policeman in the

21        police cruise that Sonny had done this, did

22        you?

23   A    No.

24   Q    All right. And then you were with Officer, an

1          African American woman Officer?

2    A     Uhm hmm.

3    Q     And she was with you?

4    A     Uhm hmm.

5    Q     And was that your mother and her fiancé as

6          well?

7    A     Uhm hmm.

8    Q     Okay. And when you talked to her you told her

9          you could see the person's face who did this,

10         correct?

11   A     Uhm hmm.

12   Q     Try and answer  with yes or no?  So, you told

13         her you could see the person's face who did

14         this?

15   A     Yes.

16   Q     All right. And she asked you to go back to the

17         scene with her, correct?

18   A     Yes.

19   Q     And she asked you for a description, details

20         of what had happened, correct?

21   A     Yes.

22   Q     Okay. And you didn't  tell her that Sonny had

23         done this, did you?

24   A     No.

```
 1   Q   Now, you also told her about a white Corvette,

 2       right?

 3   A   Yes.

 4   Q   Okay. Now you met with a Sergeant Byrne as

 5       well, do you remember meeting a male Officer?

 6   A   Yes.

 7   Q   And do you remember  telling him that the

 8       person who took you had on a short sleeve

 9       shirt?

10   A   No.

11   Q   When you met with Officer Skeen do you

12       remember telling her that the person had no a

13       short sleeve shirt?

14   A   No.

15   Q   Now, when you were with Officer Skeen was

16       there anyone else, any other Officer present?

17   A   I'm not sure.

18   Q   You're not sure?  Now, when you met with

19       Sergeant Byrne you told him where you were

20       touched, correct?

21   A   I don't know a Sergeant Byrnes.

22   Q   If you saw him you'd recognize him?  Do you

23       think?

24   A   Maybe.
```

1    Q    Now, you met with Mr. Deakin in preparation

2         for this case?

3    A    Uhm hmm.

4    Q    And one of the dates you met with him was back

5         on November 7th of last year?  Let's see, a

6         little while before Thanksgiving?

7    A    I don't know.

8    Q    Do you remember telling Mr.Deakin when you met

9         with him on  that day in early November that

10       you could not remember  your mother asking you

11       if Sonny was the person who did this?  You

12       have to answer, yes or no?

13    A    I don't know.  I don't remember saying that.

14    Q    Okay. If I were to show you a report from Mr.

15       Deakin would that refresh your recollection?

16    A    I guess.

17    Q    You just read this to yourself okay?  And when

18       you're done look up?  Just from here to there,

19       okay?

20    A    From where?

21    Q    From her to down here, so those three lines?

22       Okay?

23    A    I don't remember saying that.

24    Q    Okay, so you still don't remember saying that?

60

1       In that same meeting do you recall telling Mr.

2       Deakin that you weren't sure if you answered

3       yes, when your mother said that?

4    A  Excuse me?

5    Q  Okay. In same meeting with Mr. Deakin, do

6       you remember telling him that if your mother

7       did ask you that question, you weren't sure if

8       you answered, yes, about it being Sonny, about

9       when she asked, was it Sonny?

10   A  I don't remember asking that it was Sonny.

11   Q  What I'm asking about is a meeting you had

12      with Mr. Deakin in early November.  I

13      understand you don't remember telling him that

14      you couldn't remember whether your mother

15      asked you this question.

16          What I'm asking now is, do you remember

17      telling Mr. Deakin that you weren't, you

18      didn't know if you answered, yes, to your

19      mother's question about it being Sonny?

20          THE COURT:  Well, wait a minute, if

21      she doesn't remember the question how is she

22      going to remember the answer?

23          MR. SHEA:  I understand that, but

24      I, guess, ----

1              THE COURT:   It's too long.

2    Q    Now, when you met with Mr. Deakin, you told

3         him you could see the perpetrator's face

4         earlier in the abduction and the assault than

5         when you were at the location on LeRose place,

6         do you remember telling him that?

7              MR. DEAKIN:   Objection, Your Honor

8         I'd ask to be seen at sidebar?

9              SIDEBAR CONFERENCE

10             MR. DEAKIN:   I'm sorry to

11        interrupt, Your Honor, but I'm not sure what

12        he's, I'm not sure that the good, ----

13             MR. SHEA:   ----that she had seen

14        his face earlier in the abduction at the time

15        because of the darkness.

16             MR. DEAKIN:   Yes, she's talking

17        there about when he lay next to her.

18             THE COURT:   Excuse me.  She's

19        already said she doesn't remember the meeting

20        with Mr. Deakin.  But you want her to remember

21        a conversation about the meeting that  she

22        doesn't remember ever having?

23             MR. SHEA:   Well, Judge, I'm not

24        being allowed to get into the videotape, and

1          what you basically said is the police

2          implanted the memory in her.  So, ----

3                    MR. DEAKIN:   Your Honor, If I may,

4          two things, first of all what it says that she

5          told me in that letter is what she testified

6          to at trial exactly, so I don't think there's

7          any grounds for him to use that portion to

8          impeach.

9               I would also suggest to Your Honor that

10         with regards to the impeachment by videotape,

11         my suggestion to the court, obviously, at the

12         court's discretion is if Mr. Shea comes up

13         with a prior inconsistent statement that is of

14         substantive value that he ask the court

15         whether he be allowed to use that statement to

16         impeach by videotape, I think the issue of

17         whether she said one, two or three times that

18         she met him before doesn't rise to that level.

19         I do think there are some statements on the

20         videotape that if he confronts her with it and

21         she either denies saying those things or says

22         she doesn't remember saying those things that

23         I would think the court should allow him to, -

24         - - -

1             THE COURT:   Where are they on the

2       videotape?

3             MR. DEAKIN:   They're toward the

4       end, I think.

5             THE COURT:   Do you know exactly

6       where they are because we're not going to sit

7       here and play with this machine all morning.

8             MR. DEAKIN:   I believe both of us

9       do and I would  ask t before he impeaches in

10      the videotape that he demonstrate it, that

11      there's a real substantive issue there.

12         But, on this issue she testified the same

13      way that she told me.

14             THE COURT:   You're mixing apples

15      and oranges here.  We're talking about this

16      letter right now and you're going into a

17      videotape.

18             MR. DEAKIN:   Okay, then that's, ---

19      -

20             THE COURT:   Which one are we

21      talking about?

22             MR. DEAKIN:   Okay, as to the letter

23      then my position Your Honor is even if she

24      remembers having a meeting if she doesn't

1          remember the date, what she testified to in

2          court is what she told me during the meeting

3          so you can't use it to impeach her.

4                    THE COURT:   Keep your voice down.

5          First of all she hasn't even said that she

6          remembered the meeting.

7                    MR. DEAKIN:   That's true, good

8          point.  I should step back, I agree with that.

9                    THE COURT:   And I don't know how

10         you would get someone to comment upon a

11         conversation at a meeting that they don't even

12         remember.

13                   MR. SHEA:   It's been difficult.

14                   THE COURT:   It's impossible.  So,

15         let's move on. Excuse me. If there's something

16         on this videotape and you know where it is,

17         fine, but we're not going to play with the

18         videotape all day.

19                   MR. SHEA:   I've marked up, I should

20         be able to get to the right point.

21                   THE COURT:   What do you mean, you

22         marked it up?

23                   MR. SHEA:   I mean, I have on my

24         notes exactly the time frame where it's at and

```
 1          the tape has the times on it.

 2                    MR. DEAKIN:   I think I could  be of

 3          assistance if there's a real issue.  I think I

 4          have notes, too, that if he has any difficulty

 5          I could  deal with it.  There are some things

 6          that she said that I, and confront her with if

 7          she doesn't, ----

 8                    END OF SIDEBAR CONFERENCE

 9    Q     Do you recall meeting at all with Mr. Deakin

10          In November?

11    A     I recall meeting him.

12    Q     Okay. But you don't recall talking about the

13          case with him?

14    A     I do.

15    Q     Okay. And how many occasions have you talked

16          about the case with Mr. Deakin?

17    A     A lot.

18    Q     A lot? Give me a number?

19    A     I guess ten.

20                    THE COURT:   You have to keep your

21          voice up, ma'am.  Sit closer to the

22          microphone.

23    A     I guess ten.

24    Q     Okay. And you didn't recall specifically these
```

1   two meetings in November? Just answer, yes or

2   no?

3 A No.

4 Q Now, the person who did this had bare hands,

5   correct? They didn't have gloves on?

6 A Uhm hmm.

7 Q Yes or no?

8 A Yes.

9 Q Okay. And you talked to your Aunt Polly about

10   the fellow who was at the entry way earlier, -

11   -

12 A Uhm hmm.

13 Q -in the day?  Yes?

14 A Yes.

15 Q Okay. And you said he had on a stocking cap?

16 A Uhm hmm.

17 Q Yes or no?

18 A Yes.

19 Q Okay. And it was similar to a wool cap?

20 A No.

21 Q Do you remember describing it as similar to

22   cap that had been made for you?

23 A No.

24 Q Okay, ----

1    A    Oh yes, he had on it on his head.  He had this

2         stocking over his face and he had the cap on

3         his head.

4    Q    Okay. And you recognized, -the cap reminded

5         you of another cap? It looked similar to,,like

6         it was a wool cap the part at the top like

7         you had had made for you?

8    A    Who made for who?

9    Q    When you were describing that the guy had on a

10       wool cap you were saying, like your mother had

11       med for you or someone had made for you, do

12       you recall that?

13    A    No.

14    Q    Okay. Now, you described something about, this

15       is back earlier in that day the guy at the

16       entry way that there was something about a

17       sock and it had diamond squares on it, do you

18       recall that?

19    A    Uhm hmm.

20    Q    Do you recall that?

21    A    Yes.

22    Q    And what was it about the sock?

23    A    It was tan and brown and it had like white

24       stitching in it.

1    Q    Okay, ----

2    A    And he put it in the door.

3    Q    Okay, so the description of the sock having

4         diamond squares on it is the sock that you saw

5         the person put in the door?

6    A    Yes.

7    Q    Okay. Now, do you recall doing an interview

8         with a woman from the District Attorney's

9         Office?

10   A    Yes.

11   Q    The interview that Mr.Deakin had said as

12        taped, correct?

13   A    Uhm hmm.

14   Q    And do you recall when you did that interview

15        with her she asked you, had you seen him

16        before, meaning the perpetrator?  She asked

17        you, had you seen him before, do you recall

18        shaking your head, No?

19   A    No.

20   Q    If I were to show you on the videotape, the

21        question  and your head shaking, would that

22        refresh your recollection?

23   A    I think so.

24                   THE COURT:   Excuse me does anybody

69

```
 1              know how to operate this thing?
 2                        VIDEOTAPE PLAYED
 3     Q    What I'm asking you is the question, do you
 4          recall the question  have you seen him before,
 5          and then please, -that is you correct?
 6              .   Now, did you see yourself, -the question
 7          was had you seen before, correct?
 8     A    Uhm hmm.
 9     Q    And did you see yourself shaking your head,
10          No?
11     A    Yes.
12     Q    Okay. So, when you were asked the question,
13          Had you seen him before, you shook your head,
14          No, correct?
15     A    Can you call that tape one more time, please?
16     Q    Sure, ----
17                        VIDEOTAPE PLAYED
18     Q    Now, before the question, Did he look familiar
19          to you, you had been asked, Had you seen, ----
20                        THE COURT Officer: Could you hold on
21          one second, Counsel please?
22     Q    I take it you'd like me to run it again O I'll
23          run it again, ----
24
```

 1                    THE COURT:    Now hang on for a

 2       second, before you run it, this is offered as

 3       prior inconsistent statement.  And As I told

 4       you at the beginning of this trial, the only

 5       evidence that you can consider is what's

 6       testified to here in court.

 7            You can only use this prior inconsistent

 8       statement in determining what weight you give

 9       to her in court credibility and not for the

10       substance of what's in this out of court

11       statement.

12                    MR. SHEA:    Could we have a sidebar,

13       Your Honor?

14                       SIDEBAR CONFERENCE

15                    MR. SHEA:    I'd object to that

16       admonition being given right now and also

17       because if she adopts something during cross

18       examination it is the testimony, ----

19                    THE COURT:    I'll lay it down that

20       unless  she adopts it that the problem is you

21       showing a videotape in a courtroom that's

22       first unsworn to.  It's certainly not the

23       usual way in which you do a prior inconsistent

24       statement.

1          END OF SIDEBAR CONFERENCE

2                    THE COURT:   The only time that you

3          can consider an out of court statement for the

4          substance of that statement is if the witness

5          adopts that statement here in court.

6                    VIDEOTAPE PLAYED

7     Q    Now you know, what's, ----

8                    THE COURT OFFICER: Once again,

9          Counsel, you're blocking the view.

10                   MR. SHEA:   Sorry.

11                   THE COURT:   Step back a little

12         further, Mr. Shea.

13                   MR. SHEA:   Sure.

14    Q    Now, just as to eh question, Had you seen him

15         before, that refreshes your recollection

16         that you were asked question, correct?   Do

17         you remember being asked that question now?

18    A    No.

19    Q    You just watched the videotape, that's you on

20         the videotape, correct?   And that's the woman

21         from the District Attorney's Office asking you

22         questions?   And the question she was asking

23         you was, Had you seen him before, correct?

24                   THE COURT:   You have to answer.

72

1    Q    Please verbalize?

2    A    Yes.

3    Q    Okay. And you were shaking your head, No,

4         correct?

5    A    On the videotape?

6    Q    Yes, on the videotape?

7    A    Yes.

8    Q    Okay. Now, further along isn't that true?

9         interview, do you recall being asked, Did you

10        see any pictures of him, and you're

11        responding, with a question, Sonny, and

12        shaking your head, No, do you remember that?

13   A    Excuse me?

14   Q    In the interview that we just saw part of on

15        tape, --

16   A    Uhm hmm.

17   Q    -do you remember being asked, Did you see any

18        pictures of him, do you remember that?

19   A    No.

20   Q    No?  If I showed you on the tape would that

21        help?  Would that refresh your memory?

22   A    I guess so.

23   Q    Okay.

24

```
 1                        VIDEOTAPE PLAYED

 2     Q    Okay.  We'll get to the other part where we're

 3          going to take it incrementally.  So, does that

 4          refresh your recollection that you were asked,

 5          Did you see any pictures of him?

 6     A    No.

 7     Q    Having seen that, do you remember that she

 8          asked you that question, don't you?

 9     A    Uhm hmm.

10     Q    Okay. And when she asked you that question you

11          said, Sonny, right?  Question mark, Sonny? Do

12          you remember what your response was when she

13          said, Did you see any pictures of him?

14     A    Now?

15     Q    Do you remember having said that in that

16          interview, now that you see the interview?

17     A    Pictures?  What do you mean?  I'm not

18          understanding.

19     Q    Okay.  She asked, Did you see any pictures of

20          him, meaning afterwards?

21     A    Yes.

22     Q    Okay. And you asked her, Sonny, to see if

23          that's what she was talking about, correct?

24     A    I don't know.
```

1    Q    All right. We've got the pictures part, but

2         I'm just going to run it a little further to

3         see what you said to see if that refreshes

4         your recollection, okay?

5    A    Uhm hmm.

6                    VIDEOTAPE PLAYED

7    Q    Okay, ----

8    A    But, I have.

9    Q    Okay. But when she asked you that you shook

10        your head, No, correct?

11   A    But, I had to think.

12   Q    Okay. But, at first, you shook your head, No,

13        correct?

14   A    Yeah.

15   Q    Okay, ----

16   A    But, then I had to think about it so, then I

17        say, Yes.

18   Q    You said, Yes.  They said, The cops and stuff,

19        do you remember that your answer actually

20        after you thought about it was that they said,

21        The cops and stuff told you it was Sonny, do

22        you remember that?

23   A    No.

24                    VIDEOTAPE PLAYED

1    Q   All right.  Okay.  Does that refresh your

2        recollection that first you shook your head,

3        No.  Did you use any photos or pictures of

4        him, Sonny, you shook your head, No, right?

5        Please verbalize?

6    A   Yes.

7    Q   Okay. And then you said, then you said, Yes,

8        and you said, They said the cops and stuff

9        said it was Sonny.  Do you remember saying

10       that now?

11   A   No because, if anything, you're confusing me

12       with the tape, so, you're not  helping me.

13   Q   All right. I'm not meaning to confuse you.

14       I'll run it again, ----

15              MR. DEAKIN:   Objection.

16              THE COURT:   Sustained.

17   Q   If I were to show you that one more time,

18       would that help you see what you said?

19   A   I guess.

20   Q   I'm taking it from the beginning so hopefully

21       it'll be a little less confusing, ----

22              VIDEOTAPE PLAYED

23   Q   Okay. Hopefully , that's a little less broken

24       up. So, you recall now saying, They said, the

1        cops and stuff said it was Sonny.  You saw

2        your self on the videotape?  Yes?

3    A   Uhm hmm.

4    Q   Did you see your self speaking?

5    A   Yes.

6    Q   And did you see yourself saying, They said it,

7        the cops and stuff said it was Sonny?

8    A   Yes.

9    Q   And so, you said that n that videotape,

10       correct?

11   A   Yes, but I'm not understanding.

12              THE COURT:   Excuse me, the question

13       is did you see the videotape and you see

14       yourself on the videotape?

15              THE WITNESS:   Uhm hmm.

16              THE COURT:   Did you hear what  you

17       said on that videotape?

18              THE WITNESS:   Yes.

19              THE COURT:   DO you remember making

20       that statement on that videotape?

21              THE WITNESS:   No.

22              THE COURT:   Let's move on.

23   Q   Now, which cops and stuff told you it was

24       Sonny?

```
1    A    I don't know.
2    Q    Well, I'm interested in knowing, ----
3              THE COURT:   Well, did any police
4         officers tell you that it was Sonny?
5              THE WITNESS:   I don't remember
6         asking them.   I don't remember them telling me
7         that.
8              THE COURT:   Alright, next question.
9    Q    You just saw a tape where you said, the cops
10        and stuff told you it was Sonny? right?
11             MR. DEAKIN:   Objection, asked and
12        answered.
13             THE COURT:   Sustained.
14   Q    And do you remember the date you made this
15        videotape?
16   A    No.
17   Q    It was how many days after the incident, if
18        you remember?
19   A    I don't know.
20   Q    Does four days sound about right?
21   A    I don't know.
22   Q    Was it right afterwards?  DO you remember
23        going with your mother to the District
24        Attorney's Office?
```

1   A   Yeah.

2   Q   And do you remember going shortly after this

3       incident?

4   A   I think so.

5   Q   Okay. So, is it fair to say that your memory

6       was better on July 17, 2000, than it is today

7       about what happened?

8   A   Excuse me?

9   Q   Is it fair to say that your memory was better

10       closer to when this happened?

11   A   I don't know.

12   Q   Now, there's a friend of the family named,

13       Ray?

14   A   Uhm hmm.

15   Q   Who's Ray?

16   A   My mom's fiancé's friend.

17   Q   Okay. And, Ray told you it was Sonny, correct?

18   A   He said it was, but he didn't tell me.

19   Q   Okay, Ray said it was Sonny?

20   A   Uhm hmm.

21   Q   Okay. Now, you testified today that the person

22       had, put his private on the inside part of

23       your private, is that right?

24   A   Uhm hmm.

1    Q    Had you told that to anyone before today?

2    A    Excuse me?

3    Q    Had you told anyone that the man that did this

4         put his private inside your private?

5              Okay, you talked with Mr. Deakin ten

6         times before today about the case?  Yes?

7    A    Uhm hmm.

8    Q    In any of those ten times that you talked with

9         Mr. Deakin did you tell him that the person

10        that did this put his private on your inside

11        part of your private?

12   A    I think so.

13   Q    Okay. Now today when you testified you said

14        that you didn't say that it was Sonny who did

15        this until the next day?

16   A    Uhm hmm.

17   Q    That's correct, right?

18   A    Uhm hmm.

19             MR. DEAKIN:   Objection.  I don't

20        think that's an accurate characterization of

21        the testimony.

22             THE COURT:   Well, don't

23        characterize the testimony, ask her when did

24        she say it.

1          MR. SHEA:   That is an accurate, ---

2          -

3          THE COURT:   Well, ladies and

4     gentlemen, it's and this is a classic example,

5     it's your memory that controls what was said

6     and what was testified to, not mine, not the

7     lawyers', yours.

8     Q   Did you testify today that you identified

9         Sonny as the person that did this on the next

10        day?

11    A   Yes.

12    Q   And how many cops had you talked to before you

13        identified Sonny on the next day?

14    A   I think, two.

15    Q   Two?  Well, you talked to Ms. Skeene, the

16        African American woman?

17    A   Uhm hmm.

18    Q   Yes?

19    A   Uhm hmm.

20    Q   And who else do you remember talking to?

21    A   Detective McDonough.

22    Q   Okay. Now, your mother doesn't like Owen

23        McCants, does she?

24    A   Excuse me?

1    Q    Your mother doesn't like Owen McCants, does

2         she?

3    A    I don't know.

4    Q    Now, when you saw Owen McCants on TV the next

5         morning when you were in bed with your mom, --

6    A    Uhm hmm.

7    Q    -you said you thought that was him, do you

8         remember saying, Mommy, I think that's him?

9    A    Yes.

10   Q    Okay.   And that's what you said?

11   A    Yes.

12   Q    And, he was on TV, yes?

13   A    Uhm hmm.

14   Q    It was the news?

15   A    Uhm hmm.

16   Q    And there were a number of police around?

17   A    Uhm hmm.

18   Q    And that was, that morning was the next day

19        after you'd been taken the night before,

20        correct?

21   A    Uhm hmm.

22   Q    Yes, or no, please?

23   A    Yes.

24   Q    And when you say the next day is when you make

82

```
 1              the identification when you said, it was

 2              Sonny?

 3       A      Uhm hmm.

 4       Q      That's what you're referring to?  That's what

 5              you mean?

 6       A      Excuse me?

 7       Q      When you say that you, -when you say that on

 8              the next day after, ----

 9                   THE COURT:   Excuse me, excuse me,

10              she never said the next day, you said the next

11              day.

12                   MR. SHEA:   She said, yes, Your

13              Honor?

14                   THE COURT:   I understand that, but

15              she didn't it, so that's why you're confusing

16              her with that question.

17                   MR. SHEA:   She said it on direct so

18              I it's not, ----

19       Q      The first time you thought it was Sonny was

20              when you saw him on TV the next day, yes?

21       A      Can you repeat that again?

22       Q      Sure.  The first time you thought it was

23              Sonny, that it looked like him was when you

24              saw on TV the next day when you were in bed
```

```
 1              with your mother, correct?
 2                     MR. DEAKIN:    Objection.
 3      A    I didn't say it looked like him.
 4      Q    I think that's him?
 5      A    Yeah, that's my description was saying that's
 6           him.  Or it was someone who really looks like
 7           him, similar.
 8      Q    Do you recall ever saying, I think that's him?
 9                     MR. DEAKIN:    Asked and answered.
10                     THE COURT:    Sustained.
11      Q    Anyway, that is the first time you identified
12           Sonny?
13      A    Yeah.
14      Q    Okay, ----
15                     MR. SHEA:    Nothing further.
16                     THE COURT:    Does the Commonwealth
17           have anything else?
18                     MR. DEAKIN:    Just briefly, Your
19           Honor. I'd like to play two short segments of
20           the tape?
21                     THE COURT:    All right.
22

23                  REDIRECT EXAMINATION
24      Q    (By Mr. Deakin) Ms. ███████   I'm going to show
```

1          you a section of the tape approximately

2          three minutes long, which contains one segment

3          which defense counsel showed you when he was

4          asking you questions, and I'm going to ask you

5          if that is a fair and accurate representation

6          of the interview that you had participated in,

7          --

8     A    Uhm hmm.

9     Q    -at the District Attorney's Office, ----

10              MR. DEAKIN:   Can we be seen at

11         sidebar?

12              THE COURT:   Yes.

13              SIDEBAR CONFERENCE

14              MR. DEAKIN:   Your Honor, he played

15         her about a five second segment of tape where

16         he said, have you ever seen her, had you ever

17         seen him before and she shook her head, no.

18         And then she said, yes.  But, he cut the tape,

19         or did he look familiar to you, and she shook

20         her head, yes.  He cut the tape off at that

21         point.

22              At around, at the few minutes around that

23         time, she had just spent time describing him,

24         saying that he looked like Nanna's, Aunt,

1      -nephew, Sonny, that she had known him before,

2      that she had seen him two times before that

3      week.

4          I think on two doctrines this is

5      admissible  One, he hasn't effectively

6      impeached her with a prior inconsistent

7      statement.  I am now entitled to rehabilitate

8      her with prior consistent statements directly

9      relevant to that alleged inconsistent

10     statement.

11         Also under the doctrine of completeness

12     for him to take an eight second segment of the

13     tape and try to make an argument based on that

14     when in the three minutes surrounding it she

15     saying, she describing him and saying he

16     looked familiar and how she knows him, I think

17     under the doctrine of completeness that three

18     minute section comes in.

19             MR. SHEA:   I disagree.  I mean, the

20     question was you have to spice it when you're

21     using the tape, but had you seen him before,

22     that was the question.  The answer was her

23     head shaking, no.

24             THE COURT:   Excuse me.   I heard

1   her say, yes. And the juror at the other end

2   at that point was telling me to get out of the

3   way. It wasn't getting out of the way, but she

4   heard the yes part.  You can complete the

5   statement, that's it.  You're nog going to

6   play the whole three minutes, If you want to

7   ask her about whether or not she described him

8   to the next person, fine, but we're nog going

9   to play the tape, the entire tape.

10        MR. DEAKIN:   I'm not asking for the

11   entire tape, I'm asking to play three minutes

12   when she describes him and she says she knows

13   him.  He asked her, ----

14        THE COURT:   You can ask her id she

15   did that in that interview, but this kid

16   doesn't even remember the interview.

17        END OF SIDEBAR CONFERENCE

18        MR. DEAKIN:   May I have one moment,

19   Your Honor?

20        THE COURT:   Why don't we take the

21   morning recess, while you set this thing up

22   getting back to the point where you want it.

23        (Recess.)

24        THE COURT:   The court Officer said

1          you wanted to see me before the jury came out?

2                    MR. DEAKIN:    Just very briefly,

3          Your Honor.  Dr. Alice Newton, who did not

4          treat this child, just offered solely as an

5          expert on the medical examination of the child

6          sexual abuse victims, is not available

7          tomorrow or Friday, she's available today.

8          She's here.  I think she's entering the

9          courthouse as we speak.  She's not available

10         tomorrow or Friday.  I didn't  want to put her

11         off until next week because of the court's

12         admonition to front load witnesses ahead of

13         time.

14                I'd like to call her next. I think she'll

15         be relatively brief.

16                And my only request is if the court would

17         instruct the jury that they';er hearing a

18         witness out of order to accommodate her

19         schedule.  So that it may seem strange to them

20         that they haven't heard much of a factual

21         basis for any of the medical testimony yet.

22                I'm just asking so that they're not

23         confused.

24                    THE COURT:    That's fine.

```
 1                    MR. DEAKIN:   Thank you, Your Honor.

 2                    THE COURT:   Anything else?

 3                    MR. DEAKIN:   No, that's it.

 4                    THE COURT:   Do you want to bring

 5          them in.

 6      (Whereupon the jurors entered the courtroom.)

 7                    THE COURT:   Do you want to

 8          continue?

 9                    MR. DEAKIN:   Thank you, Your Honor.

10      Q     Ms. ████████, I'm going to ask you to watch

11            about a twenty-three second segment of the

12            tape which carries on approximately fifteen

13            seconds beyond one of the clips that Mr. Shea

14            showed you.   And I'm going to ask you at end

15            of it whether this is a fair and accurate

16            representation of what you said?

17      A     Uhm hmm.

18                    VIDEOTAPE PLAYED

19      Q     Ms ████████ is that a fair and accurate

20            representation of what you said in the

21            interview at the District Attorney's Office?

22      A     It's not fair.

23      Q     Did you say that?

24      A     Yes.
```

1          MR. DEAKIN:   No further questions.

2          THE COURT:   All right.   You may

3     step down.

4       Next witness?

5          MR. DEAKIN:   Your Honor, the people

6     of the Commonwealth of Massachusetts call Dr.

7     Alice Newton.

8          THE COURT:   Now, ladies and

9     gentlemen,  as I understand it Dr, Newton was

10    scheduled to testify sometime next week, but

11    we're going to take out of order because  of

12    her schedule, so it may seem that it's, -when

13    you hear her testimony it may seem that it's,

14    doesn't fit right behind the other witnesses

15    or any other witnesses, but we're going to

16    take it out of order because as I told the

17    lawyers, I want them to have their witnesses

18    here on time and ready to go because  I want

19    to move this along.

20          MR. DEAKIN:   I'm told she's

21    indisposed for the moment, Your Honor, and

22    will be coming out in a moment.

23          THE COURT:   All right.

24          SIDEBAR CONFERENCE

1          THE COURT:   I guess what I don't

2     understand is since he doesn't disagree that

3     she was raped, why are we going through, ----

4          MR. DEAKIN:   If defense counsel

5     would stipulate that she was raped that he

6     didn't  dispute that then I wouldn't call

7     these witnesses.

8          THE COURT:   He already did that in

9     his opening statement.

10          MR. SHEA:   I can't do it

11     evidentiarywise for the case.

12          THE COURT:   Whatever, let's go.

13

14     DR. ALICE NEWTON, Sworn.

15          THE CLERK:   Do you solemnly swear

16     that the testimony you are about to give this

17     jury in the matter between the Commonwealth

18     and the defendant  is the whole truth and

19     nothing but the truth so help you, God?

20          THE WITNESS:   Yes, I do.

21

22          DIRECT EXAMINATION

23  Q  (By Mr. Deakin) Dr.Newton, could I ask you

24     please to adjust the microphone so that you're

```
 1              speaking as directly into it as you can?

 2                   Doctor, could you please state your name

 3              and spell your last name for the court

 4              reporter?

 5      A       Yes, good morning.  My name is Dr. Alice

 6              Newton, N-E-W-T-O-N.

 7      Q       What sort of doctor are you?

 8      A       I'm a pediatrician.

 9      Q       How are you employed currently

10      A       I currently have three places of employment.

11              I have a private practice in Arlington. I also

12              work at Massachusetts General Hospital and at

13              Children's Hospital on the child protection

14              teams there.

15      Q       And very briefly, what is a child protection

16              team?

17      A       A child protection team is a group of

18              professionals, including social workers,

19              physicians, nurses, hospital attorneys who

20              work together to evaluate cases where there

21              may be child physical abuse, child sexual

22              abuse or neglect.

23      Q       And you work on those teams both at

24              Massachusetts. General and Children's
```

1          Hospital?

2      A   Yes, I'm the medical director at

3          Massachusetts. General Hospital.

4      Q.  And what are your responsibilities as medical

5          director?

6      Q   I'm responsible, it's relatively new program,

7          so I'm responsible for starting that program

8          and integrating it within the hospital.   In

9          both places I work in a teaching function as

10         well for both the residents and the medical

11         students and the attending level physicians.

12     Q   Can you describe for the jury your education

13         from the collegiate level onward?

14     Q   Yes, I attended Oberland College.  I then went

15         to Boston University Medical School, where I

16         graduated in 1991.  I did two years of the

17         surgical residency followed by a year of

18         research.  I then completed a pediatric

19         residency at Massachusetts General Hospital,

20         which I finished in1997.  And then I served as

21         a chief resident from 1997 to 1998.

22     Q   Do you hold any licences or certifications?

23     A   Yes, I'm a board certified pediatrician

24         licenses in the state of Massachusetts.

1    Q    Have you published in medical journals in the
2         field of child protection.
3    A    I have a chapter, which is in publication on
4         the area of neglect.
5    Q    And have you published other publications on
6         other medical topics as well?
7    A    Yes, I've published on the area of my research
8         which was in opthomology.
9    Q    Do you hold any academic appointments?
10   A    Yes, I do .  I'm appointed as an Assistant
11        Professor at Harvard Medical School.
12   Q    In what field?
13   A    In pediatrics.
14   Q    Doctor, are you being paid to testify here
15        today?.  ·
16   A    No, I am not.
17   Q    Have you ever examined a child, well let me
18        ask you this, did you examine the alleged
19        victim in this case, ███████████ on Friday
20        morning, July 14, 2000?
21   A    No.
22   Q    Have you reviewed any of her medical records
23        and medical history?
24   A    No.

94

1    Q    Do you have any extensive familiarity with the

2         allegations or the details in this case?

3    A    I'm familiar with the details only in that you

4         and I have discussed them, yes.

5    Q    Other than that did you familiarize your self

6         with the details?

7    A    No, I haven't had an opportunity  to review

8         the record.

9    Q    Doctor, I wonder if you could tell the jury

10        please the standard, what the appropriate

11        medical protocol is when a, say, an eleven

12        year old girl comes to the attention of the

13        emergency room, having reported sexual abuse?

14   A    There is a standard protocol that is followed.

15             First it's important to make sure that we

16        have history on which to base our examination.

17        So, quite often there is a social worker as

18        well as a physician involved in speaking with

19        a guardian who may be with the child.

20             Depending on the child's status we

21        sometime interview children, but quite often

22        are able to obtain all the history we need

23        from a  caretaker.

24             The child then undergoes medical

1    examination from head to toe just to as we do

2    in our regular offices where their ears, mouth

3    chest, lungs, abdomen are examined.

4          If there is an allegation of possible

5    sexual abuse we do pay close attention to our

6    examination of the child's genitals because

7    occasionally there are medical findings there

8    that can substantiate the possibility of

9    sexual abuse.

10         There are also, depending on the timing

11   of the incident, we may do something called an

12   evidence  collection kit, which is a kit that

13   we gather that takes swabs from different area

14   looking for signs of sexual interactions,

15   looking for signs of semen or saliva.  And we

16   may or may not take cultures to look for

17   sexually transmitted diseases.  And may or may

18   not recommend treatment for possible sexually

19   transmitted diseases.  As well as, we always

20   recommend continued follow up with a

21   psychologist who is experienced in treating

22   children who have been sexually assaulted.

23   Q    Doctor, what is the reason for giving a head

24        to toe physical examination of a say a,

1      hypothetically of an eleven year old girl who

2      reported sexual assault?

3   A   Well, certainly there may be injury in other

4      parts of the body.  And when you're evaluating

5      a child it's important to look for any other

6      signs of inter current illness or findings

7      related to trauma.

8   Q   Doctor, you mentioned an evidence  collection

9      kit and you said that depending on the timing

10      of the report what is the significance of the

11      timing of the report as to whether you do an

12      evidence collection kit?

13   A   Well, a child or adolescent who has been

14      assaulted if the timing was recent within

15      three to five days there may be evidence of

16      body fluid from the perpetrator left on the

17      child or adolescent such as semen or saliva.

18          After longer time period, the person has

19      had time to shower or bath has urinated or

20      defecated and the natural secretions of the

21      body eliminate all signs of another person

22      having violated that individual.  So there is

23      a time at which the kit has very little yield

24      and therefore is not worth doing.

1    Q    You mentioned that in doing the physical

2         examination you pay particular attention to

3         the examination of the child's genitals?

4    A    Yes.

5    Q    Can you describe for the jury the genital

6         examination that you would conduct in an

7         allegation of sexual assault?

8              And with the court's permission, if it

9         would assist you to use the blackboard, I'd

10        ask that the Doctor, be allowed to should she

11        need to?

12             THE COURT:   Yes.

13   A    Certainly.  Let me I'll draw a picture and

14        then we'll talk about what the exam is.

15             MR. DEAKIN:   I think there's some

16        chalk and some erasers.

17   A    Can you all hear me if I speak, okay.  In a

18        child of who is pre pubescent, which means she

19        hasn't yet gotten her period, we do an

20        examination in two different positions.

21             So, we often have the child lie on her

22        back and just open her legs so what we call

23        the frog leg position.  Any body who's

24        diapered a baby knows that when the little

1       girl is lying like that the folds of skin come

2       together so that in order to see the details

3       of the female anatomy we need to actually

4       separate with our hands the folds of skin.

5       And then we can look more closely at the areas

6       that are drawn here, which includes the

7       urethra, which is where the urine comes out

8       and the opening to the vagina.  And there's a

9       membrane just like the inside of your mouth,

10      kind of a pink fluffy membrane around that

11      opening which is called the hymen.

12          That hymen can take several appearances

13      we are knowledgeable in all the different

14      possible normal appearances of that.

15          And we also look at the anus.

16          When we're examining a child around this

17      age we also like to have them, if they're

18      willing, to get in what's called the knee

19      chest position, which means the turn over and

20      stick their tush up in the air and that also

21      gives us a good view of the areas that we're

22      concerned about.

23   Q   And can you explain with respect to each of

24      the structures you've mentioned what it is

1         that you look for in the examination?

2    A    Yes.  We look for any signs of either

3         discharge from the vagina which may represent

4         a sexually transmitted disease or any cuts of

5         bruises os sometimes if there's forceful entry

6         all the way into the vagina you can see some

7         tearing or injury to the hymen itself.

8    Q    And can you describe, you mentioned that the

9         hymen itself is a like the tissue in the

10        inside of your mouth, --

11   A    Uhm hmm.

12   Q    -in general terms how is it shaped and what is

13        it's function, --well how is it shaped?

14   A    It can have several shapes.  This is a very

15        common shape, which is called crescentic.  But

16        it can also go all the way around her vaginal

17        opening or almost feel like the end of your

18        sleeve, like a little, what we call redundant,

19        which means that it just sticks out like a

20        little tube.

21             And sometimes you can see into the

22        vaginal openings.  Sometimes the hymen is so

23        fluffy and redundant that you can only see the

24        hymen.

1    Q    And you mentioned that you examine the anus?

2    A    Yes.

3    Q    Do you examine the anus even in cases in which

4         the patient has not disclosed any contact with

5         the anus by the perpetrator?

6    A    Yes, just as we do a general head to toe exam.

7         We examine every part of the child's genital

8         anatomy.

9    Q    You can resume the stand, Doctor.   Doctor, in

10        examining the children who have reported

11        sexual abuse how often do you find the types

12        of findings you described as cuts, bruises and

13        trauma to the hymen?

14   A    That's actually unusual.   More often than not

15        probably  about two thirds of the time there

16        are no medical findings related to abuse.

17   Q    And Doctor, is there any tests or examination

18        that you can perform a girl of eleven years

19        old to determine whether she has ever been,

20        whether her genitals have ever been penetrated

21        in any way?

22   A    There are some finding which we consider to be

23        confirmatory.   So, if we do find that there's

24        either a torn or a bleeding hymen or a cut up

1          into the inside of the vagina or if the are,

2          if there's semen present, those are some

3          things that can make you feel absolutely sure.

4               However, there are cases where girls talk

5          about being penetrated or there are witnessed

6          events where we find absolutely nothing.  So,

7          there's absolutely no, you cannot determine by

8          looking generally whether a child was or was

9          not molested.

10    Q    Is it possible for an adult male to penetrate

11         the genitals of a prepubescent eleven year old

12         girl and not leave signs of injury?

13    A    It's possible for a child to perceive

14         penetration.  What I mean by that is the hymen

15         in little girls is very sensitive. If an adult

16         penis spreads the labia apart, as we talk

17         about during the exam and touches that hymen,

18         it's very, very painful.  And quite often we

19         feel that girls who are prepubescent perceive

20         that as a penis going all the way in.

21    Q    Is it possible for an adult male penis to

22         penetrate through the labia either to the

23         point of the hymen or near the point of the

24         hymen without leaving, --

1               THE COURT:   Just a minute.

2    Q    -without leaving signs of injury or trauma?

3    A    Yes, that's possible.

4    Q    Is it possible for an adult male to penetrate

5         a child through the labia with his finger

6         without leaving signs of injury or trauma?

7    A    Yes.

8    Q    When you perform an exam on a child who has

9         reported sexual abuse and there are no medical

10        findings what conclusion can you draw from

11        that regarding whether  the child has been

12        abused?

13   A    The, -it's really impossible to draw a

14        conclusion and that's why the interview of the

15        child is so important.  We can't say whether a

16        child has or has not been abused if they have

17        a normal examination.

18              MR. DEAKIN:   Thank you, nothing

19        further.

20              THE COURT:   Mr. Shea?

21

22              CROSS EXAMINATION

23   Q    (By Mr. Shea) Good afternoon.

24   A    Good afternoon.

1   Q   So you're saying, it's critical, the interview

2       of the child?

3   A   Quite often that's much more helpful than the

4       physical examination.

5   Q   Did you review the interview of ███████████

6       in this case?

7   A   No, I did not.

8   Q   Would that be helpful for your testimony?

9   A   Well, I don't, --I am not a forensic

10      interviewer and it's not within my field of

11      expertise.  So, that I generally restrict my

12      self to the  medical findings when I'm

13      assisting with the sexual abuse evaluation and

14      the forensic interviewers are the ones who do

15      the interviewing of a child.

16  Q   All I mean is, in this case if I were to give

17      you the notes from the person's injury as to

18      whether the person had penetrated her with a

19      finger or a penis or what object that would be

20      useful in your analysis, correct?

21  A   In terms of my analysis about the medical

22      findings it would  not really contribute

23      because the point is that the medical findings

24      can be completely negative and neither

1        supports nor denies what the interview says.

2    Q    But, what I mean is, what they say in the

3        interview give you some idea of what to look

4        for physically, correct?

5    A    It gives an idea of, -- generally the

6        information we gather from the interview,

7        which we use to guide or medical examination

8        includes  whether there's been any saliva

9        contact on other parts of the skin where we

10       might swab.  It doesn't change how we do our

11       exam and it doesn't change anticipated

12       findings unless there's a review of history

13       of, ----

14    Q   Basically, I'm offering you to look at the

15       interview to see so you can see whether she

16       reported that she was penetrated in her

17       vagina, anus, mouth by what.  Are you

18       interested in seeing that in making your

19       evaluations?

20    A   I'm happy to look at it.  I don't think it

21       will change my, ----

22    Q   I'm not looking to change your testimony, ----

23    A   Okay.

24    Q   I'm drawing your attention to the portion   of

```
 1            the form that says acts described by the

 2            patient?

 3    A       Yes.

 4    Q       And the question is was there penetration,

 5            however slight of, and the first line there is

 6            for, vagina, correct?

 7    A       Yes.

 8    Q       And the box with, yes, is checked, correct?

 9    A       Correct.

10    Q       And then, there's the ability to choose to

11            check, penis, finger, tongue, other object,

12            where they can write in, correct?

13    A       Correct.

14    Q       And, on that the only box that his checked is,

15            finger?

16    A       Correct.

17    Q       Okay.  Now, the fact that finger is checked,

18            -that's all set, -

19    A       Okay.

20    Q       -the fact that finger is checked, does that

21            make you think that there's less likelihood of

22            damage than if it's a larger object?

23    A       Usually when I'm approaching these cases my

24            experience is that there's quite often no
```

1           damage from either penis or finger for the

2           reasons that I talked about before the

3           perceived penetration by a young child is

4           different than what we conceive of as

5           penetration.  So, it's likely in mind when I'm

6           reading that history that I would not have any

7           medical findings.

8.    Q     Okay. No, but I'm just saying, am I wrong and

9           it's not really disputed, am I wrong in

10          thinking it's more likely to be damage if the

11          object is large?

12    A     If there's full vaginal penetration then there

13          is likely to be more damage from a larger

14          object than a smaller object.

15    Q     Now, if the penis is put in the vagina is

16          there more likely to be physical evidence,

17          meaning semen, any other physical evidence?

18    A     There's more likely although not, we may not

19          find any physical evidence, yes.

20    Q     Similarly, is it the longer that the

21          penetration continues is there more

22          likelihood?

23    A     I assume in a child this age, if there's full

24          penetration there's more likelihood to be

```
 1              trauma for prolonged penetration.

 2        Q     Okay. And, is there more likelihood of finding

 3              physical  evidence, meaning semen may be

 4              found?

 5        A     Yes, it depends on whether the man ejaculates

 6              or not.  But, more exposure is more likely to

 7              create findings.

 8        Q     Okay. And I assume that trauma is partially is

 9              included because that would lead to testing

10              for saliva or, —

11        A     The question about whether there's been tongue

12              contact?

13        Q     Yes?

14        A     Yes.

15        Q     Okay. So, part of what they're looking for in

16              this report, in the questions here is to find

17              out what physical evidence to be looking for?

18        A     Yes.

19                        MR. SHEA:   Thank you, nothing

20              further.

21                        MR. DEAKIN:   If I may, very

22              briefly, Your Honor?

23

24                        REDIRECT EXAMINATION
```

1    Q    (By Mr. Deakin) Dr. Newton , just to clarify,

2         when you talk about perceived penetration,

3         you're talking about penetration of the

4         vaginal opening, is that right?

5    A    That's correct.

6    Q    So, that an object of any kind can penetrate

7         through the labia and not come into contact

8         with the vaginal opening or just come into

9         slight contact with it, is that right?

10   A    That's correct.

11   Q    And that would be penetration of the genitals

12        and the labia but not penetration of the

13        vagina as labeled on that?

14   A    That's correct.

15   Q    Doctor, just so that we're entirely clear,

16        were you asked by anyone to examine ███████

17        ███████ for medical reasons?

18   A    No.

19   Q    And were you asked by the Commonwealth to

20        offer any opinions as to what happened to

21        ███████████, if anything, in this case?

22   A    No.

23              MR. DEAKIN:   Nothing further.

24              THE COURT:   All right, you may step

1          down.

2                    THE WITNESS:   Thank you.

3                    THE COURT:   Next witness?

4                    MR. DEAKIN:   Your Honor, the people

5          of the Commonwealth of Massachusetts call MS.

6          Polly Taylor.

7

8                    POLLY TAYLOR, Sworn.

9                    THE CLERK:   Do you solemnly swear

10         the testimony you are about to give this jury

11         in the matter between the Commonwealth and the

12         defendant is the whole truth and nothing but

13         the truth, so help you, God?

14                   MS. TAYLOR: I do.

15                   THE COURT:   Move the microphone

16         closer to her.

17

18                   DIRECT EXAMINATION

19    Q    (By Mr. Deakin) Good afternoon.

20    A    Good afternoon.

21    Q    I'm going to ask you, --maybe the court

22         officer can help you a little bit to pull u

23         your chair as close up as you can.  Maybe, and

24         if you could, Mr. Court officer, ----

```
 1                    THE COURT OFFICER: I lowered it.

 2             I'll lower it a little bit more.

 3    Q      Ms. Taylor, I'm going to ask you , if you

 4             would, to state your name introduce yourself

 5             to the jury?

 6    A      My name is Polly Taylor.  And, I live at 34

 7             Fidelis Way in Brighton.

 8    Q      And can you spell your first and last name for

 9             the court reporter?

10    A      P-O-L-L-Y, Polly, T-A-Y-L-O-R-, Taylor.

11    Q      What's your date, when were you born, MS.

12             Taylor?

13    A      August 8, 1918.

14    Q      Okay. So dong then math quickly, that makes

15             you eighty-three years old?

16    A      Right.

17    Q      Okay. Where you born, Ms. Taylor?

18    A      Wilmington, North Carolina.

19    Q      And where you raised?

20    A      Where did I live?

21    Q      Where were you raised as a child?

22    A      Oh, in Wilmington.

23    Q      How long have you lived in the Boston area?

24    A      Oh, maybe twenty years or more.
```

| 1 | Q | Do you remember how old you were when you |
| 2 | | first came to Boston? |
| 3 | A | Around twenty-three, I think. |
| 4 | Q | Okay, so you were a young woman then? |
| 5 | A | Yes. |
| 6 | Q | You said that you live at 34 Fidelis Way, is |
| 7 | | that right? |
| 8 | A | Right. |
| 9 | Q | What floor do you live on? |
| 10 | A | I live on the fourth floor. |
| 11 | Q | And what's your apartment number? |
| 12 | A | 546. |
| 13 | Q | Okay. How long have you lived in the Fidelis |
| 14 | | Way housing development? |
| 15 | A | Oh, I would say about nineteen or twenty |
| 16 | | years. |
| 17 | Q | Okay. Whom do you live with? |
| 18 | A | I live alone. |
| 19 | Q | Do you have somebody staying with you right |
| 20 | | now? |
| 21 | A | Yes. |
| 22 | Q | Who is staying with you right now? |
| 23 | A | Alphonso, Southerland. |
| 24 | Q | Alphonso Southerland? |

1    A    Right.

2    Q    Ms. Taylor, how is your health currently?

3    A    Not too bad.  I suffer arthritis quite a bit.

4         I have a little small heart condition

5    Q    Do you know a man named Owen McCants?

6    A    Yes.

7    Q    And, how do you know him?

8    A    I was married to his uncle.

9    Q    And, did you help to rase him?

10   A    Yes.

11   Q    Okay. How old was he when you took him into

12        your household?

13   A    Sixteen, I think.

14   Q    And where you living at that time?

15   A    I was living in the Brighton area.

16   Q    Were you working at that time?

17   A    Yes.

18   Q    What kind of work did you do?

19   A    Domestic work.

20   Q    Okay. And are you retired from that work now?

21   A    Yes.

22   Q    At the time that you took in Owen McCants,

23        -well, first of all, how long did he live with

24        you?

```
1    A    Well, he finished school with me, he was

2         sixteen, he got out of school I think and he

3         was seventeen, no, I think he was staying with

4         me approximately, - he stayed with me a long

5         time.

6    Q    Several years?

7    A    Yeah.

8    Q    And you said that he was in school when you

9         took him in?

10   A    Yeah.

11   Q    Did he graduate from high school?

12   A    Yes.

13   Q    Do you recall where he graduated from high

14        school?

15   A    Tenothy, I think it was.

16   Q    And what did he do after graduating from high

17        school?

18   A    He went to trade school.

19   Q    And when he went to, -what trade did he study?

20   A    Carpenter.

21   Q    Carpentry?

22   A    Right.

23   Q    Did he become a carpenter?

24   A    Yeah.
```

```
 1   Q   And was he still living with you when he went
 2       to trade school?
 3   A   Yeah.
 4   Q   What led him to, what happened in his life to
 5       lead him to move out of your household?
 6   A   I guess he just wanted to be on his own.
 7   Q   Did he get married at some point?
 8   A   Yes, he was married.
 9   Q   And was that when he moved out?
10   A   Yeah, he was, --that was during one of the
11       times.
12   Q   Okay. I did you get to know him well when you
13       were raising him?
14   A   Yes, I think so.
15   Q   And as you were raising him how did you come
16       to view him?
17   A   Come to know him?
18   Q   How did you come to view him?  How did you
19       look at him?
20   A   How did I look at him?
21   Q   Yes?
22   A   We got along very well.  He was just like a
23       son of ours.
24   Q   And in you opinion did he view you as like a
```

1         mother?

2    A    I think he did.

3    Q    After he left your household did he stay in

4         touch with you?

5    A    Oh, yeah.

6    Q    In what forms did that  take him staying in

7         touch with you?

8    A    Well, he would come by and check on me, you

9         know.

10   Q    Did he communicate with you by mail?

11   A    No, he would come by.

12   Q    Did he ever send you greeting cards on

13        holidays, anything like that?

14   A    Mostly Christmas.

15   Q    Any other holidays that you remember him

16        sending you greeting cards?

17   A    I don't think so.  He remembered Christmas, --

18        I don't remember Christmas very well.

19   Q    Did he ever send you Mother's Day cards?

20   A    Yeah, occasionally.

21   Q    How about cards for your birthday?

22   A    I don't remember that one.

23   Q    Okay. hen he sent you cards over the years

24        would he write out the envelopes himself?

| 1 | A | Yes. |
| 2 | Q | And would he write small messages in the cards |
| 3 | | that were enclosed? |
| 4 | A | No, he would just say who it was from. He'd |
| 5 | | say I love you. |
| 6 | Q | So, little short messages with his signature? |
| 7 | A | Yes, I think so. |
| 8 | | MR. SHEA: Objection. |
| 9 | | THE COURT: Sustained. |
| 10 | Q | And when you were raising him when he was |
| 11 | | living in your household did you become |
| 12 | | familiar with his handwriting? |
| 13 | A | I think so. |
| 14 | | MR. SHEA: Objection. |
| 15 | | THE COURT: Overruled. |
| 16 | Q | And when he sent you cards over the years did |
| 17 | | you continue to be familiar with his |
| 18 | | handwriting? |
| 19 | A | Yes, I guess so. I didn't know, ---- |
| 20 | | MR. SHEA: Objection. |
| 21 | | THE COURT: Overruled. |
| 22 | | MR. DEAKIN: One moment, Your |
| 23 | | Honor. |
| 24 | Q | Did he stay in touch with you throughout his |

117

```
 1          adulthood?

 2     A    Yeah.

 3     Q    were you in touch with him in July of last

 4          year, -I'm sorry, July of two years ago, July

 5          of 200o, two summers ago?

 6     A    Yeah.

 7     Q    And two summers ago, that is, July of 2000,

 8          two summers ago, where was he living?

 9     A    He was living with my aunt.

10     Q    And, what's your aunt's name?

11     A    Christine Isaac.

12     Q    And is that spelled I-S-A-A-C?

13     A    Right.

14     Q    And is she still alive?

15     A    No, she's deceased.

16     Q    When did she pass?

17     A    About a year ago.

18     Q    But at the time he was living with her?

19     A    No, when she passed, she didn't pass, -----

20     Q    I'm sorry.  I withdraw the question.  I didn't

21          mean to confuse you.  July of 2000, when she

22          was still alive he was living with her, Owen

23          McCants?

24     A    Yeah.
```

1    Q    And where did she live then?

2    A    She lived at 505 Fidelis Way.

3    Q    Is that the next apartment over from yours in

4         the hall?

5    A    Yes.

6    Q    And between the  two front doors there's a

7         door to the stairwell, is that right?

8    A    Right.

9    Q    Did he keep his things in her apartment?

10   A    Yes, she had things in there.

11   Q    What kind of things did he keep in there?

12   A    He had his clothes and hid tools, his work

13        things.

14   Q    Did he have abed there?

15   A    Well, it wasn't his bed.

16   Q    But did he use a bed?

17   A    But he used it.

18   Q    Now, do you use, well first of all, does Owen

19        McCants have a nickname that a lot of people

20        call him by?

21   A    Yeah.

22   Q    And what's that?

23   A    Sonny.

24   Q    Do you know how gave him that nickname?

```
 1    A    I think his grandmother gave him that, I don't
 2         really, ----
 3    Q    Do you see Owen McCants in the  court room
 4         today?
 5    A    Yeah.
 6    Q    Could you point  him out please and describe
 7         an article of clothing so we know which person
 8         you're pointing out?  .
 9    A    He has on a tie and a shirt which is, I don't
10         know if that's pink or what.
11              MR. DEAKIN:   May the record reflect
12         the witness has identified the defendant, Owen
13         McCants?
14              THE COURT:   Yes.
15    Q    Ms. Taylor, do you know            ?
16    A    Who?
17    Q                     ?
18    A    Oh, yes.
19    Q    How do you know her?
20    A    I know her as my grand daughter.
21    Q    And when you say she's your grand daughter who
22         is her mother?
23    A    We call her Nicky
24    Q    Is that Rasheena        ?
```

1    A    That's Rasheena.

2    Q    And who is Rasheena's father?

3    A    Alphonso.

4    Q    Southerland?

5    A    Yes.

6    Q    The man who is currently staying with you?

7    A    Right.

8    Q    How do you know Alphonso Southerland?

9    A    I know Alphonso Southerland, I was his,

10        -through, I was his godmother.  His mother and

11        I were good friends.  And when she died she

12        told me to help the father take care of him.

13    Q    And, how old was Alfonso Southerland when his

14        mother died?

15    A    When he was around twelve going on thirteen.

16    Q    And did he have any siblings, brothers and

17        sisters?

18    A    He had one sister.

19    Q    Older or younger?

20    A    Younger.

21    Q    What was her name then?

22    A    At that time her name was Shirley Southerland.

23    Q    And does she now have a married name?

24    A    Shirley Brathway.

1   Q   When Al Southerland was twelve or thirteen and

2       Shirley was, -how old was Shirley when their

3       mother died?

4   A   I think Shirley was around ten or eleven.

5   Q   And did you help their father care for them?

6   A   Yes.

7   Q   At some point did you take them into your

8       household and raise them yourself?

9   A   Yes.

10  Q   Was Owen McCants living in your household when

11      you took in Al Southerland and Shirley

12      Brathway?

13  A   Yeah.

14  Q   And how long did Owen McCants and Al

15      Southerland and Shirley Brathway live

16      altogether under your roof?

17  A   Well, Owen, he lived along time.  I can't

18      recall just, -----

19  Q   And during much of that time Al Southerland

20      and Shirley Brathway were also living under

21      your roof?

22  A   Yes.

23  Q   And how were their relationships with Owen

24      McCants, that is, Owen McCants, Al Southerland

1           and his sister?

2     A     They got along.

3     Q     Now, I want go back, --so that when you say

4           that you view yourself as ███████████

5           grandmother that's not by blood, is that

6           right?

7     A     No.

8     Q     And would  you in effect view her as your

9           great grand daughter?

10    A     Right.

11    Q     How did you come to view Al Southerland?

12    A     I beg your pardon?  How did I, ----

13    Q     How did you come to view your relationship

14          with Al Southerland?

15    A     Oh, Al Southerland, his mother and I were good

16          friends.  And when she, before she died she

17          told me to, kept their father.

18    Q     And how do you think of Al Southerland now?

19    A     I think of him as my son.

20    Q     And what does he call you?

21    A     He calls me, Mom.

22    Q     How do you think of Shirley Brathway now?

23    A     Shirley is my daughter.

24    Q     And what does she call you?

123

1    A    Mom.

2    Q    I want to direct your attention now back to

3         ▉▉▉▉▉▉▉▉.   Do you know how old she is

4         now?

5    A    She just turned thirteen.

6    Q    And did ▉▉▉ used to spend summers with you?

7    A    Yes.

8    Q    Do you recall how old she was when she started

9         doing that?

10   A    I guess she as around nine, I would say.

11   Q    When she spent summers with you did she spend

12        the whole summer every day from start to

13        finish?

14   A    Her mother would pick her up on Fridays.

15   Q    What time of day on Friday?

16   A    Around five when she would get off of work

17        she's come by and pick her up.

18   Q    And when would  she bring ▉▉▉ back to you?

19   A    Sunday night.

20   Q    Did you, -did ▉▉▉ mother or Nicky ever

21        spend summers with you when she was a girl?

22   A    Yes.

23   Q    How many summers would you say she spent with

24        you?

```
 1    A    Quite a few. Maybe three or four.

 2    Q    In July of 2000, so, two years ago, summer two

 3         years ago, were you and Renea's mother,

 4         Rasheena, close at that time?

 5    A    Yes.

 6    Q    Were you and Renea close at that time?

 7    A    Yes.

 8    Q    Are you still close to both Renea and her

 9         mother?

10    A    Yes.

11    Q    When Renea came to spend the summers with you

12         at your home, where would she sleep?

13    A    She'd sleep with me.

14    Q    In your bed?

15    A    Yeah.

16    Q    Did she like that as far as you could tell?

17    A    Yes, she wouldn't sleep no other room.

18    Q    What would Renea do during the days when she

19         came to your home to spend the summer?

20    A    Well, they have a, they had good program out

21         there for the kids.  They'd go to day camp.

22    Q    And she would  spend the day at day camp?

23    A    Yeah, most of the time.

24    Q    What was the typical day like for her, what
```

125

```
 1          would happen in her typical day when she was

 2          with you?

 3    A     Well, after she come from day camp she'd go

 4          out and play around a little while til, you

 5          know, because I would always tell her to come

 6          back before dark.

 7    Q     And was there a specific rule about when she

 8          needed to come back?

 9    A     Yeah.

10    Q     what was the specific  rule?

11    A     She's not supposed to be out when it's dark.

12    Q     And did you tell her something about watching

13          the street lights in order to observe when, --

14          --

15    A     Yes, she knows, ----

16    Q     What was the rule?

17    A     The rue was when the street lights come on it

18          was getting dark.

19    Q     And she should come home then?

20    A     Yeah.

21    Q     Did [    ] come to your apartment to spend the

22          summer of 2000, that is, two summers ago, did

23          she come to spend the summer?

24    A     Yeah.
```

126

```
 1    Q    And do you know whether ████ had met the

 2         defendant, Owen McCants before that summer?

 3    A    I don't recall.

 4    Q    Had you ever talked to ████ about Owen

 5         McCants before that summer?

 6    A    No.

 7    Q    Had she ever mentioned him to you before that

 8         summer?

 9    A    No.

10    Q    Now, I'm going to ask you a lot of questions

11         about that summer two years ago, the summer of

12         2000.

13              I think you already said that during

14         that, at this time that time Christine Isaac

15         was living next door to you?

16    A    Yes.

17    Q    In apartment 545?  And how long had she been

18         living at the Fidelis Way apartments?

19    A    Well, she had been maybe four or five years.

20         It's been quite a while.

21    Q    Had she lived there as long as you had lived

22         there?

23    A    Yeah.

24    Q    So, you had said that you had lived there
```

1           maybe twenty years?

2      A    Well, she lived there we was in another part

3           of the development.

4      Q    Okay. But, I mean, I'm asking about in the

5           same development, how long had she lived in

6           that development?

7      A    In that development?  I guess, she lived there

8           about five or six years or more.  I don't

9           really recall.

10     Q    And she is your aunt?

11     A    Yes.

12     Q    How is she related to you, who's sister?

13     A    She's my father's sister.

14     Q    And how old was she in the summer of 2000, two

15          years ago?  Well, let ma ask you, I'm sorry,

16          how much older than you was she?

17     A    She's for years older than me.

18     Q    Did you know her growing up?

19     A    Yes, we always was together.

20     Q    And did you have an aunt and niece

21          relationship or more like a cousin's

22          relationship?

23     A    More of an aunt relationship.

24     Q    How was Ms. Isaac's health in the summer of

1          2000?

2     A    It wasn't that good.

3     Q    What was she, ----

4     A    She had heart problem.

5     Q    How did she get around?

6     A    She had a little, -how did she get around?

7     Q    Well, go ahead, I interrupted you?

8     A    He had heart problem and she had, she couldn't

9          see well.  She glaucoma.

10    Q    Glaucoma?

11    A    Yes.

12    Q    How did she get around at that time in the

13         summer of 2000?

14    A    Well, she had a home maker come in everyday

15         for about two hours and half.  And after she

16         leaves she'd always be with me.

17    Q    And was she able to walk around very much?

18    A    Yeas, she'd walk around when I'm with her.

19    Q    Okay. Who cared, you said Ms. Isaac had a home

20         maker who would come in, how much time would

21         she come in during the day?

22    A    She was spend about two hours and half with

23         her.  She'd come in the morning, fix her

24         breakfast, pick up the house and what have

1        you.

2    Q   Did Ms, Isaac have any nursing care to help

3        her?

4    A   She had a nurse come in twice a week.

5    Q   How long would the nurse stay when she would

6        come?

7    A   How long was she there?

8    Q   Yeas?.

9    A   She would come in I guess she would stay about

10       a half an hour, take her pressure and, ----

11   Q   And other than the home maker work and the

12       nurse who cared for Ms. Isaac?

13   A   Me.

14   Q   How much time did you spend in Ms. Isaac's

15       apartment in a typical day?

16   A   Well I would spend quite a while, you know,

17       she was in, -when the home maker leave mostly

18       she would come into my apartment and we'd

19       have, you know, dinner together.

20   Q   And how much time would she typically spend in

21       your apartment during a typical day?

22   A   Quite a bit.

23   Q   Did you have a key to Ms. Isaac's apartment in

24       the summer of 2000?

```
 1    A    Yeah.

 2    Q    And did she have a key to your apartment?

 3              MR. SHEA:    Objection.

 4              THE COURT:    Overruled.

 5    Q    Did she have a key to your apartment?

 6    A    I don't think she did, I'm not sure.

 7    Q    Did you have a  spare key to your apartment?

 8    A    Whose?

 9    Q    Did you keep a spare key to your apartment?

10    A    Did I have a stair key to my, ----

11    Q    I'm sorry, I need to speak more clearly.  Did

12         you keep a spare key for your own apartment?

13    A    Oh, yes.

14    Q    And where did you keep the spare key for your

15         apartment?

16    A    I kept them in her dining room area.

17    Q    Whose dining room area?

18    A    Christine's.

19    Q    And where did you keep them in the dining, in

20         Christine Isaac's dining room area?

21    A    In her cabinet.

22    Q    Okay. And did you ever need to use them on

23         occasion, did you ever lock yourself out by

24         accident?
```

131

| 1 | A | Occasionally, I have locked myself out. |

1   A   Occasionally, I have locked myself out.

2   Q   And when you locked yourself out, usually, how

3       would that happen if you locked yourself out?

4   A   Well, I have when I forgot them when the doors

5       are closed, you can't open them unless you

6       have a key.

7   Q   Do they lock when the door is closed do they

8       lock behind you?

9   A   They lock, yes.  So that's why the key was

10      there.  Other than that I would  have to pay

11      to a lock.

12  Q   Now you've already testified that in the

13      summer of 2000, Ms. Isaac, the defendant Owen

14      McCants was staying with Ms. Isaac, is that

15      right?

16  A   Right.

17  Q   And, say at the beginning of July of that year

18      2000, how often would you see Owen McCants

19      either in your apartment or in Christine

20      Isaac's apartment?

21  A   Well he worked most of the time.  I would see

22      mostly on afternoon, maybe like on Saturdays

23      and Sundays.

24  Q   In a typical week at that time how many times

132

1          would you see him in a typical week?

2   A    I wouldn't see him every day.

3   Q    How many days out of a week would you say that

4          you usually saw him?

5   A    Mostly on weekends.

6   Q    Did you see him pretty regularly on weekends?

7   A    Yeah.

8   Q    How often would Owen McCants come into your

9          apartment at that time?

10   A    Well, he'd drop in occasionally, you know, on

11          weekends because he worked every day.

12   Q    Did he help you in any way at that time?

13   A    What do you mean help me?

14   Q    doing small errands or favors for you?

15   A    Yes, he would if I asked him.

16   Q    Do you ever recall him bringing the mail up to

17          you, your mail up to you?

18   A    Yeah.

19   Q    Do you remember as you sit here today and

20          testify, do you remember the first day that

21          Renea came to your home that summer to start

22          spending the summer with you?

23   A    The first day?

24   Q    Yes?

```
 1    A    Well, it was during school, school was closed

 2         and she'd come and stay with me during the

 3         summer.

 4    Q    And who brought her to stay with you?

 5    A    Her mother.

 6    Q    That's Rasheena or Nicky?

 7    A    Yeah, Rasheena, Nicky.

 8              THE COURT:   Hold it right there,

 9         we're going to take the lunch recess at this

10         time.  I'd ask that the jurors be back in the

11         jury room by two o'clock and we'll start

12         promptly at that time.

13              (Recess.)

14    Q    When we left for lunch, I was asking you about

15         the day that [REDACTED] came to y our house to

16         start spend in the summer in July of 2000, two

17         years ago and I think you had just said that

18         her mother Rasheena of Nicky brought her

19         there.  Did Rasheena come into your apartment

20         that day?

21    A    The day that she?

22    Q    That she brought [REDACTED] to start spending the

23         summer?

24    A    She brought her.
```

134

```
1    Q    And what did Rasheena do in your apartment?

2    A    Well she go to summer camp that they have.

3    Q    I'm sorry, I need to speak up, I know.  I'm

4         asking you that on the day that Rasheena, that

5         Nicky brought ██████, --

6    A    Uhm hmm.

7    Q    -what did Nicky do in your apartment  day when

8         she came up stirs and brought ██████?

9    A    What did Nicky do?

10   A    Yes?

11   A    Well, talked a little while and then she left.

12   Q    Did she help put away ██████ things?

13   A    She put away her clothes and she bought some

14        food.

15   Q    And you said you talked to her for a little

16        while?

17   A    For a little while.

18   Q    And then, she left?

19   A    Yeah.

20   Q    Did anyone else come into the apartment that

21        day while Nicky was there talking to you?

22   A    I don't think so.

23   Q    Owen McCants didn't come into that day?

24   A    No, I don't remember that.
```

135

```
 1    Q    I want to direct your attention to Thursday,

 2         July 13, 2000, the night that the police wee

 3         called to 34 Fidelis Way, do you remember

 4         that day?

 5    A    I think so.

 6    Q    Do you remember what ▓▓▓▓ did that day?

 7    A    She was out playing for a little while.

 8    Q    did she go to camp that day?

 9    A    She went to camp.

10    Q    And about what time did she get back from

11         camp?

12    A    Oh maybe five or a little after.  It wasn't

13         dark.

14    Q    And you remember  what  she did when she came

15         back at five?

16    A    She went out a played a little while with her

17         friends.

18    Q    Did she have anything to eat when she came

19         home?

20    A    Yeah.

21    Q    And then, she went out to play with her

22         friends?

23    A    Yeah.

24    Q    Do you recall what time she came back in,
```

136

```
1              -well let me ask you this, what was the light

2              out outside when she came back in from playing

3              with her friends?

4      A       Well, it wasn't dark.

5      Q       Was it getting more dark or not?

6      A       No, it wasn't dark. I twas in the evening ,but

7              it wasn't.

8      Q       Do you remember whether the streetlights were

9              on when she came home?

10     A       I don't remember the street lights being on.

11     Q       Did you see, earlier that day did you see Owen

12             McCants that day?

13     A       Let me see, did I see him that day? I don't

14             remember whether  I seen him that day or not.

15     Q       Okay. When ▮▮▮▮ came back in for the evening

16             did anything unusual happen that day when she

17             came back in for the evening?

18     A       Yeah.

19     Q       What was that?

20     A       She seemed a little bit upset about, ----

21     Q       Was anyone with her when she came back up to

22             your apartment that evening?

23     A       A fellow brought up to my apartment.

24     Q       Do you know his name?
```

1    A    I think they call him, Misty.

2    Q    Misty?

3    A    I think that's what they call him.

4    Q    Could it be Mister?

5    A    Or Mister, I don't know.

6    Q    Okay, ----

7    A    I don't know him, but I know of him.

8    Q    Have you seen around before?

9    A    Occasionally, off distant.

10   Q    And what happened when the two of them came up

11        to your apartment?

12   A    He brought her up because she seemed

13        frightened.

14   Q    Did he tell you why she seemed frightened?

15   A    Yes, he did.

16   Q    What did he tell you?

17   A    She said, she told me that, ----

18            MR. SHEA:   Objection.

19            THE COURT:   Sustained.

20   A    -a man that  was in the hall, ----

21   Q    Ma'am, I'm sorry.  Because the Judge sustained

22        the objection you shouldn't  answer that

23        question.

24            Did you talk to the fellow who brought

1         her up?

2    A    No.

3    Q    When he brought her up?

4    A    No.

5    Q    Not even a short conversation?

6    A    No, he just brought her upstairs.

7    Q    Was ha acting unusual in any way that you

8         could tell?

9    A    What, the man that brought her up?

10   Q    The man who brought her up?

11   A    No.

12   Q    Did he seem nervous or upset or anything like

13        that to you?

14   A    No.

15   Q    You said that Renea seemed upset to you?

16   A    Yeah, she did.

17   Q    What was it about the way she was acting that

18        indicated to you that she was upset?

19   A    Because she was coming in the hall and she

20        noticed this man and it made her nervous so

21        she ran out.

22   Q    Just yes or no, just answer yes or not this

23        question, if you would, did Renea describe the

24        man that she had seen to you?

1  A   Did she tell you anything about what he was

2      wearing or anything like that?

3  A   Yeah.

4  Q   Did ███ appear to you at that time as if she

5      had been harmed or injured in any way?

6  A   No.

7  Q   What did you and ███ do after she came

8      inside the apartment?

9  A   Well, we had dinner.

10 Q   Who made dinner?

11 A   I made dinner.

12 Q   And where did you have dinner?

13 A   I had dinner to my house.

14 Q   Did you or ███ make or receive any phone

15     calls that evening?

16 A   No, I didn't have any phone calls.

17 Q   Do you remember testifying earlier that ███

18     had called her mother?

19 A   Oh yes, she called her mother.

20 Q   Okay. And was that before or after supper?

21 A   I think that was after supper, I'm not sure.

22 Q   And did you talk to her mother during that

23     phone call?

24 A   I said a few words to her.

1   Q   How long was the phone call altogether?

2   A   Oh, maybe fifteen or twenty minutes, it wasn't

3       that long.

4   Q   And could you hear ███████ end of the

5       conversation with her mother?

6   A   No, I didn't pay it any attention.

7   Q   After supper and the phone call what's the

8       next thing that █████ did?

9   A   Before the phone call or after?

10  Q   After?

11  A   I know she went out to play for a little

12      while.

13  Q   After supper she went back out to play?

14  A   Because it wasn't dark.

15  Q   And then what happened?

16  A   Then she came back in the house.

17  Q   And what happened after she came back in the

18      house?

19  A   Well, then the time she came back in the

20      house, that's when she seemed a little bit

21      upset.

22  Q   Okay. And that was before supper or after

23      supper?

24  A   That was before, I think.

1    Q    Okay. I'm asking now about after supper, after

2         she called her mother, what happened after

3         that?

4    A    Well, after that I went next door to se about

5         my aunt.

6    Q    Had ▮▮▮▮ gotten ready for bed at that time?

7    A    Yes.

8    Q    And what was involved in her getting ready for

9         bed?

10    A    Well, she just put her nighties on and was

11         looking at TV.

12    Q    Did you watch television with her?

13    A    I didn't at that time because I went next

14         door.

15    Q    Do you remember what she was watching on

16         television?

17    A    No.

18    Q    When you went next door to Christine's, -where

19         did you go next door, to Christine Isaac's

20         apartment?

21    A    Yes.

22    Q    And why did you go next door to Christine

23         Isaac's apartment?

24    A    I went to put, she have glaucoma and I went to

142

1          put the drops in her eyes.

2     Q    And where was ▓▓▓▓ when you left the

3          apartment?

4     A    ▓▓▓▓ was sitting on the couch looking at the

5          TV.

6     Q    Do you remember when you left the apartment

7          that night to go to Christine Isaac's

8          apartment whether you locked the door on your

9          way out?

10    A    I closed the door, yes.

11    Q    Do you remember whether you locked the door?

12              MR. SHEA:   Objection.

13              THE COURT:   Overruled.

14    Q    Do you remember whether you locked the door?

15    A    Well, it automatically locks itself when you

16         close.

17    Q    And, but I'm asking do you specifically

18         remember that night whether the door was

19         locked?

20              MR. SHEA:   Objection.

21              THE COURT:   Sustained.   She said it

22         twice, the door automatically locks when it's

23         closed.

24    A    Yes, it was locked.

```
 1    Q    Okay. Did you say anything, give ████ any

 2         instructions about what, -well, first of all,

 3         did you pay attention to locking the door that

 4         night?  Did you pay special attention to make

 5         sure it was locked?

 6    A    · I made sure it was closed.

 7    Q    And that it was also locked?

 8    A    Yes, because, ----

 9              MR. SHEA:   Objection.

10              THE COURT:   Sustained.

11    Q    And whey were you concerned about making sure

12         it was closed and locked?

13    A    Because she was frightened and I made sure

14         that if anyone comes for her not to open the

15         door?

16    Q    Did you tell her that?

17    A    Yes.

18    Q    And what were you thinking about when you gave

19         her those instructions.

20    A    I was thinking about what she told me about

21         some guy downstairs.

22    Q    When you went next door what did you do?

23    A    I went next door for a few minutes just to put

24         some drops in my aunt's eyes. She suffered
```

```
 1              glaucoma.

 2    Q    And when you were in Christine Isaac's

 3         apartment did you see anybody there besides

 4         Christine Isaac at that time?

 5    A    No.

 6    Q    Did something unusual happen after you went

 7         next door?

 8    A    Yes.

 9    Q    What was that?

10    A         called out to me, Nanna, Nanna.

11    Q    Could you hear anything else, any other sound

12         while she was calling out to you, Nanna,

13         Nanna?

14    A    No.

15    Q    How much time went by between the time that

16         you went next door to Christine Isaac's

17         apartment and when you hear      call out,

18         Nanna, Nanna?

19    A    Maybe five or ten minutes, it wasn't long, I

20         know.

21    Q    And what was the tone of        voice when

22         she called out Nanna, Nanna to you?

23    A    She was very frightened.

24    Q    Had you ever heard her use that tone of voice
```

145

1          before?

2    A     No.

3    Q     Who calls you Nanna?

4    A     Who calls me Nanna?

5    Q     Who calls you Nanna?

6    A     █████ calls me, Nanna.  Shirley calls me

7          Nanna.

8    Q     Shirley who?

9    A     Shirley Bathwate.

10   Q     She calls you, Nanna?

11   A     Her kids.

12   Q     Oh, her kids call you, Nanna, I see.  So those

13         are your, ----

14   A     She calls, yeah.  They're my grand, ----

15   Q     Does anybody else besides █████ and Shirley

16         Brathway's children call you Nanna?

17   A     No.

18   Q     What doe most people call you?

19   A     Most people call me, Aunt Polly.

20   Q     Aunt Polly?

21   A     Uhm hmm.

22   Q     How many people that you know that █████ calls

23         you Nanna?

24                   MR. SHEA:   Objection.

146

```
1                    THE COURT:   Sustained.
2      A    Well, the one that lives in the project, yes.
3                    THE COURT:   Objection sustained.
4                    MR. SHEA:   If the objection is
5           sustained you don't answer.
6                    THE WITNESS:   Okay.
7      Q    Are there other people that you know of who
8           know that  ████   calls you Nanna?
9      A    Well, the ones that are around the project.
10     Q    People around in the building?
11     A    Yeah.
12     Q    Do your family members know that, too?
13     A    Yeah.
14     Q    When you heard  ████  call out, Nanna, Nanna,
15          first of all, could  you tell where that was
16          coming from?
17     Q    Well, it was coming from my house, from the
18          door of may apartment.
19     Q    What did you do when you heard that?
20     A    I came to the door as quick as possible.
21     Q    This is the door at Christine Isaac's
22          apartment?
23     A    Right.
24     Q    And what did you find when you came to the
```

1       door?

2    A  I find that the stairway door was cracked.

3    Q  The stairway door?

4    A  Yeah.

5    Q  That's the door into the stairwell?

6    A  Yeah.

7    Q  What did you do when you saw that the

8       stairwell door was cracked.

9    A  I called down and said, ████, ████, answer

10      me, you know.

11   Q  Could you see her at that time?

12   A  No.  I didn't  see anyone

13   Q  Could you see into the stairwell?

14   A  No, because it was dark.

15   Q  It was dark in the stairwell?

16   A  Right.

17   Q  Is that stairwell usually lit?

18   A  Yeah.

19   Q  In the time, in the twenty or so years that

20      you've lived there how common is it to see the

21      stairwell dark like that?

22   A  Very seldom.  And the lights on the stairway

23      they make sure they fix them right away.

24   Q  Have you ever seen that stairwell dark all the

1       way down, that is, on all the floors, from

2       four down to one at the same time?

3   A   No.

4   Q   What did you think of when you saw the

5       darkened stairwell?

6   A   I thought of the person that she was

7       frightened about.

8   Q   When you called out, -I'm sorry, did you call

9       out ███, ███ or ██, ██?

10  A   I said, ██, I think.

11  Q   Is that a pet name you have for her?

12  A   Yeah.

13  Q   Did you hear anything from her or from anyone

14      else when you called out?

15  A   No, I didn't.

16  Q   Did you say anything else down the stairwell

17      other than ███, ███?

18  A   No.

19  Q   did you say anything down the stairwell about

20      calling the police?

21              MR. SHEA:   Objection.

22              THE COURT:   Sustained.

23  Q   Did you at any point say to anyone that you

24      were going to call the police?

1    A    Yeah, I said it to myself.

2    Q    Okay. Did you call the police?

3    A    Yes, I did.

4    Q    And how did you reach the police?

5    A    How did I reach them?

6    Q    Yes? .

7    A    I called 911.

8    Q    And, did you tell them what had happened?

9    A    Yes.

10   Q    Did the police  come after you called?

11   A    Yes, they did.

12   Q    How long did it take after you called for the

13        police  to get there?

14   A    Very quick, maybe ten minutes, maybe less, I

15        don't know, but they were there very, very

16        quick.

17   Q    How many police officer arrived at first?

18   A    I remember two at first.

19   Q    And what did they do when you saw them?

20   A    Well, they cam in and I told them some one had

21        taken my grand daughter from the house.

22   Q    Where were you when they were talking to you?

23   A    I was in my apartment.

24   Q    How long did the police talk to you?

1   A   I don't know, maybe ten minutes or so, I don't
2       really, ----
3   Q   And what did they do after they stopped
4       talking to you?
5   A   They looked around and then they went back
6       out.
7   Q   And what did you do after they went back out?
8   A   I went downstairs for a little while and then
9       I came back up, I was so upset I just kept
10      going up and down, up and down.
11  Q   Did you call anyone else after you called the
12      police?
13  A   Yes.
14  Q   Who did you call?
15  A   I called Nea's mother.
16  Q   I'm sorry?
17  A   I called her mother.
18  Q   Nicky?
19  A   Nicky, yeah.
20  Q   What did you tell her?
21  A   I told her her daughter was missing.
22  Q   Did she come?
23  A   Oh, yeah.
24  Q   How long did it take her to get there?

1   A   Maybe ten or fifteen minutes.  It didn't take

2       her long.

3   Q   Did you meet her when she came?

4   A   Yeah.

5   Q   Where were you when you met her?

6   A   I opened the door.  I think I was upstairs.

7   Q   And what's the next thing you did after she

8       came?

9   A   Well, went back downstairs to see, you know,

10      had she been found.

11  Q   At some point  did you go with Nicky upstairs

12      to check on ███████ belongings?

13  A   Yeah, we came back upstairs.

14  Q   And did you check on her belongings?

15  A   Yeah, her mother did.

16  Q   Was anything missing that either you or her

17      mother could tell?

18  A   Not that I know of.

19  Q   Did anything appear to you to be disturbed in

20      any way, any of her belongings?

21  A   No.

22  Q   What did Rasheena or Nicky do after she came

23      up and looked at ███████ things?

24  A   We went back downstairs where most of the

152

```
 1          people are.

 2    Q     And what did Nicky do?

 3    A     Nicky started to go looking around to see if

 4          she could find her.

 5    Q     Did you call anyone else besides the police

 6          and Nicky?

 7    A     I don't remember calling anyone else besides

 8          them.   I could have called Shirley, I'm not

 9          sure.

10    Q     Okay. Did Shirley come at some time?

11    A     Yes, she did.

12    Q     And did you see Shirley?

13    A     Yeah.

14    Q     Where did you see her?

15    A     I seen her in my apartment, she came upstairs.

16    Q     After Nicky went out looking for ████ where

17          did you go?

18    A     I stood outside and then I came back upstairs

19          to my apartment.

20    Q     Did you spend any time after that in Christine

21          Isaac's apartment?

22    A     No.

23    Q     At some point  after, ----

24    A     I don't think so, I'm not sure.  I could have
```

```
 1              went back over there because she's on the
 2              front and I could easily look out the window.
 3      Q       At some point did you drop some keys out of
 4              the window to someone?
 5      A       Yeah.
 6      Q       Do you remember whom you threw keys down to?
 7      A       I think it was one of the Officers, I'm not
 8              sure.  I think it was so they could get in.
 9      Q       Where did you spend your time while the police
10              and everyone else was searching for      ?
11      A       Upstairs in my apartment and downstairs.  I
12              was backwards and forwards.
13      Q       And you said that Shirley Brathway came at
14              some point?
15      A       Yes, she did.
16      Q       Did she spend time with you?
17      A       She was downstairs.  She came up a little
18              while and then she went back downstairs.
19      Q       Did you see Owen McCants at some point  after
20                    went missing?
21      A       No.
22      Q       Did he come back, -did you see him at any time
23              that night?
24      A       I seen, -yes, I did, but I don't know when he
```

1        came back.   When I came upstairs he was up

2        there.

3   Q   Do you know how long before ███ came back

4        you saw Owen McCants, how much time went by

5        between when you saw him and when ███ came

6        back?

7   A   Maybe a half an hour, I don't really couldn't

8        pin point the time.

9   Q   And you said that when you went over to

10       Christine Isaac's to put drops in her eyes,

11       you didn't  see anyone else there at that

12       time, is that right?

13  A   No.

14  Q   Where, when you said you saw Owen McCants

15       about a half hour before ███ came back,

16       where did you see him?

17  A   In Christine's house.

18  Q   Was he in there or did you see him going in

19       there?

20  A   He was going in there.

21  Q   Where was he coming from if you could tell?

22  A   I guess he was coming from the outside.

23  Q   Howe did you find out that ███ had returned?

24  A   I think her mother came upstairs and told me.

155

1   Q   And how much time would you say went by from

2       the time you first hear ▇▇▇ calling out,

3       Nanna, Nanna, until the time that you found

4       out that she came back?

5   A   Maybe a couple of hours, it could be more, I'm

6       not sure.   ·

7   Q   Where you when you found out that ▇▇▇ came

8       home?

9   A   I had just came from the downstairs back

10      upstairs to my apartment.

11  Q   After ▇▇▇ came home did police officer come

12      to Christine Isaac's apartment?

13  A   Did they come there, but I don't know, -yes,

14      they did.

15  Q   And were you in her apartment at that time?

16  A   Yeah.

17  Q   How many officers came?

18  A   I think it was two.

19  Q   Did they tell you or anyone else what they

20      were there for?

21  A   No, I don't know.  Well, I think they was

22      there to make sure that communicate that ▇▇▇

23      had been found.

24  Q   Did the police officers, now I'm asking you

1          about that night right after ███ was found,

2          --

3     A    Uhm hmm.

4     Q    -did the police officers speak to Owen McCants

5          at that  time?

6     A    I think they did.

7     Q    And could you hear the conversation?

8     A    No.

9     Q    Where did the conversation happen?

10    A    It happened in the room that he was staying

11         in.

12    Q    Owen McCants' room?

13    A    Right.

14    Q    How long were the police in Owen McCants'

15         room?

16    A    I don't know, maybe a half an hour, I could

17         say, ----

18    Q    And was Owen McCants in there at that time?

19         I'm asking when they were talking to him?

20    A    Well, when they were talking to him, he was in

21         the room, yeah.

22    Q    And was that a half an hour that they were in,

23         when they were talking to him in that room?

24    A    Maybe so, I don't know.  I can't, -the time.

```
 1    Q    Did Owen McCants come out of his bedroom at

 2         some point  after the police officers went in

 3         there to speak with him?

 4    A    He came out with them.

 5    Q    And did he leave the apartment?

 6    A    With them he did.

 7    Q    When he left the apartment with the police

 8         were they holding him in any way?

 9    A    No.

10    Q    Did he have handcuffs on of any kind?

11    A    No.

12    Q    Was he restrained in any way that you could

13         see?

14    A    No.

15    Q    He just walked out?

16    A    He just walked out.

17    Q    And how many officers walked out with him?

18    Q    I think it was two, I'm not sure, but I don't

19         think it was no more tan two.

20    Q    Could you see where he went, Owen McCants?

21    A    Where he went?

22    Q    Yes?

23    A    All I know is he went out with them.

24    Q    What did you do after Owen McCants left the
```

158

1       apartment?

2   A   What did I do?

3   Q   Yes?

4   A   I came back upstairs.

5   Q   And where did you spend the night?

6   A   I spent the night in my apartment.

7   Q   Did you sleep that night?

8   A   No.

9   Q   Did ████ stay with you that night?

10  A   No.

11  Q   Did she spend any more nights with you after

12      that?

13  A   No.

14  Q   Do you remember the next day? The following

15      morning?

16  A   Yeah.

17  Q   Were there police officers in Christine

18      Isaac's room or apartment that following

19      morning into the afternoon?

20  A   I think it was a couple of ones.

21  Q   And, what were they doing?

22  A   Well, they was just going through some things,

23      I imagine, that was in there.

24  Q   did you see any yellow tape on Owen McCants's

1       bedroom door?

2                   MR. SHEA:    Objection.

3                   MR. DEAKIN:    I'll with draw the

4           question.

5   Q   That evening, the following night, did a

6           number of police officers come and look

7           through things in Owen McCant's room?

8   A   Yeah.

9   Q   And were they men or women?

10  A   There was a man and a lady.

11  Q   And, did they bring anything out of his room

12          that night, the following night?

13  A   They did have a brown bag.

14  Q   And could you see what was in the brown bag?

15  A   No.

16  Q   How big was the brown bag?

17  A   Not that big, about like this.

18  Q   You're indicating about the size of a large

19          lunch bag?

20  A   Yeah, about the size of a large lunch bag.

21  Q   And that was a man or a woman who did that?

22  A   I don't know which one did it, I know there

23          was two of them together because I wasn't in

24          there.

1    Q    The next day, the day after this happened, did

2         you notice any problem with your door?

3    A    No.

4    Q    Did you notice any problem with the lock on

5         your door?

6              MR. SHEA:   Objection.

7              THE COURT:   Overruled.

8    Q    Did you notice any problem with the lock on

9         your door?

10   A    No.

11   Q    As far as you could tell did your door and the

12        lock work just as they had before?

13   A    Yeah.

14   Q    Did you see any damage to the door?

15   A    No.

16   Q    Did you see any damage to the door frame?

17   A    No.

18   Q    Did you see any sign of any kind that anyone

19        had forced their way into the apartment?

20             MR. SHEA:   Objection.

21             THE COURT:   Overruled.

22   Q    Did you see any sign that anybody had forced

23        their way into your apartment?

24   A    No.

1    Q    Have you spoken to Owen McCants since he left

2         the apartment with the police that night?

3    A    No.

4    Q    Has he communicated with you?

5    A    He called me several times, but I didn't

6         accept the call. ·

7    Q    After he called you several times and you·

8         didn't·accept the call, did he communicate

9         with you in writing?

10   A    He wrote one letter.

11                  MR. SHEA:   Objection.

12                  THE COURT:   Overruled.

13   Q    About how long after the events of that night

14        did he write the letter?  Did you receive the

15        letter?

16                  MR. SHEA:   Objection.

17                  THE COURT:   Overruled.

18                  MR.. SHEA:   Can we go to sidebar?

19                  THE COURT:   No, overruled.

20   Q    About how long after he was, he went of the

21        apartment with the police did he write you the

22        letter?

23   A    Did you receive, -I'll withdraw the question.

24        About how many nights after he waled out of

1        the apartment with the police officers did you

2        receive the letter?

3    A   It was a few days.

4                MR. SHEA:   Objection.

5                THE COURT:   Overruled.

6                MR. DEAKIN:   Your Honor, may we

7        approach sidebar at this time?

8                THE COURT:   Yes.

9             SIDEBAR CONFERENCE

10               MR. DEAKIN:   Your Honor, because of

11       the court's ruling about the envelope and the

12       markings on the envelope, I wanted to seek the

13       court's guidance.   It's this point  that I'd

14       show her the letter and ask her if she

15       recognizes it.

16               THE COURT:   And show her the

17       letter.

18               MR. DEAKIN:   Okay.   The envelope is

19       packaged separately so at this point I'll just

20       show her the letter but not the envelope, is

21       that right?

22               THE COURT:   You may.

23               MR. DEAKIN:   Would it be possible

24       for me to show her the envelope and the letter

1    but only move to introduce the letter at this

2    time and keep, ----

3            THE COURT:   Yes.

4            MR. SHEA:   Obviously I'm objecting

5    to the letter coming in at all.  And shall I

6    do it now so when you don't let me up here, --

7    --

8            THE COURT:   I'm going to see

9    whether or not he can lay a foundation for it

10    to come in.  She has said that she recognizes

11    it.

12            MR. SHEA:   All right. The other

13    thing is that it would have to have some

14    relevancy and I'd like to make that argument

15    at least up here and out of the range of the

16    jury.

17            THE COURT:   What's, -let me see the

18    letter.

19            MR. DEAKIN:   It may be difficult to

20    read.  If the court wants a photocopy of it

21    this has been fingerprinted. Let me make sure

22    I have it in the right order.

23            THE COURT:   So, what do you say,

24    then?

1          MR. SHEA:   Well, I assume they're

2     trying to get it in under some hearsay

3     objection an exception.

4          MR. DEAKIN:   It's an admission of

5     the defendant.  I filed a motion.

6          THE COURT:   So, why do you think

7     this is relevant?

8          MR. SHEA: . Well, my point would be

9     that it's not an admission.

10          THE COURT:   The objection is o

11     overruled on relevance grounds.

12          MR. SHEA:   Well, I'm not just

13     objecting on relevance, I'm objecting that

14     it's hearsay and it's not falling within any

15     exception.  It's not an admission.

16          THE COURT:   Overruled on all those

17     grounds.

18          MR. SHEA:   Just while we're here,

19     we may as well cover, I believe Mr. Deakin

20     intending on publishing the letter to the

21     jury.

22          MR. DEAKIN:   I don't, I mean it not

23     urgent that I, ----

24          THE COURT:   Excuse me, what the

1          objection to that?

2                    MR. SHEA:    The objection to that is

3          that obviously it takes some time to read it.

4          It will take their minds off of the case and

5          obviously I mean they'll read that too, I

6          believe their minds they may start to reach

7          ideas about the case at an inappropriate time,

8          and it's something that they can have in the

9          jury room when they start their deliberations.

10                    THE COURT:    I'm not going to sit

11         here while all sixteen of them read the letter

12         so we'll wait to the extent of publishing it.

13         They can see it in the jury room.

14                    END OF SIDEBAR CONFERENCE

15                    MR. DEAKIN:    May I approach, Your

16         Honor?

17                    THE COURT:    Yes.

18    Q    Ms. Taylor, I'm going to show you an item and

19         ask you, -it may be a little difficult because

20         of its condition, if you recognize  what that

21         is?

22    A    That looks like an envelope.

23    Q    And who is that envelope addressed to?

24    A    I can't see it.  I don't have no glasses.

1    Q    Do you have your glasses with you here today?

2    A    Yeah.

3              MR. DEAKIN:   Could I ask briefly

4         whether, personnel could get them?

5              THE COURT:   Yes.

6    A    I know it's an envelope but I can't see the

7         name.

8    Q    I'm going to show you another item and ask you

9         if you recognize this?

10   A    I think this is the letter that he wrote me.

11   Q    I'm sorry, I'm going to ask you if you would

12        speak up so that the jury, ----

13   A    I think this is the letter that I received

14        from him.

15   Q    And do you recognize the handwriting on the

16        letter?

17   A    Yeah, I think, yeah.

18   Q    Whose handwriting is that?

19   A    It's Owen's handwriting.

20   Q    I want you to look at each sheet of the letter

21        and take time if you need to, to read it

22        quietly to yourself, not out loud, just

23        quietly to yourself, and see if that helps you

24        remember?

1          THE COURT:   For what?

2          MR. DEAKIN:   Well, she said that

3     she thinks it's the letter.

4  Q   Is that, in fact, the letter you received from

5     Owen McCants?

6  A   Yeah.

7          MR. SHEA:   Objection.

8          THE COURT:   She says she thought

9     so, she said it was his handwriting.

10 A   I really can't see it.  My allergy is too bad.

11 Q   Is that the second page of the letter that you

12    received from Owen McCants?

13         MR. SHEA:   Objection to the form of

14    the question.

15         THE COURT:   Overruled.

16 A   Yeah, I think so.  Yeah.

17         MR. DEAKIN:   If I may have one

18    moment, Your Honor?

19 Q   Ms. Taylor if you can read the salutation line

20    here, what that  says?

21         MR. SHEA:   Objection.

22         THE COURT:   Overruled.

23 A   I can't read it.

24 Q   What does Owen McCants call you?

168

1    A    Aunt Polly.

2    Q    Aunt Polly?

3    A    Yeah.

4    Q    Now, I want to direct your attention here, can

5         you read these names here?  Or is it too

6         difficult for you?

7    A    Too difficult.

8    Q    Okay, ----

9              MR. DEAKIN:   At this point, Your

10        Honor, the Commonwealth would move to

11        introduce this three page letter, I believe

12        would be Exhibit 6.

13             MR. SHEA:    I object and ask to go

14        to the sidebar.

15             THE COURT:   Okay.

16             SIDEBAR CONFERENCE

17             MR. SHEA:    I'm not sure that, I

18        don't think so and I can't read it, and then

19        when she's asked to read a couple of names she

20        can't read them because she can't see it, it

21        serves as identification.

22             THE COURT:   Well, it's covered with

23        a the dust that  the fingerprint people put on

24        it.  That's the difficulty I see in it.  You

1        can't even see it.  She's already testified

2        that it his writing and that's the letter she

3        received.  The objection is overruled.

4               END OF SIDEBAR CONFERENCE

5               (Exhibit  No. 6, marked; 3 page letter in

6        plastic cover.)

7

8    Q   Ms. Taylor, who is, -well, in Exhibit 6, the

9        defendant  refers to Ruby, who do you

10       understand Ruby to be of a reference to?

11   A   Ruby is Owen's sister.

12   Q   And what's her last name?

13   A   Williams.

14   Q   In Exhibit 6, -- I'm sorry?

15   A   Her married name is, Williams.

16   Q   In Exhibit 6 the defendant  refers to

17       Christine, who do you take Christine to be a

18       reference to?

19               MR. SHEA:   Objection.

20               THE COURT:   Sustained. Look, it's

21       up to you to decide whether or not Mr. McCants

22       wrote this letter.  So, in Exhibit 6, ----

23   Q   In Exhibit 6, there's a reference to

24       Christine, who do you take that to be a

1          reference to?

2      A   Christine is my aunt.

3                  MR. SHEA:   Objection.

4                  THE COURT:   Overruled.

5      Q   In Exhibit 6, there's a reference to ███ or

6          ███████  ████████, who do you take that to

7          be a reference to?

8                  MR. SHEA:   Objection.

9                  THE COURT:   Overruled?

10     A   My great, ----

11     Q   I'm sorry?

12     A   My great grand, ----

13     Q   ███████████?

14     A   Uhm hmm.

15     Q   Exhibit 6 includes a reference to Nicky, who

16         do you take that to be a reference to?

17                 MR. SHEA:   Objection.

18                 THE COURT:   Overruled.

19     A   Nicky is my grand daughter.

20     Q   Rasheena ███████?

21     A   Yes.

22     Q   In Exhibit 6 there's a reference to Tucker,

23         whom do you take that to be a reference to?

24                 MR. SHEA:   Objection.

1   A   ███████████.

2   Q   And what's his legal name?

3   A   Alphonso Southerland.

4   Q   Who calls him, Tucker?

5   A   We all call him that.

6               MR. SHEA:   Objection.

7               THE COURT:   Overruled.

8   A   It just a little pet name we give him.

9   Q   Exhibit 6 includes a reference to Germaine,

10      who do you take that to be a reference to?

11              MR. SHEA:   Objection.

12              THE COURT:   Overruled.

13  A   Germaine is his friend.

14  Q   Female friend?

15  A   Yeah.

16  Q   Do you know her last name?

17  A   No, I don't.

18  Q   Exhibit 6 includes a reference to Cherika,

19      whom do you take that to be a reference to?

20              MR. SHEA:   Objection.

21              THE COURT:   Overruled.

22  A   His daughter.

23  Q   Who's daughter?

24  A   Owen's daughter.

| | | |
|---|---|---|
| 1 | Q | Did you read the letter that is now Exhibit 6 |
| 2 | | when you received it? |
| 3 | A | Did I read it now? |
| 4 | Q | No, back then when you received it? |
| 5 | A | Oh at that time, yeah. |
| 6 | Q | And in your opinion who wrote that letter? |
| 7 | A | Owens. |
| 8 | Q | Did you show the letter to anyone else? |
| 9 | A | The Detective seen it. |
| 10 | Q | The Detective? |
| 11 | A | Yeah. |
| 12 | Q | Did you show it to Alphonso Southerland? |
| 13 | A | He wasn't there. |
| 14 | Q | Do you know whether  he saw it later? |
| 15 | A | No, he had never seen it. |
| 16 | Q | Did you tell anyone besides the detectives |
| 17 | | that you  had received the letter? |
| 18 | A | No. |
| 19 | Q | you didn't tell Rasheena ██████? |
| 20 | A | Oh, they know but they didn't see it. |
| 21 | Q | But, did you tell Rasheena that you had |
| 22 | | received it? |
| 23 | A | Yeah, I did tell her that I had heard from |
| 24 | | him. |

173

1    Q    What did you do with the letter after you

2         received it?

3    A    I put it away.  I think I'd throw it away.

4    Q    Did you give it to anyone after you put it

5         away, later?

6    A    No, no.

7    Q    You didn't give it to Detective McDonough?

8    A    The one that, the first one that, the

9         detective got, but the one that I have, no, I

10        didn't give it to anyone.

11   Q    What I'm asking you is, the original letter

12        that you received, what did you do with the

13        original of that letter?  The exhibit that's

14        now Exhibit 6, hat did you do with that?

15   A    I think I threw it away, I don't know where it

16        is.

17   Q    I don't mean your copy, I mean the original?

18   A    The original?.

19   Q    That you just looked at?

20             MR. SHEA:   Objection, asked and

21        answered.

22   Q    Did you give that to a detective?

23   A    Yeah.

24   Q    Okay. And, when the, ----

1           MR. SHEA:   Objection, motion to

2      strike the leading, ----

3           THE COURT:   Overruled

4    Q   When you gave it to the detective  did he make

5        a copy and give you a copy?

6    A   Yeah.

7    Q   He gave you back a copy of the letter?

8    A   Yes, he did.

9    Q   Now, from the time that you received the

10       letter until the time that you gave the letter

11       to the detective, -by the way, where were you

12       when you gave the letter to the detective?

13   A   I was in my apartment.

14   Q   So, he came to get it from you?

15   A   Yeah.

16   Q   From the time that you got the letter in the

17       mail and first read it, til the time that you

18       gave it to the detective did you see in

19       person, Owen McCants during that time?

20   A   No.

21   Q   Did you ever show the letter to Owen McCants?

22   A   No.

23   Q   Did he ever come into contact with that

24       letter, that is, physically, did he ever, ----

1          MR. SHEA:   Objection.

2          MR. DEAKIN:   I'll withdraw the

3    question, it's confusing.

4    Q   Between the time that  you got, received the

5        latter and the time that you gave it to the

6        detective did Owen McCants have access to that

7        letter?

8          MR. SHEA:   Objection.

9    A   I don't think so.  I don't know.

10   Q   Was he ever in your home between the time that

11       you got the letter and the time you gave it to

12       the detective was the letter always in your

13       home?

14   A   Was the letter in my home?

15   Q   Yes?

16   A   Yeah.

17   Q   And was Owen McCants between the time you got

18       the letter and the time you gave it to the

19       detective  was Owen McCants ever in your home?

20   A   No.

21          MR. DEAKIN:   No further questions,

22    Your Honor.

23          THE COURT:   Mr. Shea?

24

1              CROSS EXAMINATION

2      Q     (By Mr. Shea) Now, taking it to the night when

3            ▮▮▮▮ was missing, when you were, after Owen

4            returned to Christine's apartment and you were

5            there, you said you saw Owen leave with a

6            couple of police officers?

7      A     Yeah.

8      Q     Okay. And some other police officers remained

9            behind in his room?

10     A     Yeah.

11     Q     And those police officer continued to search

12           in his room?

13     A     Yes.

14     Q     And then you saw those police officers leave

15           his room, yes?  After Owen had already left,

16           correct?

17     A     Yes.

18     Q     How long after Owen had left wit the other

19           officers did you see the officers who were

20           still in his room leave, how much time?

21     A     Maybe an hour, I'd say it was quite a while.

22     Q     Okay. And what did you see those officers

23           leave with?

24     A     They had a bag, a little brown bag, a shopping

1         bag.

2    Q    Okay. And they left with that little brown bag

3         an hour after Owen had left with the other

4         officers?

5    A    Yeah.

6    Q    Now, you just testified that you recognized

7         the handwriting in that letter as that of

8         Owen, is that correct?

9    A    Yeah.

10   Q    Do you recall testifying at another hearing in

11       this room?  Way back in  May 23, 2001?

12   A    Yeah, I think so.

13   Q    Okay. And do you recall being asked if you

14       recognized the letter and answering, I don't

15       know, I really don't remember?

16   A    What, the letter that he wrote?

17   Q    Yes, I'll read the entirety to you.

18           Question, Ms. Taylor, do you recognize

19       this letter?  Is this a latter that Owen

20       wrote?  I'm asking you if you know what this

21       letter is?

22           Do you recall answering, I don't know, I

23       really don't remember?

24   A    Maybe I did.

1   Q   If I were to show you that would that refresh

2       your recollection?  Would that help you

3       remember?

4   A   Yeah, let me, -because I know the letter that

5       the letter that I, was the one that the

6       detective got.

7   Q   Just read it to yourself?

8   A   May be I did, I don't know really I don't

9       remember.  Maybe I did say that.

10  Q   Does that refresh your recollection?

11  A   Yeah, uhm hmm.  Yeah, maybe I did say it, I

12      don't know, I was too upset.  I don't remember

13      a lot of things.

14  Q   Okay. And then, do you remember  being asked,

15      Do you Owen McCant's handwriting, and

16      answering, Not particularly?

17  A   Yeah, I did say that.

18  Q   Okay. And did you say that because that was

19      true?

20  A   I guess.

21  Q   Okay. Christine Isaac, she didn't have a key

22      to your apartment, correct?

23  A   No.

24  Q   No, she didn't have one?

1    A    No, no, she didn't  have a key to my

2          apartment.  I had one of hers, though..  That's

3          how I took care of her.

4    Q    All right.  And you said that the door to your

5          apartment locks automatically?

6    A    Yeah.

7    Q    Is there a way to stop it from locking behind

8          you?

9    A    No.

10   Q    No?

11   A    There isn't.

12   Q    Do you recall being asked at yet another

13         hearing, -do you remember in December of last

14         year a little room in this same courthouse

15         testifying?  In a small room upstairs?

16   A    Yeah.

17   Q    And do you recall being asked, -well I'll give

18         you the lead up so it will make more sense

19         contextually.

20            You said with your front door if you let

21         it shut behind you when leave, it will lock

22         automatically?

23            You answered, Yeah, yes.

24            Then the next question was, Is there

180

1      anyway to stop it from doing that so it won't

2      do that?

3            And you answered, Yeah, there's a way,

4      there's a way.

5            Do you recall answering that?

6  A   The only way that you can stop it is you put

7      the big, the bolt like on, other than that it

8      doesn't.  It automatically closes itself.

9  Q   Okay, ----

10 A   You got have a key to get in.

11 Q   Okay. Now, ▮▮▮▮ came to stay with you

12     starting on July 10th ?

13 A   Probably yeah.

14 Q   Yeah?  And she had stayed with you the summer

15     before?

16 A   Yeah.

17 Q   To go the same camp?

18 A   Right.

19 Q   And do you recall the summer before, meaning,

20     that would be '99, the summer of '99, --

21 A   Uhm hmm.

22 Q   -you and ▮▮▮▮ sleeping out in the living room

23     or by the TV on the  pullout couch because

24     Owen came to visit for a week?

1    A    I don't remember that.

2    Q    Okay. Now, do you remember during, after, July

3         10, but before the night of the 13th that you

4         and Gene and ████ , Gene, G-E-N-E, went

5         shopping?

6    A    Well, Gene, that's my friend she does take me

7         shopping, that could be possible, I don't say

8         it didn't happen.

9    Q    But you really don't remember?

10   A    No.

11             MR. SHEA:   Okay, thank you.

12             REDIRECT EXAMINATION

13   Q    (By Mr. Deakin) Ms Taylor, were you upset that

14        night when ████ was taken?

15   A    I really was.

16   Q    Very stressful for you that night?

17   A    Very stressful.

18   Q    Ms. Taylor, Mr. Shea just asked you whether

19        Christine Isaac had a key to your apartment,

20        is that right?  He asked you that?

21   A    Yeah, he did.

22   Q    And you said, no?

23   A    Uhm hmm.

24   Q    Did you keep a spare key to your own apartment

1     somewhere else?

2                MR. SHEA:   Objection

3                THE COURT:   Overruled.

4    Q   Did you keep a spare key yourself to your own

5       apartment?

6    A   Did I keep one?

7    Q   Yes?

8    A   Yeah.

9    Q   And where did you keep it?

10   A   I kept it at Christine's.

11   Q   And where at Christine's apartment did you

12      keep it?

13   A   In her dining room area.

14   Q   And where was it, what was it in, was it in

15      some furniture?

16   A   Yeah, it was in the drawer.

17   Q   So, there was a key to your apartment in the

18      drawer in Christine Isaac's dinging room, is

19      that right?

20   A   Uhm hmm.

21   Q   I'm sorry, I need you to say yes or no?

22   A   Yes.

23   Q   The night after this happened everything that

24      you testified about happened on the night of

183

```
1              Thursday going into Friday morning.  On Friday
2         evening you testified, I believe, that a
3         number of police officers came to Owen's
4         bedroom, is that right?
5     A    Yeah.
6     Q    And did they take things out of his bedroom?
7     A    Yes.
8     Q    Is it possible, Ms. Taylor, that you were
9         confusing the police officers  who came out
10        with the bag that night with the police
11        officers who came out with things the
12        following night?
13    A    Well all I remember is the one that came out
14        and had that came back and had, were in the
15        room and had some things that they took out.
16    Q    And is that possible that that happened the
17        following night when the police came with the
18        search warrant?
19    A    Yes, that's the following night.
20    Q    I'm sorry?
21    A    I think that was the following night.
22    Q    When they brought things out?
23    A    Yeah.
24    Q    Ms. Taylor, do you remember when you testified
```

184

```
 1              in the grand jury in this case?  I don't mean
 2              what date, but do you remember doing that?
 3              I'm sorry, do you remember coming to the grand
 4              jury about a month after this happened to
 5              testify?
 6    A         Yeah.
 7    Q         And do you remember me showing you a copy of
 8              what, or me showing you actually what is now
 9              Exhibit 6 in the grand jury?
10    A         Yes.
11    Q         And do you remember me asking you after you
12              looked at it I asked you, and when you read
13              the letter, did you have a chance to look at
14              the letter itself, I mean, actually look at it
15              and you answered, Yeah, I looked at it, do you
16              recall that?
17    A         You mean the letter that he wrote?
18    Q         Yes?
19    A         That Owens wrote?
20    Q         Yes?
21    A         Yes.
22    Q         And do you remember me asking you whose
23              handwriting was in that letter?
24    A         Yeah.
```

1    Q    And do you remember answering, It's his

2         handwriting?

3    A    Yes.

4    Q    And I asked you, Are you sure?  And you said,

5         Yes?

6    A    Yes.

7    Q    Now, Ms. Taylor, I'm going to ask you, Mr.

8         Shea was just asking you about some questions

9         that you were asked at a hearing, do you

10        remember he just now showed you a transcript

11        of a hearing where you testified in this

12        courtroom before?

13   A    Yes.

14   Q    And,----

15            MR. DEAKIN:   I'm sorry, Your Honor.

16        I'm on page 69 into 70.

17   Q    And do you remember me reading you a passage

18        from a photocopy of that letter at that

19        hearing?

20   A    I don't exactly remember.

21   Q    Okay, ----

22   A    I don't remember reading it, you reading it,

23        it could be, though, I wouldn't say you

24        didn't.

| | | |
|---|---|---|
| 1 | Q | Okay. Do you remember the deposition where you |
| 2 | | testified here in this courthouse in another |
| 3 | | room in December of last year? |
| 4 | A | Yeah, I remember. |
| 5 | Q | And do you remember me asking you at that |
| 6 | | time, do you recognize the handwriting in this |
| 7 | | letter? |
| 8 | A | Yeah. |
| 9 | Q | And you remember answering, Yes, it's his |
| 10 | | handwriting? And I asked you, Owen McCants' |
| 11 | | handwriting, and you said, Yes? |
| 12 | A | Yeah. |
| 13 | Q | And I was showing you the letter that 's now |
| 14 | | Exhibit 6, is that right? |
| 15 | A | Yes.  I can's see though. |
| 16 | | MR. DEAKIN:   No further questions. |
| 17 | | THE COURT:   All right. |
| 18 | | MR. SHEA:   I have a few. |
| 19 | | THE COURT:   Excuse me? |
| 20 | | MR. SHEA:   I have a few. |
| 21 | | THE COURT:   Sidebar. |
| 22 | | SIDEBAR CONFERENCE |
| 23 | | THE COURT: What did he ask that's |
| 24 | | new? |

1          MR. SHEA:   About Christine's room

2     and the key being kept in Christine's

3     apartment.

4          THE COURT:   No, that's not new

5     because you covered it on your cross.

6          MR. SHEA:   No, but in redirect he

7     went over it and I can go over that particular

8     issue.

9          THE COURT:   No, you can't.  He went

10    over that in direct, you did it on cross.  And

11    he just, ----

12          MR. SHEA:   No, he just drew out

13    from her that it was kept in a drawer in the

14    kitchen.

15          THE COURT:   He did it on direct.

16          MR. SHEA: NO, I can, ----

17          THE COURT:   It's beyond the scope

18    of redirect.

19          MR. SHEA:   It's not far, it's a

20    couple questions about the size of the room.

21          THE COURT:   The size of what room?

22          MR. SHEA:   And that she was there

23    that night. Of quote, "dining room".   Kept in

24    the dining room is quite misleading if we

1          don't correct it.

2                    THE COURT:   Well, ----

3                    MR. SHEA:   I've been there.

4                    THE COURT:   No.

5              END OF SIDEBAR CONFERENCE

6                    THE COURT:   You may step down,

7          ma'am.   Next witness?

8              Okay, why don't we just take s hort

9          recess.

10                   Recess.

11                   MR. SHEA:   All right, Mr. Shea?

12                   MR. SHEA:   I'd just like to make a

13         clear record.

14             When I was not allowed to recross the

15         Commonwealth's redirect.   When the question,

16         I'll agree, I believe  that was asked was

17         asked again.   And I made an objection and the

18         court saw fit not to sustain the objection to

19         a, ----

20                   THE COURT:   Excuse me, don't raise

21         your voice to me, Mr. Shea.

22                   MR. SHEA:   Fine.

23             The court saw fit to not to sustain an

24         objection to a question that it when I

1      approached sidebar acknowledged had been asked

2      and answered previously, I then sought to go

3      into that area since it had been underlined

4      with a second question and because the

5      question, the answer witness somewhat

6      different from drawing, making mention of a

7      drawer.

8          All I sought to do was to ask two

9      questions of Polly Taylor which would have

10     been, where is the drawer, and where were you

11     sitting when you saw Owen McCants come in that

12     way.  Because, and it's important, because the

13     Commonwealth's asking about that key.  Why?

14     Because they want to make it out that my

15     client could get into the apartment using the

16     key that was left in Christine's apartment.

17         I assume that 's why you chose to let it

18     in on redirect.

19         And I would be able to show that Polly

20     Taylor was sitting right here, that this is

21     far from a dining room, it is a small space

22     and that the drawer is right here.

23         And that, in fact, she and Christine

24     would have been sitting   right where the

190

1          drawer where the key is kept in is.  And so

2          that it would make no sense that Mr. McCants

3          would have passed by them in that dining room

4          area would have been able to, quote, "put the

5          key back in the drawer".  And it would have

6          been important to show that he didn't have

7          access to the key with them sitting there.

8                    THE COURT:   Excuse me.  The only

9          question that was asked was whether or not

10         Christine had a key to her apartment.

11              Ms. Taylor answered, No, when she had

12         already answered that she left a key in

13         Christine's apartment.

14              The issue before me at that time was did

15         Christine have a key or did she just leave a

16         key in her apartment.  That's it.

17              So, the objection is overruled.

18              Bring the jury in.

19    (Whereupon the jurors entered the court room.)

20                    THE COURT:   Next witness?

21                    MR. DEAKIN:   Your Honor, the people

22         of the Commonwealth of Massachusetts call

23         Rasheena ███████.

24

191

1               RASHEENA ███████, Sworn.

2               THE CLERK:   Ms. ████████, do you

3       solemnly swear the testimony you are about to

4       give this jury concerning the matter between

5       the Commonwealth and the defendant shall be

6       the truth the whole truth and nothing but the

7       truth, so help you God?

8               MS. ████████  I do.

9

10                  DIRECT EXAMINATION

11   Q   (By Mr. Deakin) Ms. ███████ could you please

12       introduce yourself to the jury and spell your

13       first and last name for the court reporter?

14   A   My name is Rasheena ██████.  It's R-A-S-H-E-

15       E-N-A. ████████  █████████.

16   Q   Do you have a name that you go by that a lot

17       of people call you other than your given name?

18   A   Most family and close friends call me, Nicky.

19   Q   When were you born?

20   A   ███████.

21   Q   And how old are you?

22   A   Twenty-eight.

23   Q   Do you work?

24   A   I do.

```
 1    Q    What do you do?

 2    A    I work at Children's Hospital Boston.  It's

 3         called the patient access center.

 4    Q    And what are your responsibilities in the

 5         patient access center?

 6    A    Just basically maintaining insurance

 7         information for the accounts for the people

 8         that are coming in patient to the hospital.

 9    Q    How long have you worked there?

10    A    Just about a little under six months.

11    Q    So, you were not working at Childrens Hospital

12         in July of 2000, is that right?

13    A    I was not.

14    Q    Where do you live?

15    A    28 Ferndale Street, Dorchester, Massachusetts.

16    Q    Can you spell Ferndale Street?

17    A    F-E-R-N-D-A-L-E.

18    Q    Whom do you live with there?

19    A    My mom and ███.

20    Q    What's your mother's name?

21    A    Lorene ███.

22    Q    Can you spell her first name?

23    A    L-O-R-E-N-E.

24    Q    And you said ███, that's your daughter?
```

| | | |
|---|---|---|
| 1 | A | Yes, she is. |
| 2 | Q | Is that the same ▮▮▮▮▮▮▮ who testified |
| 3 | | beginning yesterday and then finished |
| 4 | | testifying this morning in this case? |
| 5 | A | Yes. |
| 6 | Q | How old is ▮▮▮▮? |
| 7 | A | She's thirteen. |
| 8 | Q | And when was she born? |
| 9 | A | ▮▮▮▮▮ ▮▮▮ |
| 10 | Q | Where did she go to school? |
| 11 | A | The Harbor School. |
| 12 | Q | What kinds of things does ▮▮▮▮ like to do |
| 13 | | outside of school? |
| 14 | A | She attends dance, she cheerleads for Pop |
| 15 | | Warner.  She roller skates, ride her bike, |
| 16 | | goes to the movies, a lot of different |
| 17 | | activities. |
| 18 | Q | How does ▮▮▮▮ do in school? |
| 19 | A | Fairly well, she does good. |
| 20 | Q | Is she performing at her grade level in all |
| 21 | | her subjects? |
| 22 | A | She is, now she is, yes. |
| 23 | Q | Until recently was she performing below grade |
| 24 | | level in any subject? |

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | What subject was that? |
| 3 | | MR. SHEA:   Objection. |
| 4 | | THE COURT:   Overruled. |
| 5 | Q | What subject was that? |
| 6 | A | Reading. |
| 7 | Q | Did she get special help with reading as part |
| 8 | | of the curriculum at school? |
| 9 | A | Yes, she did. |
| 10 | Q | How would you describe ███████s maturity level |
| 11 | | for her age? |
| 12 | A | She's although she's thirteen she's kind of |
| 13 | | like a sheltered thirteen. |
| 14 | Q | What do you mean by that? |
| 15 | A | Like girls that can go out and take the T and |
| 16 | | you know, get to places on their own she's not |
| 17 | | used to doing stuff like that. |
| 18 | Q | Do you know Polly Taylor? |
| 19 | A | Yes, I do. |
| 20 | Q | IS that the Polly Taylor you know the elderly |
| 21 | | woman who testified immediately before you? |
| 22 | A | Yes. |
| 23 | Q | How is she related to you? |
| 24 | A | She's my father's mother. |

195

1    Q    How long have you known her?

2    A    All my life.

3    Q    Can you describe your relationship with her in

4         the summer of 2000, as of the summer of 2000?

5    A    It was great.

6    Q    And you view her as your grand mother?

7    A    Uhm hmm.

8    Q    Has your relationship with her changed at all

9         since the summer of 2000?

10   A    Yes, it has.

11   Q    In what way?

12   A    It's a lot distant.  There's a lot of distance

13        between us.

14   Q    Is that in your opinion as a result of what

15        took place in July of 2000?

16   A    Yes, it is.

17   Q    Are you still friendly with her?

18   A    Yes.

19   Q    Where did Polly Taylor, -well, where did Polly

20        Taylor live in the summer of 2000?

21   A    34 Fidelis Way.

22   Q    And she still lives there now?

23   A    Yes, she does.

24   Q    How long has she lived there?

```
 1    A    Most of her life.

 2    Q    And when I say that, when you say, most of her

 3         life are talking about in Brighton?

 4    A    Well, she's lived in Brighton all of her life,

 5         but that's a new development, so yes, she's

 6         been there most of her life.

 7    Q    In July of 2000, who lived next door to Polly

 8         Taylor in apartment 545?

 9    A    Christine Isaac.

10    Q    And do you know how they're related?

11    A    I believe through marriage.

12    Q    How was Christine Isaac's health in July of

13         2000?

14    A    Kind of bad.

15    Q    Who cared for her?

16    A    My Nanna Polly.

17    Q    Okay. How often did the two of them get

18         together as far as you know?

19    A    Every day.

20    Q    Did Christine Isaac, I'm sorry, did Polly

21         Taylor have a key to Christine Isaac's

22         apartment?

23    A    Yes, she did.

24    Q    Was there a key to Polly Taylor's apartment in
```

```
 1              Christine Isaac's apartment?

 2    A    Yes, there was.

 3    Q    And where was that kept, if you know?

 4    A    In the drawer at the hutch.

 5    Q    Where, in what room?

 6    A    Like the dining room area.

 7    Q    Christine Isaac passed away, is that right?

 8    A    Yes, she did.

 9    Q    And when did she pass away?

10    A    In December of 2001, I believe.

11    Q    This past December?

12    A    Yes.

13    Q    How old was she when she passed away?

14    A    I'm not sure.

15    Q    Do you know Owen McCants?

16    A    Yes, I do.

17    Q    Howlong have you known him?

18    A    I guess since I was about maybe eight or

19         eleven.

20    Q    Okay. Do you see Owen McCants in the courtroom

21         today?

22    A    Yes, I do.

23    Q    Can you point him out and describe an article

24         of his clothing?
```

198

1    A    It's the gentleman there wearing the pink

2         shirt with the printed tie, in gray ad navy

3         blue.

4              MR. DEAKIN:   May the record reflect

5         the witness has identified the defendant Owen

6         McCants?

7              THE COURT: Yes.

8    Q    How did you first get to know him?

9    A    He was over my Nanna's house.

10   Q    And how old were you then?

11   A    Probably about eight.

12   Q    What were you doing, when you say your Nanna,

13        you're talking about Polly Taylor?

14   A    Yes.

15   Q    What were you doing at Polly Taylor's home at

16        that time?

17   A    I often spent like Christmas vacations and

18        summers with her.

19   Q    When you first met him, ow much time did you

20        spend whether him?

21   A    Not a lot.

22   Q    Can you give an approximately time?

23   A    I think maybe a couple of days to a week at

24        the most.

1   Q   And after seeing him as a child when was the
2       next time that you saw him?
3   A   Probably in the  winter of 2000.
4   Q   That would be, the winter of 200 would be
5       after ████ was taken away?
6   A   I don't quite understand, what was that?
7   Q   The vents that this trial concerns took place
8       in July of 2000, you know, if you say
9       December, ----
10  A   Probably in '99, the winter of '99.
11  Q   Do you recall where it was that you saw him?
12  A   It was on the elevator at the Brigham and
13      Womens Hospital.
14  Qq  And were you planning on meeting him at
15      Brigham and Womens Hospital?
16  A   No.
17  Q   You just happened to run into him?
18  A   Yes.
19  Q   And how much time did you spend with him at
20      that time?
21  A   It was an elevator ride up.  I got off on my
22      floor and he kept going.
23  Q   Did you speak with him at that time?
24  A   No.

200

1    Q    Does Owen McCants have a nickname that people

2         call him?

3    A    Sonny.

4    Q    How many people would you say that  you know

5         call him Owen?

6    A    Maybe one or two.

7    Q    How many people that you know call him, Sonny?

8    A    Probably about maybe six to ten.

9    Q    I ant to direct your attention to July of

10        2000, so we're talking the summer of, almost

11        two summers ago this coming summer, two years

12        ago this coming summer, how old was ███

13        then?

14   A    Eleven.

15   Q    How tall was she then?

16   A    She was about 4.5, ----

17   Q    Four feet six inches tall?

18   A    Yeas about that.

19   Q    Has she grown since then?

20   A    Yes, a lot.

21   Q    How tall is she now?

22   A    The last I checked, I believe, she was like

23        five one, five two.

24   Q    As of July of 2000, had ███ begun to

1        menstruate?

2    A   No.

3    Q   When did she actually begin to menstruate?

4    A   Last August.

5    Q   August of 2001?

6    A   Yes.

7    Q   Did you have plans in the summer of 200 about

8        where ███ would spend the summer?

9    A   Yes, I did.

10   Q   And what were those plans?

11   A   She was going to spend the summer with my

12       Nanna and her Nanna.

13   Q   That's Polly Taylor's home?

14   A   Yes.

15   Q   Is that something she had done before that

16       summer?

17   A   Yes.

18   Q   How many times had she done that before that

19       summer?

20   A   Probably about maybe three, two to three

21       years.

22   Q   Two or three years?

23   A   Uhm hmm.

24   Q   I'm not sure which?

```
 1    A    Well, for a full summers, two to three years.
 2    Q    Okay.  And had you done that yourself?  I
 3         think you said you had as a girl?
 4    A    Yes.
 5    Q    And how many summers would you say that you
 6         spent with Polly Taylor as a girl?
 7    A    Pretty much every summer.
 8    Q    How did you enjoy those summers that you spent
 9         with Polly Taylor?
10    A    They were great.
11    Q    Were you planning for ████ to spend the
12         entire summer, that is, every day from the day
13         she went to Polly Taylor's home to the end of
14         the summer at Polly Taylor's home?
15    A    No.
16    Q    What was the plan?
17    A    She was to be dropped off on Sunday evening to
18         spend the week and then I would pick her up
19         Friday evening after work.
20    Q    And was that how you had arranged things the
21         previous two summers?
22    A    Yes.
23    Q    Describe, if you would, your drop off and pick
24         up routines, -well, I'm sorry, I withdraw that
```

1       question.

2               What did ███ do during the day when she

3       spent the summers at Polly Taylor's home?

4   A   She would attend the day camp.

5   Q   Did ███ like to go to the day camp?

6   A   She loved it.

7               MR. SHEA:    Objection.

8               THE COURT:    Overruled.

9   Q   Did she like going to Polly Taylor's home?

10  A   She loved to, yes.

11  Q   Were you happy to have her at Polly Taylor's

12      home?

13  A   Yes.

14  Q   And why is that?

15  A   Well, my grandmother is older she was like

16      company, just joy for her, Christine, they

17      loved having her around.

18  Q   Did you know where ███ slept when she spent

19      the summers at your, at Polly Taylor's home?

20  A   With my Nanna.

21  Q   In the same bed?

22  A   Yup.

23  Q   Do you recall the day that you took ███ to

24      Poly Taylor's home in July of 2000?

1    A    Yes, I do.

2    Q    What day of the week was it?

3    A    It was a Monday.

4    Q    And how many days, was it, -how may days went

5         by from when you dropped her off and when the

6         events happened concerning this trial?

7    A    Three.

8    Q    So, would  it Monday, July 10, 2000?

9    A    Yes.

10   Q    Who brought her there that day?

11   A    I did.

12   Q    And what time of day was that?

13   A    It was in the evening between 5:30, 6:00.

14   Q    Describe what you did when you dropped her

15        off?

16   A    I brought her upstairs and I brought in her

17        treats and her clothing.

18   Q    And what did you do with the treats and

19        clothing?

20   A    I put her treats in the fridge and, you know,

21        just unpacked her groceries and treats that

22        she liked and then I showed my grandmother

23        exactly like how her clothing was and, ----

24   Q    What do you mean when you say exactly how her

1        clothing was?  How would you arrange     The

2        clothing?

3   A   The way I had packed her suitcase I had like,

4        I had all her shorts and I would  put the top

5        would be on top of the pants that she would

6        wear that day and all the outfits, the five

7        outfits were in the back like that in the

8        suitcase.

9   Q   So you had an outfit laid out for her for each

10       day?

11  A   Yes.

12  Q   Did you and ▇▇▇ and Polly Taylor talk during

13       that, when you dropped ▇▇▇ off?

14  A   Yes, we did.

15  Q   Howlong did you talk?

16  A   Probably about twenty-five minutes, twenty -

17       five minutes to a half.

18  Q   Half an hour?

19  A   Yes.

20  Q   Where did that conversation take place?

21  A   At the table.

22  Q   Did anyone else come into the apartment,

23       -first of all when you got there was anyone

24       else in the apartment besides Polly Taylor?

```
 1    A    No.

 2    Q    Did anyone else come int the apartment as you

 3         were talking?

 4    A    Yes.

 5    Q    Who was that ?

 6    A .  Owen McCants.

 7    Q    Were you surprised to see him there?

 8    A    Yes, I was.

 9    Q    How did he get in the apartment, if you know?

10    A    He walked in.

11    Q    Do you recall whether the door was open or

12         closed?

13    A    The door was open.

14    Q    What did he do, Owen McCants, when he came

15         into the apartment?

16    A    He waled straight up to my Nanna and he said

17         to her, Aunt Polly, here's the mail for movies

18         some magazines that I'm bringing over for you

19         and Christine.

20    Q    Other than that did he speak to you or anyone

21         else in the apartment at that time?

22    A    Yes, he did.

23    Q    Whom did he speak to?

24    A    He spoke to me.
```

1   Q   What did he say to you?

2   A   He had asked me if I was engaged or married.

3   Q   Did you discuss that with him?

4   A   Yes, I did.

5   Q   What was that discussion?

6   A   I told him that I wasn't married and I was not

7       engaged and, you know, I'm not looking to be

8       engaged.  I've raised my daughter perfectly

9       fine by myself and I don't need anybody to

10      help me do that.

11  Q   Did Owen McCants, did the defendant speak to

12      ████ at that time?

13  A   Yes,

14  Q   What did he say to her?

15  A   Well, he just said, Hi.

16  Q   Did she say anything to him?

17  A   She said, Hi.

18  Q   How long was he in the apartment at that time

19      during that, at that occasion?

20  A   Probably about five to ten minutes.

21  Q   Had ████ ever met him before that?

22  A   Never.

23              MR. SHEA:   Objection.

24              THE COURT:   Overruled.

1    Q    How long did you stay in the apartment after

2         Owen McCants left?

3    A    Probably about fifteen to twenty minutes.

4    Q    And ███ stayed there after you left?

5    A    Yes.

6    Q    Did you see your daughter in person between

7         Monday, July 10 and the early morning hours of

8         Friday, July 14, 2000?

9    A    I did not, no.

10    Q    Did you speak to her by phone?

11    A    Every evening, yes.

12    Q    I want to draw your attention to Thursday,

13         July 13, 2000, did you speak to your daughter

14         on that day?

15    A    Yes, I did.

16    Q    And who called whom?

17    A    She called me.

18    Qq    What time did she call you?

19    A    Probably about between seven and seven-thirty.

20    Q    And did you have a conversation with her?

21    A    Yes, I did.

22    Q    What was the subject without discussing what

23         each person said back and forth, what was the

24         subject of that conversation?

1    A    She was startled because she had seen a man

2         trying to break into the building.

3    Q    Did she describe the man she had seen trying

4         to break into the building?

5    A    Yes, she did.

6    Q    How did she describe him?

7    A    She said that he had on a green shirt with

8         blue jeans.  He had a stocking cap over his

9         head with a winter hat on top of that.

10   Q    When you say over his head, did she say a

11        stocking cap over his head?

12   A    Over his head and face like, -

13   Q    His face?

14   A    -- his whole head was covered in the stocking

15        cap.

16   Q    And just, yes or no, did she describe for you

17        a series of events that happened after she was

18        surprised by this man?

19   A    Yes, she did.

20   Q    What was her demeanor like on the phone when

21        she told you what she had seen?

22   A    She was scared, really scared.

23   Q    Did you reassure her?

24   A    Yes, I did.

210

| | | |
|---|---|---|
| 1 | Q | How did yo do that? |
| 2 | A | I told her that, I said that she was home in |
| 3 | | the house now.  She not going back out.  And I |
| 4 | | asked her if the door was open or closed, |
| 5 | | meaning the front door to the apartment, and |
| 6 | | she said Nanna had it closed.  And I said |
| 7 | | well, you have nothing to worry about, you're |
| 8 | | home, you're safe. |
| 9 | Q | Are you familiar with the lock on the door in |
| 10 | | Polly Taylor's apartment? |
| 11 | A | Yes, I am. |
| 12 | Q | If the door is closed what happens to the |
| 13 | | lock?  Doe sit lock automatically when it's |
| 14 | | closed? |
| 15 | A | Yes. |
| 16 | Q | Is there a way to stop that from happening if |
| 17 | | you want to let the door close without locking |
| 18 | | it? |
| 19 | A | Yeah, you push a little button in on the |
| 20 | | cylinder. |
| 21 | Q | But, you reviewed with your daughter the |
| 22 | | importance of keeping the door closed, is that |
| 23 | | right? |
| 24 | | MR. SHEA:   Objection. |

1    A    Yes.

2                    THE COURT:    Overruled.

3    Q    Did you talk about anything else besides what

4         had concerned her that night during your phone

5         conversation?

6    A    Yes, I did.

7    Q    What did you talk to her about?

8    A    I asked her about supper, and I asked hear how

9         her day went at camp.

10   Q    And did she talk to you about supper and he

11        day at camp?

12   A    Yes, she did.

13   Q    Did you speak to Polly Taylor  as well?

14   A    Yes, I did.

15   Q    What dis she tell you?

16   A    She just, she said that she calmed her down a

17        little bit but that she was still upset, so

18        that's why they made the phone call and that

19        she was going to go prepare, finish preparing

20        ███████   supper.

21   Q    So, she told you she was preparing supper

22        while she was talking to you?

23   A    Yes.

24   Q    How long was the telephone call?

212

```
1    A    Forty-five minutes and nine seconds.

2    Q    Do you know to the second how long the phone

3         call was?

4    A    I do.

5    Q    Why is that.

6    A    I have a Sony phone that logs from the time

7         that your phone rings to the time you hang up.

8    Q    And why does, almost two years later, why did

9         the length of that phone conversation stick

10        out in your mind?

11   A    It's just, I guess because of the event that

12        took place after.

13   Q    So, if I asked you about how long the

14        conversation was the day before that, would

15        you be able to tell me by minute and second

16        how long it was?

17   A    I wouldn't, no.

18   Q    This is unusual for you to know it?

19   A    Yeah.

20   Q    Of that forty-five minutes and nine seconds,

21        approximately, as best as you can say, how

22        much of that time did you spend talking to

23        your daughter, ███████ and how much did you

24        spend talking to Polly Taylor?
```

1  A   I probably spoke to ▮ about thirty-five

2      seconds, thirty-five minutes through the whole

3      conversation.

4  Q   And then about ten minutes with Polly Taylor?

5  A   Yeah.

6  Q   After you hung up with your daughter and Polly

7      Taylor, did you get any other calls that

8      night?

9  A   I did.

10 Q   What was the next call that you got?

11 A   It was from my sister.

12 Q   And when was that?

13 A   Probably about ten thirty, between ten thirty

14     and ten forty-five.

15 Q   Did you talk to your sister?

16 A   Briefly, yes.

17 Q   About how long when you say, briefly?

18 A   About fie to seven minutes.

19 Q   At the time that you talked to your sister,

20     did you have any knowledge that anything was

21     wrong with ▮?

22 A   I had not.

23 Q   Did you get another call after that?

24 A   I did.

| | | |
|---|---|---|
| 1 | Q | And how much later after that did you get that |
| 2 | | call? |
| 3 | A | Maybe about ten minutes later. |
| 4 | Q | So, we're talking shortly after eleven o'clock |
| 5 | | at night, approximately? |
| 6 | A | Yes. |
| 7 | Q | And who was that call from? |
| 8 | A | It was from my Nanna. |
| 9 | Q | Polly Taylor? |
| 10 | A | Uhm hmm. |
| 11 | Q | How did the call start? |
| 12 | A | When I answered the phone somebody was |
| 13 | | yelling, yelling frantically in the phone. |
| 14 | Q | Yelling what, frantically in the phone? |
| 15 | A | Yes. |
| 16 | Q | Could you recognize who it was that was |
| 17 | | yelling frantically into the phone? |
| 18 | A | I could not, no. |
| 19 | Q | Could you tell if it was a man or a woman's |
| 20 | | voice? |
| 21 | A | I knew it was a female's. |
| 22 | Q | and what was the voice saying? |
| 23 | A | They were crying and yelling that someone took |
| 24 | | the baby? |

1    Q    Did they use your name?

2    A    Yes, they did.

3    Q    How did they use your name?

4    A    Just like, Nicky, like she screaming, crying.

5    Q    How did you respond?

6    A    At first I didn't know who it was.  I asked,

7         who was this.  And I said, ----

8    Q    Did you get an answer when you asked who it

9         was?

10   A    I did.

11   Q    Who was it?

12   A    It was, it was me, Nanna.

13   Q    And, did you recognize her voice when she said

14        it was me, Nanna?

15   A    Yes.

16   Q    Had you ever heard her sound  like that

17        before?

18   A    Never.

19   Q    What happened next?

20   A    She just went on to say that someone had took

21        the baby, somebody took the baby out of the

22        house.

23   Q    What did you think when she said someone took

24        the baby?

216

```
 1    A    I said, what baby?

 2    Q    And how did she respond to that?

 3    A    She responded, ████, ████.

 4    Q    What happened next in the conversation?

 5    A    I told her to calm down and I would be right

 6         there.

 7    Q    And the, what happened?

 8    A    I had hung the phone up and I went towards the

 9         back of the house to my mother's room because

10         she was just getting in.

11    Q    I'm going to stop there and interrupt you

12         there for one second to ask you how many

13         people call Polly Taylor, Nanna?

14              MR. SHEA:   Objection.

15    Q    That you know of?

16    A    Just the family members

17              THE COURT:   Overruled.

18    Q    How many people that you know of call her,

19         Nanna?

20    A    The family members, close family.

21    Q    Des ████ call her Nanna?

22    A    Yes, she does.

23    Q    How many people that you know of know that

24         Renea calls Polly Taylor, Nanna?
```

```
 1      A     Probably about eight to fifteen people.

 2      Q     After you hung up with Polly Taylor you said

 3            you went to find your mother?

 4      A     Uhm hmm.

 5      Q     Where was she?

 6      A     She had just come out of her bathroom in her

 7            room.

 8      Q     Describe your physical condition when you hung

 9            up and went to get your mother?

10      A     I couldn't breath, I like hyperventilated.    I

11            couldn't speak to her.

12      Q     Did you tell you mother at some point  what

13            you had learned?

14      A     When I went to her room she said to me, what's

15            wrong with you?  Are you having an asthma

16            attack?  And she says, no, you don't have

17            asthma.  She's like, what's wrong?

18                  And, I said, ███.

19                  And, she said, ███, what's wrong with

20            ███?

21                  And I said, Well, ███ gone. And I

22            fell to my knees.

23      Q     What happened next?

24      A     She started screaming and yelling.    Then I
```

```
 1              ran and I put my sweats on and my slippers and
 2              I grabbed my purse and I ran out of the house.
 3    Q    How long would you say passed between when you
 4              hung up with Polly Taylor and when you left
 5              the house?
 6    A    Like three minutes at the most.
 7    Q    And where did you go from there?
 8    A    Straight to Fidelis Way.
 9    Q    How long, how did you get there?
10    A    My truck.
11    Q    How long did it take you to get there?
12    A    Eight to fifteen minutes.
13    Q    I'm sorry?
14    A    About eight, under ten minutes.
15    Q    And how long dies it usually take to make that
16              trip?
17    A    Twenty at the most.
18    Q    So, you were driving fast?
19    A    Yes.
20    Q    Can you describe the weather that night?
21    A    It was a nice summer night.
22    Q    Was it warm?
23    A    Very warm, yes.
24    Q    Was it humid?
```

1    A    Uhm hmm.

2    Q    I'm sorry, you have to answer, yes or no?

3    A    Yes, it was.

4    Q    What did you see when you got to 34 Fidelis

5         Way?

6    A    I seen my grandmother outside and two police

7         officers.

8    Q    Were they, were the police officers in

9         uniforms or in plain clothes?

10   A    Plain clothes.

11   Q    Where was Polly Taylor?

12   A    She was standing in front of the building.

13   Q    How did she appear to you?

14   A    She was crying, upset.

15   Q    Had you ever seen her like that before?

16   A    Never.

17   Q    did you talk to her?

18   A    Yes, I did.

19   Q    What did you do?

20   A    I, ----

21   Q    What did you say to her?

22   A    I rubbed her back and told her to stop crying,

23        let's go inside.

24   Q    Did she tell you what happened?

1   A   She did.

2   Q   Did, Polly, --strike that. Did Polly Taylor

3       tell you whether she had looked for ███?

4   A   Yes, she did.

5   Q   Where did she tell you she looked?

6   A   She said that she looked in the house for her.

7       At first, she went to the stairwell, and then

8       she came back upstairs and she looked in the

9       house and she called 911.

10  Q   So, she, -did she tell you whether anything,

11      -strike that.  How long did you talk with

12      Polly Taylor there at the entrance to the

13      building?

14  A   Probably for like two minutes.

15  Q   Then what did you do?

16  A   I, we went upstairs on the elevator to her

17      apartment?

18  Q   Polly Taylor was with you?

19  A   Yes, she was.

20  Q   Was anyone else with you?

21  A   A plainclothes detective or a police officer.

22  Q   Did you notice anything unusual about the

23      hallway outside Polly Taylor's apartment?

24  A   Yes.

| | | |
|---|---|---|
| 1 | Q | What was that? |
| 2 | A | The light was out. |
| 3 | Q | And was it just burned out? Do you know |
| 4 | | whether  it was burned out or something else? |
| 5 | A | It was just unscrewed out. |
| 6 | Q | How do you know it wasn't just unscrewed out? |
| 7 | A | Later on, that's what we learned about that |
| 8 | | it was unscrewed.  But at that time, no, I |
| 9 | | didn't know if it was out or burned out. |
| 10 | Q | What did you find when you got to Polly |
| 11 | | Taylor's apartment? |
| 12 | A | ▮▮▮▮▮ belongings. |
| 13 | Qq | And did yo look at her belongings? |
| 14 | A | I did. |
| 15 | Q | What did you find?  Was there anything unusual |
| 16 | | about her belongings? |
| 17 | A | Everything was just as I had packed them. |
| 18 | Q | Was anything missing? |
| 19 | A | Nothing was missing. |
| 20 | Q | What about her nightshirt, was that there? |
| 21 | A | It was not there. |
| 22 | Q | Did you look to see whether her shoes were |
| 23 | | there? |
| 24 | A | I did. |

| 1 | Q | And what did you find? |
|---|---|---|
| 2 | A | Both pairs were there. |
| 3 | Q | Did you at some point look at Polly Taylor's |
| 4 | | front door the door that's out in the door |
| 5 | | frame? |
| 6 | A | Yes, I did. |
| 7 | Q | And why were you looking there? |
| 8 | A | Because I was just unsure and trying to find |
| 9 | | out what exactly had happened. |
| 10 | Q | Did the door still close? |
| 11 | A | It did. |
| 12 | Q | Did you see any damage to the door or the door |
| 13 | | frame? |
| 14 | A | No, I did not. |
| 15 | Q | Was the lock working? |
| 16 | A | It as working fine. |
| 17 | Q | Did you see any sign that anyone had forced |
| 18 | | their way into the apartment that evening? |
| 19 | A | No, I did not. |
| 20 | Q | Did you use the stairwell at all that night? |
| 21 | A | Yes, I did. |
| 22 | Q | And did you notice anything unusual about the |
| 23 | | stairwell when you arrived there that night? |
| 24 | A | The stairwell was pitch black. |

1    Q    Had you used that stairwell before?

2    A    Yes, I have.

3    Q    Were you familiar it?

4    A    Yes, I was.

5    Q    How was it usually lit?

6    A    It was very well lit from top to bottom.

7    Q    Had you ever seen the lights out from top to

8         bottom like that in the stairwell all at once

9         before?

10   A    No.   The sixth floor light was on.

11   Q    I'm sorry, from the, -and when you say the

12        sixth floor, that's the floor that has the

13        apartments that start in 6, the sixth floor?

14   A    It's two floors up.

15   Q    Okay. Two floors up is on, -and the lights

16        were out from five down?

17   A    Yes.

18   Q    And Polly Taylor's apartment was on the fourth

19        floor, is that right?

20   A    Yes.

21   Q    Had you ever seen so many floor in darkness at

22        one time?

23   A    Never.

24   Q    How long did you stay in Polly Taylor's

```
 1              apartment when you went there to look for

 2              ████████ belongings?

 3      A       Probably under five minutes at the most.

 4      Q       And then what did you do?

 5      A       I went outside to look for her?

 6      Q       For ██████?

 7      A       Yes.

 8      Q       Did anyone, ----

 9                   THE COURT:   Excuse me.   Why don't

10              you hold it right there.   We're going to break

11              for the day.

12                   I'd ask that you put your notes in your

13              envelope again.   Leave your notes in the

14              envelopes n the seats and the court officer

15              will collect them.

16                   I caution you again, do not talk about

17              this case or allow anyone to talk to you about

18              this case.   If you should  happen to see a

19              newspaper, radio or television account of this

20              trial, do not read or listen to it.

21                   I'll see you in the morning at nine-

22              thirty.   Have a good evening.

23              (Whereupon the hearing suspended.)

24
```

```
1                    C E R T I F I C A T E

2

3            I, Warren A Greenlaw, a Notary Public in

4    and for the Commonwealth of Massachusetts, do

5    hereby certify that the foregoing Record, Pages 1

6    to 224 inclusive, is a true and accurate

7    transcript of my System Tapes, to the best of my

8    knowledge, skill and ability.

9

10           In Witness Whereof, I have hereunto set

11   my hand this Tenth day of May, 2003.

12

13           _____

14              WARREN A. GREENLAW, Notary Public

15

16

17      My Commission expires March 25, 2005.

18

19

20

21

22
```